Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Aaron B. Markowitz, Esq. (State Bar No. 220694)
Mara W. Feiger, Esq. (State Bar No. 143247)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811

Attorneys for Plaintiffs:
LUCIO CORRAL RODRIGUEZ, individually,
and as Successor in Interest to the decedents,
MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
and LUCIO ANTHONY CORRAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants,<br>_____/ | Case No.: 1:08-CV-00856-OWW-GSA<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON STATE OF CALIFORNIA'S MOTION TO DISMISS<br><br><br><br><br><br><br><br><br><br>Court Room: 3<br>Judge: Oliver W. Wanger<br>Magistrate Judge: Gary S. Austin |

1.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the Plaintiffs, Lucio Corral Rodriguez, individually, and as Successor in Interest to the decedents, Maricruz Corral, Ivan Alexander Corral, and Lucio Anthony Corral, on the one hand, and the Defendant, State of California, on the other hand (collectively, "the Parties"), through their respective counsel of record, as follows:

WHEREAS the State's Motion to Dismiss, is set for hearing on October 20, 2008.

IT IS HEREBY AGREED by the Parties that the hearing may be continued to December 1, 2008, at 10:00 a.m., in Department 3, and that Plaintiffs' Opposition papers will be due on November 10, 2008, and Defendant's Reply papers will be due on November 20, 2008.

A facsimile copy of this Stipulation bearing the required signatures shall be sufficient for all purposes.

Dated: October ___, 2008         Department of Transportation- Legal Division

By:_____
   Attorneys for Defendant:
   State of California

Dated: October 6, 2008         CARCIONE, CATTERMOLE, DOLINSKI, OKIMOTO, STUCKY, UKSHINI, MARKOWITZ & CARCIONE, LLP

By:_____
   Attorney for Plaintiffs

## COURT ORDER

The Court having considered the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on the State's Motion to Dismiss may be continued to December 1, 2008, at 10:00 a.m., in Department 3, and that Plaintiffs' Opposition papers will be due on November 10, 2008, and Defendant's Reply papers will be due on November 20, 2008.

IT IS SO ORDERED.

**Dated:   October 7, 2008**                                /s/ Oliver W. Wanger
                                                                        UNITED STATES DISTRICT JUDGE