# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants. | 1:08-cv-00856 OWW GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Document 44) |

On October 30, 2008, the Magistrate Judge issued Findings and Recommendations that Plaintiff's Motion for Remand be DENIED without prejudice. These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) court days of the date of service of the order. On November 21, 2008, Plaintiff filed objections to the findings and recommendations. On December 10, 2008, Defendants National Railroad Passenger Corporation and BNSF Railway Company filed an opposition to Plaintiff's objections.

1  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
2  a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the
3  Findings and Recommendations are supported by the record and proper analysis.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. The Findings and Recommendations issued October 30, 2008, are ADOPTED IN
6      FULL; and
7  2. Plaintiff's Motion for Remand is DENIED.
8  IT IS SO ORDERED.
9  **Dated:   December 24, 2008**                    **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE