1    B. CLYDE HUTCHINSON, State Bar No. 037526
     bch@llcllp.com
2    VINCENT CASTILLO, State Bar No. 209298
     vcastillo@llcllp.com
3    JASON B. SHANE, State Bar No. 253908
     jshane@llcllp.com
4    LOMBARDI, LOPER & CONANT, LLP
     Lake Merritt Plaza
5    1999 Harrison Street, Suite 2600
     Oakland, CA  94612-3541
6    Telephone:    (510) 433-2600
     Facsimile:    (510) 433-2699
7
     Attorneys for Defendants
8    NATIONAL RAILROAD PASSENGER
     CORPORATION and BNSF RAILWAY
9    COMPANY

10                  UNITED STATES DISTRICT COURT

11        EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

12

13   LUCIO CORRAL RODRIGUEZ,          Case No.  1:08-cv-00856 OWW GSA

               Plaintiff,             **ORDER CONSOLIDATING CASES
14                                     PURSUANT TO FRCP 42(a)**

15        v.

     COUNTY OF STANISLAUS, et al.,
16
               Defendants.
17

18   AND ALL RELATED ACTIONS.

19

20   ESTATE OF BRYAN ARMENTA          Case No. 1:08-cv-01496 OWW GSA
     LOPEZ, et al.,
21
               Plaintiffs,
22
          v.
23
     NATIONAL RAILROAD PASSENGER
24   CORPORATION ("AMTRAK"), et al.

               Defendants.
25

26   AND ALL RELATED ACTIONS.

27

28   / / /

     13249-36853 JBS 570191.1                1

     [PROPOSED] ORDER CONSOLIDATING CASES PURSUANT TO FRCP 42(a)

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

1    Pursuant to the parties' Stipulation to Consolidate Cases Pursuant to Fed. R. Civ. P. 42(a),

2    filed on May 1, 2009, upon consideration of the documents submitted in these matters, and good

3    cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled matters be

4    consolidated for purposes of discovery and trial.

5    IT IS FURTHER ORDERED that the consolidation of these matters will not operate to

6    prejudice Plaintiff Lucio Corral Rodriguez's ability to move the Court for an order remanding

7    Case No. 1:08-cv-00856 OWW GSA to state court. Should the Court determine that remand is

8    appropriate as to Case No. 1:08-cv-00856 OWW GSA, that action may be severed from the

9    consolidated action and separately remanded. Likewise, this consolidation does not operate to

10   prejudice any party's right to oppose a renewed motion to remand brought by Plaintiff Lucio

11   Corral Rodriguez.

12

13   IT IS SO ORDERED.

14       DATED: 5/11/2009                    /s/ OLIVER W. WANGER
                                             HONORABLE OLIVER W. WANGER
15                                           UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

13249-36853 JBS 570191.1                           2

[PROPOSED] ORDER CONSOLIDATING CASES PURSUANT TO FRCP 42(a)