Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Aaron B. Markowitz, Esq. (State Bar No. 220694)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811

Attorneys for Plaintiffs:
LUCIO CORRAL RODRIGUEZ, individually,
and as Successor in Interest to the decedents,
MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
and LUCIO ANTHONY CORRAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br>_____ / | Case No.: 1:08-CV-00856-OWW-GSA<br><br>STIPULATION AND ORDER RE EXTENSION OF THE EXPERT DISCLOSURE DATE<br><br><br>Dept.   10<br>Judge: Magistrate Judge Gary S. Austin |

WHEREAS the date for Expert Disclosure in this matter is currently set for April 1, 2010, with supplemental or rebuttal experts to be disclosed by May 3, 2010.

WHEREAS a significant amount of additional discovery still remains to be done in this action.

WHEREAS the parties agree that an extension of time for the disclosure of experts is

1.

176430 / ABM

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF THE EXPERT DISCLOSURE DATE

appropriate under the circumstances.

The Parties Stipulate and Agree as follows:

a) The date for Expert Disclosures should be continued from April 1, 2010 to April 30, 2010.

b) The date for the disclosure of rebuttal or supplemental experts should be continued from May 3, 2010 to May 17, 2010.

SO STIPULATED AND AGREED

CARCIONE, CATTERMOLE, DOLINSKI, OKIMOTO, STUCKY, UKSHINI, MARKOWITZ & CARCIONE, LLP

Dated: March 22, 2010           By:     /s/ Aaron B. Markowitz, Esq.
                                        Attorney for Plaintiff,
                                        Lucio Corral Rodriguez

LOMBARDI, LOPER & CONANT, LLP

Dated: March 22, 2010           By:     /s/ Vincent Castillo, Esq.
                                        Attorney for Defendant/Counter-Claimant
                                        National Railroad Passenger Corporation and
                                        Defendant BNSF Railway Company

Dated: March 22, 2010           By:     /s/ Richard Evans, Esq.
                                        Attorney for Defendant
                                        City of Modesto

Dated: March 22, 2010           By:     /s/ Dan Farrar, Esq.
                                        Attorney for Defendant
                                        County of Stanislaus

BORTON PETRINI, LLP

Dated: March 22, 2010           By:     /s/ Cornelius J. Callahan, Esq.
                                        Attorney for Defendant
                                        City of Riverbank

2.

176430 / ABM

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF THE EXPERT DISCLOSURE DATE

Dated: March 22, 2010         By:   /s/ Douglas L. Johnson, Esq.
                                    Attorney for Defendant
                                    State of California - Dept. of Transportation


                                    MORENO, BECERRA, GUERRERO & CASILLAS


Dated: March 22, 2010         By:   /s/ Danilo J. Becerra, Esq.
                                    Attorney for Plaintiffs
                                    Aida Lopez Verdugo, Estate of Ramona Lopez
                                    Verdugo, Robert Lopez Valenzuela, a minor,
                                    Roberto Lopez, Rosario Verdugo, Araceli
                                    Armenta Lopez, Julian Armenta Valenzuela


Based on the forgoing and the stipulation of the parties, this Court finds good cause for the following Order:

a) The date for Expert Disclosures shall be continued from April 1, 2010 to April 30, 2010.

b) The date for the disclosure of rebuttal or supplemental experts shall be continued from May 3, 2010 to May 17, 2010.

IT IS SO ORDERED.

Dated:  **March 23, 2010**            /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE

176430 / ABM

3.

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF THE EXPERT DISCLOSURE DATE