UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants. | Case No.: 1:08-CV-00856-OWW-GSA<br><br>**ORDER ON PLAINTIFF LUCIO CORRAL'S MOTION TO COMPEL CERTAIN DISCOVERY AND TO ALLOW THE COMPLETION OF ALL OUTSTANDING DISCOVERY** |

Having reviewed Plaintiff Lucio Corral's Motion to Compel Certain Discovery and to Allow the Completion of All Outstanding Discovery, the papers filed by Defendants BNSF Railway (hereinafter "BNSF"), National Railroad Passenger Corp. (hereinafter "Amtrak"), and the County of Stanislaus (hereinafter "County"), the evidence presented by the parties, and having heard the arguments of counsel during the April 13, 2010 hearing on this matter, and good cause appearing therefor, this Court orders as follows:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants. | Case No.: 1:08-CV-00856-OWW-GSA<br><br>**ORDER ON PLAINTIFF LUCIO CORRAL'S MOTION TO COMPEL CERTAIN DISCOVERY AND TO ALLOW THE COMPLETION OF ALL OUTSTANDING DISCOVERY** |

Having reviewed Plaintiff Lucio Corral's Motion to Compel Certain Discovery and to Allow the Completion of All Outstanding Discovery, the papers filed by Defendants BNSF Railway (hereinafter "BNSF"), National Railroad Passenger Corp. (hereinafter "Amtrak"), and the County of Stanislaus (hereinafter "County"), the evidence presented by the parties, and having heard the arguments of counsel during the April 13, 2010 hearing on this matter, and good cause appearing therefor, this Court orders as follows:

1

177527 / abm    ORDER ON PLAINTIFF LUCIO CORRAL'S MOTION TO COMPEL CERTAIN DISCOVERY AND TO ALLOW THE COMPLETION OF ALL OUTSTANDING DISCOVERY

1.     On or before April 30, 2010, Defendant Amtrak is to produce the complete calibrated tabular data for all of May 8, 2007, from the event data recorder on the subject train.

2.     On or before April 27, 2010, the parties are to enter into a stipulated protective order to protect the confidentiality of the agreement between Defendants Amtrak and BNSF concerning the subject train tracks, and file the document with the Court.  The parties are expected to negotiate in good faith and submit the stipulated protective order for the Court's approval.  Within fourteen days of entry of the stipulated protective order and approval by this Court, the unredacted agreement is to be produced pursuant to the protective order.

3.     The following depositions are permitted to be taken, and must be completed on or before April 30, 2010-- the deposition of Darren Gilbert; the deposition of Jennifer Langenheim; and the Rule 30(b)(6) deposition(s) of BNSF pursuant to Plaintiff's deposition notice previously served.

4.     On or before April 30, 2010, the County is to produce any documentation concerning any traffic counts relating to the subject intersection, occurring prior to the date of the subject accident, if such documents exist.

IT IS SO ORDERED.

**Dated:**   **April 20, 2010**                  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE