Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Aaron B. Markowitz, Esq. (State Bar No. 220694)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811

Attorneys for Plaintiffs:
LUCIO CORRAL RODRIGUEZ, individually,
and as Successor in Interest to the decedents,
MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
and LUCIO ANTHONY CORRAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br>_____/ | Case No.: 1:08-CV-00856-OWW-GSA<br><br>STIPULATION AND ORDER RE DEFENDANT STATE OF CALIFORNIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Courtroom:3<br>Judge: Hon. Oliver W. Wanger |

WHEREAS Plaintiff LUCIO CORRAL RODRIGUEZ, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL (hereinafter "Plaintiffs") filed a Complaint in the instant action arising out of a railway grade crossing train-vehicle collision on May 8, 2007, near the intersection of Claribel Road and Terminal Avenue in the County of Stanislaus, naming all defendants as to all causes of action.

WHEREAS, Plaintiffs' claim fall into two district categories. There are those claims

1.

based on the ownership, maintenance, condition, and operation of the train, on the one hand, and those claims based on the condition of the grade crossing and the surrounding area on the other.  (See Scheduling Conference Order, p. 3, para. 5.)

WHEREAS Defendant STATE OF CALIFORNIA has filed a Motion for Partial Summary Judgment as to Plaintiffs' claims based on the condition of the grade crossing and surrounding area where the subject accident of the action occurred.

WHEREAS Defendant STATE OF CALIFORNIA has produced a declaration, which avers under penalty of perjury that the State of California does not maintain or perform any maintenance of the realty at the subject crossing or intersection, which declaration is attached hereto as **Exhibit A**.

Plaintiffs and  Defendant STATE OF CALIFORNIA stipulate and agree as follows:

1. Any reference to the STATE OF CALIFORNIA is stricken from the First Cause of Action, for Premises Liability

2. To the extent that the Second Cause of Action alleges any claims against the STATE OF CALIFORNIA based on the condition of the grade crossing and the surrounding real property, those claims are stricken.

3. This case continues on against the State of California on other grounds, as this Stipulation and Order will have no impact on Plaintiffs' claims that arise or relate to the operation, ownership, inspection and/or maintenance of the subject train.  It should be noted that plaintiffs contend that included in the remaining claims against State are those that arise or relate to the hiring, retention, and/or employment of those persons who did operate, inspect, and/or maintain the subject train.  It is State's position to the contrary that the Compliant does not encompass these claims against State which arise or relate to the hiring, retention, and/or employment o those persons who did operate, inspect, and/or maintain the subject train.  These parties hereby stipulate that this Stipulation will have no effect or prejudice on Plaintiffs' assertions that these claims are encompassed in Plaintiffs' Complaint, nor upon State's assertion to the contrary that the Complaint does not encompass such claims."

4. This stipulation is not intended to have any impact on Plaintiffs' claims against

any of the other defendants to this action, other than the STATE OF CALIFORNIA.

    5.    Defendant STATE OF CALIFORNIA's Motion for Partial Summary Judgment is moot.

SO STIPULATED AND AGREED.

CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, LLP

Dated: April 27, 2010    By:   /s/ Aaron B. Markowitz, Esq.
                                     Attorney for Plaintiffs

Dated: April 27, 2010    By:   /s/ Douglas L. Johnson, Esq.
                                       Attorney for Defendant
                                       State of California - Dept. of Transportation

IT IS SO ORDERED.

**Dated:  April 27, 2010**                **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

177610 /

STIPULATION AND ORDER RE DEFENDANT STATE OF CALIFORNIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT