B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA), BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY), and STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No. 1:08-cv-00856 OWW GSA<br><br>**DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION'S, BNSF RAILWAY COMPANY'S, AND STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER LIMITING THE NUMBER OF PLAINTIFF LUCIO CORRAL RODRIGUEZ' DISCLOSED EXPERTS AND TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY**<br><br>Date: _____, 2010<br>Time: _____ a.m./p.m.<br>Ctrm.: 10<br>Judge: Hon. Gary S. Austin |

/ / /

/ / /

13249-36853 JBS 585720.1     1     Case No. 1:08-cv-00856 OWW GSA

**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER LIMITING THE NUMBER OF PLAINTIFF'S DISCLOSED EXPERTS AND TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on _____, 2010, at _____ a.m./p.m. in Courtroom 10 of the above-entitled court, located at 2500 Tulare Street, Fresno, California 93721, or as soon thereafter as the matter may be heard, Defendants NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY and STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION (collectively "Defendants") will and do hereby submit a Motion For Protective Order Limiting The Number Of Plaintiff Lucio Corral Rodriguez' Disclosed Experts And To Extend The Deadline For Expert Discovery.  The grounds for the motion are that the testimony of certain experts by Plaintiff will be duplicative and cumulative and that requiring Defendants to depose each expert would submit Defendants to undue burden and expense.

This motion is made and based upon Federal Rules of Civil Procedure, rule 16(c)(2)(D), this Notice, as well as the Memorandum of Points and Authorities and Declaration of Vincent Castillo served herewith, and the pleadings and any other documents on file, as well as any other evidence produced at the hearing of the matter.

Dated: June 16, 2010                    LOMBARDI, LOPER & CONANT, LLP


By: _____/s/ Jason B. Shane_____
JASON B. SHANE
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, BNSF RAILWAY COMPANY,
and STATE OF CALIFORNIA, DEPARTMENT
OF TRANSPORTATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-36853 JBS 585720.1                    2                    Case No. 1:08-cv-00856 OWW GSA

**NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER LIMITING THE NUMBER OF PLAINTIFF'S DISCLOSED EXPERTS AND TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY**