B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA), BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY), and STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.  1:08-cv-00856 OWW GSA<br><br>**ORDER RE STIPULATION SHORTENING TIME TO HEAR DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY AND STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION'S MOTION FOR PROTECTIVE ORDER LIMITING THE NUMBER OF PLAINTIFF LUCIO CORRAL RODRIGUEZ' DISCLOSED EXPERTS AND TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY** |

   IT IS HEREBY STIPULATED by and between all parties, by and through their counsel of record, that Defendants National Railroad Passenger Corporation, BNSF Railway Company

1  and State of California, Department of Transportation's Motion For Protective Order Limiting the
2  Number of Plaintiff Lucio Corral Rodriguez' Disclosed Experts And To Extend The Deadline For
3  Expert Discovery may be heard on shortened time pursuant to Local Rule 144(e).  This
4  stipulation is made because Defendants wish to limit the number of Plaintiff's disclosed experts
5  prior to taking their depositions and the motion would be rendered moot if it is noticed pursuant
6  to Local Rule 230(b) because the close of expert discovery is July 15, 2010.

7      IT IS HEREBY FURTHER STIPULATED that the nonmoving parties will have at least
8  seven (7) calendar days to file any opposition to the Motion for Protective Order.

9      IT IS HEREBY FURTHER STIPULATED that, in the interest of having the Motion for
10 Protective Order heard at the Court's earliest convenience, Defendants National Railroad
11 Passenger Corporation, BNSF Railway Company and State of California, Department of
12 Transportation waive their right to file a written reply in support of the Motion but reserve their
13 right to orally reply at the motion hearing to be set by the Court.

14 Dated: June 16, 2010                                    CARCIONE, CATTERMOLE, ET AL.

16                                                        By:       /s/ Aaron B. Markowitz
17                                                              JOSEPH W. CARCIONE
                                                                AARON B. MARKOWITZ
18                                                               Attorneys for Plaintiff
                                                                LUCIO CORRAL RODRIGUEZ

20 Dated: June 16, 2010                                    MORENO, BECERRA & CASILLAS

22                                                        By:       /s/ Danilo Becerra
                                                                    DANILO BECERRA
23                                                               Attorneys for Plaintiffs
                                                              ATILANO ARMENTA LOPEZ,
24                                                          BRENDA FIGUEROA LOPEZ, JESUS
                                                            VILLAREAL, AIDA LOPEZ VERDUGO,
25                                                          ROBERTO LOPEZ VALENZUELA,
                                                            ROBERTO LOPEZ, ROSARIO
26                                                          VERDUGO, ARACELI ARMENTA
                                                            LOPEZ, and JULIAN ARMENTA
27                                                                   VALENZUELA

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

Dated: June 16, 2010	LOMBARDI, LOPER & CONANT, LLP

By: ___/s/ Jason B. Shane___
B. CLYDE HUTCHINSON
VINCENT CASTILLO
JASON B. SHANE
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION and
BNSF RAILWAY COMPANY

Dated: June 16, 2010

By: ___/s/ Dan Farrar___
DAN FARRAR
Attorneys for Defendant
COUNTY OF STANISLAUS

Dated: June 16, 2010

By: ___/s/ Richard Evans___
RICHARD EVANS
Attorneys for Defendant
CITY OF MODESTO

Dated: June 16, 2010	BORTON PETRINI, LLP

By: ___/s/ Cornelius J. Callahan___
CORNELIUS J. CALLAHAN
Attorneys for Defendant
CITY OF RIVERBANK

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

13249-36853 JBS 585715.1	3	Case No. 1:08-cv-00856 OWW GSA

**STIPULATION SHORTENING TIME TO HEAR MOTION FOR PROTECTIVE ORDER LIMITING THE NUMBER OF PLAINTIFF'S DISCLOSED EXPERTS AND TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY; [PROPOSED] ORDER**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties, Defendants National Railroad Passenger Corporation, BNSF Railway Company and State of California, Department of Transportation's Motion For Protective Order Limiting the Number of Plaintiff Lucio Corral Rodriguez' Disclosed Experts And Extending The Expert Deadline will be heard on shortened time. **Any opposition to Defendants' motion** (filed June 16, 2010 [Docs. 147-150]), **must be filed on or before June 25, 2010**. Defendants waived their right to file a written reply in support of the Motion, but retain the right to orally reply at the hearing.

The Motion will be heard on **July 2, 2010, at 9:30 a.m.** in Department 10 of the above-entitled court. **All counsel for parties subject to the ruling on the motion shall appear in person; telephonic appearances will not be permitted.**

IT IS SO ORDERED.

DATED: June 16, 2010                               /s/ Gary S. Austin
                                                   HON. GARY S. AUSTIN
                                                   UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541