Joseph W. Carcione, Jr. Esq. (SB# 56693)
Aaron B. Markowitz, Esq. (SB# 220694)
John P. Carcione, Esq. (SB# 215753)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKKSHINI, MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811
Facsimile: (650)367-0367

Attorneys for Plaintiff
LUCIO CORRAL RODRIGUEZ, individually,
and as Successor in Interest to the decedents,
MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
and LUCIO ANTHONY CORRAL

SUSANA ALCALA WOOD, SB#156366
RICHARD B. EVANS, Senior Deputy City Attorney #65737
City of Modesto
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendant CITY OF MODESTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY, and DOES 1 to 200,<br><br>Defendants. | No. 1:08- CV-00856-OWW-GSA<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>[FRCP 41(a)(2)] |

-1-

1  It is hereby stipulated and agreed by and between Plaintiff, LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL and Defendant CITY OF MODESTO, through their respective undersigned counsel that the above-entitled action be dismissed with prejudice as to Defendant CITY OF MODESTO, only.

It is further stipulated by said parties that Plaintiff bear his own costs and attorney's fees incurred in this action and that Defendant CITY OF MODESTO bear its own costs and attorney's fees incurred in this action.

```
Date:   June 15, 2010           By  /s/ JWC
                                    JOSEPH W. CARCIONE
                                    Attorneys for Plaintiff
                                    LUCIO CORRAL RODRIGUEZ,
                                    individually and as Successor-in-Interest to
                                    the decedents MARICRUZ CORRAL,
                                    IVAN ALEXANDER CORRAL, and
                                    LUCIO ANTHONY CORRAL

                                SUSANA ALCALA WOOD, City Attorney


Dated:  June 15, 2010           By   /s/ RBE
                                    RICHARD B. EVANS
                                    Senior Deputy City Attorney
                                    Attorneys for Defendant CITY OF MODESTO
```

**ORDER**

The Court having reviewed the Stipulation set forth above and finds it to be in order, therefore,

IT IS ORDERED that:

1. This action be and is dismissed with prejudice as to Defendant CITY OF MODESTO, only.

2. PLAINTIFF and defendant CITY OF MODESTO shall bear their own costs and attorney's fees incurred in this action.

IT IS SO ORDERED.

1 | **Dated:   June 18, 2010**                    /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE

**Dated:   June 18, 2010**                    /s/ Oliver W. Wanger