Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Aaron B. Markowitz, Esq. (State Bar No. 220694)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811
Facsimile: (650) 367-0367

Attorneys for Plaintiffs:
LUCIO CORRAL RODRIGUEZ, individually,
and as Successor in Interest to the decedents,
MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
and LUCIO ANTHONY CORRAL

Attorney for Defendant/Cross-Complainant, City of Riverbank
Cornelius J. Callahan, Esq.
BORTON PETRINI, LLP
1104 12th Street
Modesto, CA 95354
Telephone: (209) 576-1701
Facsimile: (209) 527-9753

ATTORNEY FOR DEFENDANT/CROSS-COMPLAINANT:
CITY OF RIVERBANK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200, | Case No.: 1:08-CV-00856-OWW-GSA<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>[FRCP 41(a)(2)] |

1.

STIPULATION AND ORDER OF DISMISSAL

1  It is hereby stipulated and agreed by and between Plaintiff, LUCIO CORRAL
2  RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ
3  CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL and
4  Defendant CITY OF RIVERBANK, through their respective undersigned counsel that the
5  above-entitled action be dismissed with prejudice as to Defendant CITY OF RIVERBANK,
6  only.

7  It is further stipulated by said parties that Plaintiff bear his own costs and attorney's
8  fees incurred in this action and that Defendant CITY OF RIVERBANK bear its own costs and
9  attorney's fees incurred in this action.

Dated: July 8, 2010

        CARCIONE, CATTERMOLE, DOLINSKI,
        OKIMOTO, STUCKY, UKSHINI,
        MARKOWITZ & CARCIONE, LLP

By:   /s/ Aaron B. Markowitz, Esq.
      LUCIO CORRAL RODRIGUEZ, individually,
      and as Successor in Interest to the decedents,
      MARICRUZ CORRAL, IVAN ALEXANDER
      CORRAL, and LUCIO ANTHONY CORRAL

Dated: July 8, 2010

        BORTON PETRINI, LLP

By:   /s/ Cornelius J. Callahan, Esq.
      Attorney for Defendant
      CITY OF RIVERBANK

**ORDER**

The Court having reviewed the Stipulation set forth above and finds it to be in order, therefore,

///

///

IT IS ORDERED that:

1. This action be and is dismissed with prejudice as to Defendant CITY OF RIVERBANK, only.
2. PLAINTIFF and Defendant CITY OF RIVERBANK shall bear their own costs and attorney's fees incurred in this action.

IT IS SO ORDERED.

**Dated:   July 12, 2010**                              **/s/ Oliver W. Wanger**
                                                                         UNITED STATES DISTRICT JUDGE