B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA), BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY), and STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.  1:08-cv-00856 OWW GSA<br><br>**STIPULATION SHORTENING TIME TO HEAR DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY AND STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION'S MOTION TO COMPEL PRODUCTION OF INSPECTION VIDEO AND DOCUMENTS RELATING DECEDENT'S ATTENDANCE AT MODESTO JUNIOR COLLEGE, AND DEPOSITION OF CPS SECURITY SOLUTIONS, INC. [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Defendants National Railroad Passenger Corporation, BNSF Railway Company and State of California, Department of Transportation

(collectively "Defendants") and Plaintiff Lucio Corral Rodriguez ("Plaintiff"), by and through their counsel of record, that Defendants' Motion To Compel Production Of Inspection Video And Documents Relating Decedent's Attendance At Modesto Junior College, And Deposition Of CPS Security Solutions, Inc. may be heard on shortened time pursuant to Local Rule 144(e).  This stipulation is made because expert discovery presently closes on July 30, 2010.

   IT IS HEREBY FURTHER STIPULATED that the nonmoving parties will have at least seven (7) calendar days to file any opposition to the Motion to Compel.

   IT IS HEREBY FURTHER STIPULATED that, in the interest of having the Motion to Compel heard at the Court's earliest convenience, Defendants waive their right to file a written reply in support of the Motion but reserve their right to orally reply at the motion hearing to be set by the Court.

Dated: July 15, 2010                        CARCIONE, CATTERMOLE, ET AL.


                                            By:      /s/ Aaron B. Markowitz
                                                  JOSEPH W. CARCIONE
                                                  AARON B. MARKOWITZ
                                                   Attorneys for Plaintiff
                                                  LUCIO CORRAL RODRIGUEZ


Dated: July 15, 2010                        LOMBARDI, LOPER & CONANT, LLP


                                            By:      /s/ Jason B. Shane
                                                  B. CLYDE HUTCHINSON
                                                  VINCENT CASTILLO
                                                  JASON B. SHANE
                                                  Attorneys for Defendants
                                            NATIONAL RAILROAD PASSENGER
                                            CORPORATION, BNSF RAILWAY
                                            COMPANY and STATE OF
                                            CALIFORNIA, DEPARTMENT OF
                                            TRANSPORTATION

/ / /

/ / /

/ / /

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

13249-36853 JBS 585889.1                     2                    Case No. 1:08-cv-00856 OWW GSA
**STIPULATION SHORTENING TIME TO HEAR MOTION TO COMPEL; [PROPOSED] ORDER**

# ORDER

The stipulation is ADOPTED IN PART.

IT IS HEREBY ORDERED that Defendants National Railroad Passenger Corporation, BNSF Railway Company and State of California, Department of Transportation's Motion To Compel Production Of Inspection Video And Documents Relating Decedent's Attendance At Modesto Junior College, And Deposition Of CPS Security Solutions, Inc. will be heard at the Court's earliest convenience.  Therefore, the Motion will be heard on **August 6, 2010, 9:30 a.m.** in Department 10 of the above-entitled court.

The parties are directed to file a Joint Statement re Discovery Disagreement pursuant to Local Rule 251(c); an exception pursuant to subdivision (e) of that rule does not apply.  **The parties shall file the Joint Statement no later than July 30, 2010.**

The Court acknowledges that expert discovery closes on July 30, 2010 (Doc. 161), nevertheless, any order affecting the expert discovery deadline, regarding the issues outlined above only, will be made *nunc pro tunc* as necessary.

IT IS SO ORDERED.

DATED: July 16, 2010              /s/ Gary S. Austin
                                  HON. GARY S. AUSTIN
                                  UNITED STATES MAGISTRATE JUDGE