1  Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
   Aaron B. Markowitz, Esq. (State Bar No. 220694)
2  CARCIONE, CATTERMOLE, DOLINSKI,
   OKIMOTO, STUCKY, UKSHINI,
3  MARKOWITZ & CARCIONE, L.L.P.
   A Professional Corporation
4  601 Brewster Avenue
   P.O. Box 3389
5  Redwood City, CA 94064
   Telephone: (650) 367-6811
6
   Attorneys for Plaintiffs:
7  LUCIO CORRAL RODRIGUEZ, individually,
   and as Successor in Interest to the decedents,
8  MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
   and LUCIO ANTHONY CORRAL
9

10                UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                     FRESNO DIVISION

13  LUCIO CORRAL RODRIGUEZ,          Case No.:  1:08-CV-00856-OWW-GSA
    individually, and as Successor in Interest to
14  the decedents, MARICRUZ CORRAL,  STIPULATION AND ORDER RE EXTENSION
    IVAN ALEXANDER CORRAL, and       OF THE EXPERT DISCOVERY CUTOFF
15  LUCIO ANTHONY CORRAL,

16              Plaintiff,

17  vs.                              Dept.   10
                                     Judge:  Magistrate Judge Gary S. Austin
18  COUNTY OF STANISLAUS, CITY OF
    MODESTO, CITY OF RIVERBANK,
19  STATE OF CALIFORNIA, AMTRAK
    CALIFORNIA, BURLINGTON
20  NORTHERN SANTA FE RAILWAY; and
    DOES 1 to 200,
21  _____/

22

23

24        WHEREAS the date for Expert Discovery Cutoff in this matter is currently set for July

    30, 2010.
25
          WHEREAS the Court has expressed concern with any further extension of expert
26
    discovery as it might impact other dates.
27
          WHEREAS the parties have now agreed to conduct all of the depositions in California,
28

                                        1.

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF THE EXPERT DISCOVERY CUTOFF

1  with all parties sharing the costs of all experts travel.

2       WHEREAS under the circumstances, it will not be possible to complete all of the

3  depositions by July 30, 2010.

4       WHEREAS the parties agree that any further continuance of the expert discovery cut-

5  off will have no effect on their abilities to adhere to the remaining dates set by the Court.

6       The Parties Stipulate and Agree as follows:

7       a)      The date for Expert Discovery Cut-off should be continued from July 30, 2010

8               to September 1, 2010.

9       b)      This extension will not affect any other pre-trial conference and trial dates.

10  SO STIPULATED AND AGREED

11                          CARCIONE, CATTERMOLE, DOLINSKI,
                            OKIMOTO, STUCKY, UKSHINI,
12                          MARKOWITZ & CARCIONE, LLP

13  Dated: July 19, 2010        By:   /s/ Aaron B. Markowitz, Esq.
14                                    Attorney for Plaintiff,
                                      Lucio Corral Rodriguez
15

16                          LOMBARDI, LOPER & CONANT, LLP

17  Dated: July 19, 2010        By:   /s/ Vincent Castillo, Esq.
18                                    Attorney for  Defendant/Counter-Claimant
                                      National Railroad Passenger Corporation and
19                                    Defendant BNSF Railway Company

20

21
    Dated: July 19, 2010        By:   /s/ Dan Farrar, Esq.
22                                    Attorney for  Defendant
                                      County of Stanislaus
23

24                          MORENO, BECERRA, GUERRERO & CASILLAS

25
    Dated: July 19, 2010        By:   /s/ Danilo J. Becerra, Esq.
26                                    Attorney for  Plaintiffs
                                      Aida Lopez Verdugo, Estate of Ramona Lopez
27                                    Verdugo, Robert Lopez Valenzuela, a minor,
                                      Roberto Lopez, Rosario Verdugo, Araceli
28                                    Armenta Lopez, Julian Armenta Valenzuela

2.

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF THE EXPERT DISCOVERY CUTOFF

1    Based on the forgoing and the stipulation of the parties, this Court finds good cause for

2  the following Order:

3     a)    The date for Expert Discovery Cut-off is continued from July 30, 2010 to

4           September 1, 2010.

5     b)    No other dates will be continued as a result of this continuance of the Expert

6           Discovery Cut-off, and no party can use this continuance as a basis to claim the

7           need to continue any other dates.

8
                              **ORDER**
9
   IT IS SO ORDERED.
10
   **Dated:   July 19, 2010**          _____ /s/ **Gary S. Austin**_____
11                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

179602 / abm

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF THE EXPERT DISCOVERY CUTOFF