# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>              Plaintiff,<br><br>   v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>              Defendants. | 1:08-cv-00856 OWW GSA<br><br>ORDER REGARDING THE PARTIES' STIPULATION TO EXTEND THE EXPERT DISCOVERY DEADLINE FILED SEPTEMBER 14, 2010<br><br>(Document 188) |

On September 14, 2010, the parties filed a Stipulation to Modify Scheduling Order and Continue Expert Discovery Cut-Off with Respect to Depositions of Charles Culver and Allen Haley. More particularly, the parties stipulated "that the Court's Scheduling Order be modified and that the *'All Discovery Cut-Off,'* presently set for September 1, 2010, be continued twenty-three (23) days until September 24, 2010 . . .." (Doc. 188 at 1, emphasis added.)

Because the language of the stipulation is inaccurate or inconsistent with this Court's previous orders, this Court declines to adopt the stipulation as filed. The Court has not

1

previously extended all discovery through and including September 1, 2010.  (*See* Doc. 176 ["The date for Expert Discovery Cut-off is continued from July 30, 2010 to September 1, 2010"].)

    Nevertheless, this Court will extend the expert discovery deadline for the limited purpose referred to in the stipulation on file.  Therefore, in accordance with the agreement of all counsel, the expert disclosure deadline is HEREBY extended, nunc pro tunc, through and including September 24, 2010, in order to accommodate the depositions of expert witnesses Charles Culver and Allen Haley only.  No other dates or deadlines are extended as a result of the parties' stipulation.

IT IS SO ORDERED.

**Dated:   September 15, 2010**                            **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE