

**FILED**

OCT 2 7 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, LUCIO ANTHONY CORRAL, AIDA LOPEZ VERDUGO, ESTATE OF RAMONA LOPEZ VERDUGO, ROBERT LOPEZ VALENZUELA, a minor, ROBERTO LOPEZ, ROSARIO VERDUGO, ARACELY ARMENTA LOPEZ, BRENDA LOPEZ and JULIAN ARMENTA VALENZUELA, <br><br>                    Plaintiffs, <br><br>   v. <br><br> COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, NATIONAL RAILROAD PASSENGER CORP., BURLINGTON NORTHERN SANTA FE RAILWAY, <br><br>                    Defendants. | 1:08-cv-0856 OWW GSA <br> Consolidated With: <br> 1:08-cv-1496 OWW GSA <br><br> FINAL PRETRIAL ORDER <br><br><br> Motion in Limine Date: <br> 11/19/10 12:00 Ctrm. 3 <br><br> Trial Date: 12/7/10 9:00 <br> Ctrm. 3 (JT-20 days) |

## I.   JURISDICTION AND VENUE

1.   This Federal Court has original jurisdiction over the claims against Defendant National Railroad Passenger Corporation (Amtrak) because it was incorporated by an Act of Congress (45 U.S.C. § 501, et seq.) and the United States of America owns more

1

1 | than 50% of Amtrak's capital stock (28 U.S.C. § 1349). *In re*
2 | *Rail Collision Near Chase, Maryland* (D. Md. 1987) 680 F.Supp.
3 | 728, 731. No party contests jurisdiction or venue.

## II. JURY/NON-JURY

1. All parties, and each of them, have requested a jury.

## III. FACTS

A. Undisputed Facts

1. On May 8, 2007, an Amtrak passenger train struck a Chevrolet Tracker. The six occupants of the Tracker were killed as a result of the collision.

2. At the time of the collision, the Chevrolet Tracker was traveling eastbound on Claribel Road. The Amtrak train was traveling geographically north, track west, on tracks owned and maintained by Defendant Burlington Northern Santa Fe Railway Company.

3. The occupants of the Tracker were Maricruz Corral, Anthony Corral, Ivan Alexander Corral, Diana Villareal Lopez, Ramona Lopez-Verdugo and Bryan Armenta-Lopez.

4. The accident occurred approximately 45 feet west of the intersection of Claribel Road and Terminal Avenue. Terminal Avenue and Claribel Road are roadways that are controlled and maintained by Defendant, County of Stanislaus.

B. Disputed Facts

1. All other facts and issues are in dispute. Negligence of decedent Maricruz Corral operator of the vehicle. Negligence of Defendants Amtrak, BNSF, and State of California. Whether Stanislaus County maintained a dangerous condition of public property. Causation. Nature and extent of damages.

2

## IV. DISPUTED EVIDENTIARY ISSUES

A. Plaintiffs.

1. Plaintiff contends that any witnesses who failed to provide an expert report as required by Rule 26(a)(2)(B), may not provide any expert testimony. Plaintiff will address this to the Court by way of a motion in limine.

2. Any reference to the immigration status of the decedents or heirs should not be mentioned to the jury. There has been no claim for future wage loss of the heirs. This should be handled as a motion in limine.

3. No reference to the incarceration status of the mother of Ramona Lopez (decedent) in Mexico. Irrelevant to any issues in the case.

B. Defendants.

1. Federal preemption as to Plaintiffs' contentions of unreasonable train speed, adequacy of crossing warnings, and engineer training. Whether evidence the train was late is admissible. Whether the testimony of certain of Plaintiffs' experts meets the standards held in *Daubert v. Merrell Dow Pharmaceuticals, Inc.* (1993) 509 U.S. 579. Whether the statements of engineer Cone to the California Highway Patrol are admissible.

## V. SPECIAL FACTUAL INFORMATION

A. Date, Place, and General Nature of the Incident.

Plaintiffs:

1. At the intersection of Claribel Rd. and Terminal Ave. in the County of Stanislaus, on the border between the City of Modesto and the City of Riverbank, there is a four-way stop sign.

Approximately 45 feet west of the stop sign of the eastbound lane of Claribel Rd., there is a railroad grade crossing, where a single track of BNSF's Stockton Subdivision crosses Claribel Rd., heading in a north-south direction.

2.    On or about May 8, 2007 Maricruz Corral was traveling eastbound on Claribel Rd.  She was driving the Chevrolet Tracker owned by Plaintiff Lucio Corral Rodriguez.  Ivan Alexander Corral, Lucio Anthony Corral, Diana Villareal-Lopez, Ramona Lopez-Verduga, and Bryan Armenta-Lopez were all passengers in the vehicle.  As Maricruz Corral approached the railroad grade crossing on Claribel Rd., just west of Terminal Ave., there were cars backed up behind the stop sign at the intersection of Claribel Rd. and Terminal Ave.  Maricruz Corral pulled up behind the stopped cars as is typical of cars traveling on that road. Similarly, the car behind her pulled up directly behind her.  As a train, owned by the State of California and operated by Amtrak was approaching, traveling in a northbound direction, Maricruz Corral was unable to move backward and clear the tracks due to the vehicle stopped behind her.  Then, the crossing arm came down, further blocking Maricruz Corral's exit from the tracks in a westward direction.  Maricruz Corral attempted to clear the tracks in an eastward direction, and the train struck the vehicle.

3.    At no time prior to the collision with the subject vehicle did the train engineer make any attempt to stop or slow the train, and at the time of the collision the train was still accelerating.

4.    All of the vehicle's occupants died at the scene.

4

1    Defendants.

2    1.    Vehicle-train collision that occurred on May 8, 2007.
3    The accident occurred at the Claribel Road grade crossing
4    approximately 45 feet west of Terminal Avenue, in an
5    unincorporated area of Stanislaus County.

6    B.    Basis for Liability.

7    Plaintiffs.

8    1.    Plaintiff has brought claims against the County of
9    Stanislaus, the City of Modesto, the City of Riverbank, the State
10   of California, BNSF Railroad, Amtrak-California, and National
11   Railroad Passenger Corp. for dangerous conditions of land, and
12   negligence.

13   2.    Plaintiff's claims fall into two distinct categories.
14   There are those claims based on the condition of the grade
15   crossing and the surrounding area, on the one hand, and those
16   claims based on the ownership, maintenance, condition, and
17   operation of the train, on the other.

18   3.    Plaintiff has brought all claims as against each
19   Defendant, but more specifically, the State of California owns
20   the subject train, and Amtrak California and/or National Railroad
21   Passenger Corp. is responsible for its operation.   BNSF Railroad
22   owns and/or has control of the subject railroad tracks and the
23   subject crossing.   The County of Stanislaus owns the subject
24   intersection.

25   4.    Defendants City of Riverbank and City of Modesto have
26   been dismissed from this action.

27   5.    National Railroad Passenger Corporation cross-claimed
28   against Plaintiff for negligent ownership and maintenance of the

5

1 subject vehicle; against decedent Maricruz Corral for negligent
2 operation of the subject vehicle; and against all other
3 Defendants for indemnity and contribution.

4     Defendants.

5     1.   It is undisputed that Amtrak operated the train
6 involved in this incident.  Plaintiffs allege that Defendant
7 Amtrak improperly operated the train, including that the train
8 was operated at a speed in excess of the maximum allowable speed
9 for this track classification; that Amtrak failed to stop the
10 train in order to avoid the subject accident; and that the
11 locomotive engineer was improperly trained.

12     2.   The sole basis for liability as against BNSF is as the
13 owner of the tracks.  At the time of the accident, BNSF did not
14 operate the train involved in the accident.

15     3.   The sole basis for liability as against the State of
16 California is as the owner of the train.

17     4.   Plaintiffs allege the County controlled and maintained
18 property that was in a dangerous condition pursuant to Government
19 Code § 835.  Plaintiffs contend that the signage and pavement
20 markings at and near the crossing were inadequate and that the
21 distance from the tracks to the stop sign at Terminal Avenue, to
22 the east of the tracks, was insufficient, i.e., the distance
23 should have been greater or the stop sign at Terminal Avenue
24 should have been removed to reduce or eliminate the possibility
25 of vehicles stopping on the tracks.

26 C.   Defenses.

27     Defendants.

28     1.   Comparative fault:  All Defendants contend that

6

1  Maricruz Corral caused this accident by being in violation of
2  California Vehicle Code § 22526(c) which provides:

3      A driver of a vehicle shall not enter a railroad or
4      rail transit crossing, notwithstanding any official
5      traffic control device or signal indication to proceed,
6      unless there is sufficient space on the other side of
7      the railroad or rail transit crossing to accommodate
8      the vehicle driven or there is sufficient under-
9      carriage clearance to cross the intersection without
10     obstructing the through passage of a railway vehicle,
11     including, but not limited to, a train, trolley or city
12     transit.

13     2.   Defendants contend that they are entitled to a
14  negligence per se instruction based upon Ms. Corral's violation
15  of Vehicle Code § 22526(c).

16     3.   In addition, Defendants contend that Maricruz Corral
17  was in violation of California Vehicle Code § 22451 which
18  provides in pertinent part:

19     (a) The driver of any vehicle or pedestrian approaching
20     a railroad or rail transit grade crossing shall stop
21     not less than 15 feet from the nearest rail and shall
22     not proceed until he or she can do so safely, whenever
23     the following conditions exist:

24     (1) A clearly visible electric or mechanical
25     signal device or a flagman gives warning of the
26     approach or passage of a train or car.

27     (2) An approaching train or car is plainly visible
28     or is emitting an audible signal and, by reason of its

7

1    speed or nearness, is an immediate hazard.

2    (b) No driver or pedestrian shall proceed through,

3    around, or under any railroad or rail transit crossing

4    gate while the gate is closed.

5    For the Court's reference, the Traffic Collision report

6    prepared by the California Highway Patrol cites

7    Maricruz Corral as the cause of the collision "by

8    proceeding across a railroad grade crossing when

9    unsafe, a violation of CVC § 22451(a)."

10   Plaintiffs.

11   1.   The evidence that has been developed in this case makes

12   clear that there is no basis at all for a negligence per se

13   instruction as to any negligence on the part of Maricruz Corral,

14   and Plaintiffs dispute that Ms. Corral was at all negligent.

15                    VI.   RELIEF SOUGHT

16   A.   Plaintiffs.

17   1.   Plaintiff Lucio Corral's damages are based on the

18   survivor statute and for wrongful death as a result of the death

19   of his wife and two children.  Plaintiff contends that the lost

20   earnings of Maricruz Corral are $875,856 adjusted to present

21   value and reduced for her own consumption.  Maricruz's lost

22   household services have the present value of $1,363,611.

23   2.   Plaintiff is seeking non-economic damages for:

24        a.   the loss of love, companionship, comfort, care,

25   assistance, protection, affection, society, and moral support

26   from Maricruz Corral, Ivan Alexander Corral and Lucio Anthony

27   Corral, and each of them;

28        b.   The loss of the enjoyment of sexual relations with

                                  8

1 | Maricruz Corral; and

2 |         c.    The loss of Maricruz Corral's training and
3 | guidance.

4 |     3.    Plaintiff is seeking punitive damages from Defendants
5 | Amtrak-California, National Railroad Passenger Corp., and BNSF
6 | Railroad.

7 |     4.    Ramona Lopez died in the accident.  The heirs that
8 | claim through Ramona are three adult children living in Mexico.
9 | Daughter, Brenda Lopez, who was the adopted daughter of decedent.
10 | Robert Lopez Valenzuela (18) who was the adopted son of decedent
11 | were also assisted.  They are all claiming loss of love, society,
12 | comfort, and advice, basic wrongful death damages.

13 |     5.    Claims have been made by the elderly parents of
14 | decedent Ramona Lopez.  Parents Rosario Verdugo and Robert Lopez
15 | Sr., have claimed "dependency" rights, with regards to money sent
16 | to Mexico for them.  Both claims have been hotly disputed by the
17 | Defendants.  They claim their daughter supported them with
18 | necessities of life.

19 |     6.    Bryan Armenta Lopez (5) the son of Ramona Lopez, was
20 | also killed while in the vehicle.  His father, Atilano Armenta,
21 | who lives in Mexico, also has opened a claim for the loss of his
22 | son.  The boy lived in Mexico during the first 3 to 4 years of
23 | his life and moved to California to live with his mother, Ramona,
24 | and brother, Roberto Lopez.

25 |     7.    Aida Lopez is the mother of decedent Diana Villareal
26 | Lopez and sister of Ramona Lopez.  There has arisen an issue as
27 | to whether Jessie Villareal, who had thought he had acquired
28 | adoption rights, will be able to make a claim for his daughter's

1  wrongful death.  From a practical standpoint, it does not make
2  any difference, since Aida is Jessie's wife and had a close
3  family relationship.

4      8.    Julian Armenta Valenzuela was the husband of Ramona
5  Lopez at the time of her death.  They had not lived together in
6  nine (9) years and it appears there was limited contact between
7  them during that time.  The reasons they stayed married involved
8  the right to retain property and allow the children to reside on
9  the property without payment of governmental taxes.  Defendants
10 have disputed his right to make any claim based upon a document
11 from Mexico that indicates that a divorce had occurred.  Counsel
12 has attempted to prove that the numbers on that document pertain
13 to another divorce; but his claim is still effected based on
14 their relationship over the 9 years before the death.

15     9.    Decedent, Ramona Lopez Verdugo, was a wonderful person
16 who worked two jobs and adopted two (2) children and had two of
17 her own.  She worked as a cook in a restaurant by day in Modesto,
18 and cleaned offices at night.  The quality of her parentage was
19 seen by the defense in the depositions of her children.  Brenda,
20 a communication college grad in Mexico, Aracely, a mother of two,
21 and Roberto, working and supporting his family.  Bryan Armenta
22 Lopez had a close relationship with his father, Atilano Armenta
23 Lopez.  This relationship was made more difficult by the fact
24 that Ramona had to go to the United States to earn enough money
25 to support her family; and that Atilano had a separate family.

26     10.   Diana Villareal Lopez, the daughter of Aida Lopez, was
27 just beginning her life but the testimony from her mother and
28 father was moving; as to the closeness of the relationship and

10

1  appreciation this young woman had received from her parents.
2      Defendants.

3      1.    All Defendants seek a dismissal of the complaint with
4  prejudice, and an award of costs.  In addition, Defendants
5  Amtrak, BNSF, and the State of California seek an order granting
6  Defendants' request for indemnity and contribution from Cross-
7  Defendant Lucio Corral Rodriguez.

8                  VII.   DISPUTED ISSUES OF LAW

9  A.   Plaintiffs

10     1.    Plaintiffs will be filing a trial brief at the time of
11 trial outlining all of the various legal issues.  For purposes
12 here, Plaintiffs are providing just the basic law on which their
13 claims are based.  The basis for Plaintiff's claims sound in
14 negligence and dangerous condition of land.  To prove these at
15 trial Plaintiff will have to show:

16         a.    That Amtrak and/or the State of California were
17 negligent and that that negligence was a substantial factor in
18 causing Plaintiffs' harm.

19         b.    That BNSF was negligent in the use or maintenance
20 of the subject crossing; and that that negligence was a
21 substantial factor in causing Plaintiffs' injuries.

22         c.    That the subject intersection and crossing
23 constituted a dangerous condition at the time of the incident;
24 that the County of Stanislaus created this dangerous condition;
25 that the dangerous condition created a reasonably foreseeable
26 risk of the kind of incident that occurred; and that the
27 dangerous condition was a substantial factor in causing
28 Plaintiffs' harm.

                              11

1    Defendant County of Stanislaus:

2    1.   The claim against the County of Stanislaus is based
3    upon California Government Code § 835, which provides for
4    liability in an action against a public entity for an injury
5    caused by a dangerous condition of public property.   The
6    Plaintiff must prove:

7         a.   The public property was in a dangerous condition
8    at the time of the accident;

9         b.   Injury to the Plaintiff was caused by the
10   dangerous condition;

11        c.   The kind of injury was reasonably foreseeable as a
12   consequence of the dangerous condition; and

13        d.   Either the dangerous condition was created by the
14   negligent or wrongful act of an employee or the entity had actual
15   and constructive notice of the condition in sufficient time
16   before the accident to take reasonable measures to protect
17   against the injuries.

18   2.   The County of Stanislaus is responsible for maintaining
19   and controlling Claribel Road and Terminal Avenue.   The only
20   exception is the area within the BNSF rails and extending two
21   feet east and west of those rails.   This property is BNSF's
22   responsibility.

23   3.   Government Code § 831(a) defines a dangerous condition
24   as "a condition of property that creates a substantial risk of
25   injury when such property or adjacent property is used with due
26   care in a manner in which it is reasonably foreseeable that it
27   will be used."   The "used with due care" requirement refers to
28   use by the public in general.   In determining whether a dangerous

12

1  condition exists, it must be assumed, hypothetically, that all
2  persons are using the property with due care.  See, e.g., *Murrell*
3  *v. State Ex Rel Department of Public Works* (1975) 47 Cal.App.3d
4  264, 267.

5      4.   Government Code § 830.5 provides that "the happening of
6  the accident which resulted in the injury is not in and of itself
7  evidence that public property was in a dangerous condition."   In
8  regard to notice, the Plaintiff must establish that the condition
9  had existed for such a period of time and was of such an obvious
10 nature that the public entity, in the exercise of due care,
11 should have discovered the condition and its dangerous
12 character."   *Anderson v. City of Thousand Oaks* (1976) 65 Cal.3d
13 82, 92.

14     Defendants Amtrak, BNSF, and State of California.

15     1.   Issues of excessive train speed; adequacy of warnings
16 at the crossing; and the adequacy of the training of the
17 engineer, conductor, and assistant conductor are all subject to
18 Federal Preemption.  Defendants will file motions in limine to
19 exclude any testimony that the train was "speeding," that the
20 crossing warnings were inadequate, and that the train's crew was
21 inadequately trained.

22                    VIII.   ABANDONED ISSUES

23     1.   Plaintiff Lucio Corral's claims against the City of
24 Modesto and the City of Riverbank have been dismissed.  The claim
25 of Jesse Villareal as to the minor, Diana Villareal, has been
26 abandoned.

27 ///

28 ///

                              13

1                                    IX.   WITNESSES

2    A.    Plaintiffs

3          1.    William M. Dike (witness to the train collision)
                 530 Water St., 5th Floor
4                Oakland, CA 94607
                 (800) 683-4114
5
           2.    Billy Bob Inagaus (witness to the train collision)
6                3900 Monte View Dr.
                 Modesto, CA 95355
7                (209) 523-1490

8          3.    Alvin Tyler (witness to train collision)
                 12909 Welch St.
9                Waterford, CA 95386
                 (209) 988-9245
10
           4.    Shawn Noel Barlow
11               300 Wylie Court
                 Turlock, CA 95380
12               (209) 277-4206

13         5.    Officer M. P. Gisler
                 (officer who investigated train collision)
14
           6.    Officer C. White, Photographer
15               (officer who investigated train collision)

16         7.    Officer A. Keller, Photographer
                 (officer who investigated train collision)
17
           8.    M. Sprinkman
18               CHP Motor Carrier Specialist; Photographer
                 (performed mechanical inspection)
19
           9.    CHP Captain L. Duncan
20               (assisted with scene management)

21         10.   CHP Officer P. Hendricks
                 (obtained scene measurements for the Factual Diagram)
22
           11.   CHP Officer A. Arenas
23               (obtained scene measurements for the Factual Diagram)

24         12.   D. Nichols, CHP Motor Carrier Specialist
                 (performed the mechanical inspection)
25
           13.   CHP Officer R. Kennell
26               (assisted with interviews and scene management)

27         14.   CHP Officer B. Moore
                 (assisted with interviews and scene management)
28

                                     14

15. Brenda Beatris Fugueroa Lopez
    Mexico
    (daughter of decedent Ramona Verdugo Lopez)

16. Roberto Lopez Valenzuela
    4810 E. Orchard Grass Drive
    Tucson, AZ 85706
    (son of decedent Ramona Verdugo Lopez)

17. Aracely Armenta Lopez, Mexico
    (daughter of decedent Ramona Verdugo Lopez)

18. Roberto Lopez, Mexico
    (father of decedent Ramona Verdugo Lopez)

19. Rosario Verdugo, Mexico.
    (mother of decedent Ramona Verdugo Lopez)

20. Atilano Armenta Lopez, Mexico.
    (father of decedent Brian Armenta Lopez)

21. Jesus Villareal
    4810 E. Orchard Grass Drive
    Tucson, AZ 85706
    (father of decedent Diana Villareal Lopez)

22. Aida Lopez
    4810 E. Orchard Grass Drive
    Tucson, AZ 85706
    (mother of decedent Diana Villareal Lopez)

23. Captain Frank Andrews, Stanislaus Fire District
    (responded to the scene of the accident)

24. Engineer Michael Avila, Stanislaus Fire Department
    (responded to the scene of the accident)

25. Firefighter Casey Hass, Stanislaus Fire District
    (responded to the scene of the accident)

26. Paramedic Jeff Smallwood
    Oak Valley Ambulance
    (responded to the scene of the accident)

27. EMT Matt Severson
    Oak Valley Ambulance
    (responded to the scene of the accident)

28. Paramedic Jeremy Estey
    Oak Valley Ambulance
    (responded to the scene of the accident)

29. EMT John Estey
    Oak Valley Ambulance
    (responded to the scene of the accident)

30. Sergeant Steve Owens
    Stanislaus County Sheriff's Office
    Riverbank Police
    (responded to the scene of the accident)

31. Deputy Hector Longoria
    Stanislaus County Sheriff's Office
    Riverbank Police
    (responded to the scene of the accident)

32. Deputy Pat McColloch
    Stanislaus County Sheriff's Office
    Riverbank Police
    (responded to the scene of the accident)

33. Deputy Brian Grim
    Stanislaus County Sheriff's Office
    Riverbank Police
    (responded to the scene of the accident)

34. Deputy Ian Dimberg
    Stanislaus County Sheriff's Office
    Riverbank Police
    (responded to the scene of the accident.

35. Deputy J. Mendoza
    Stanislaus County Sheriff's Office
    Riverbank Police
    (responded to the scene of the accident)

36. Deputy C. Williams
    Stanislaus County Sheriff's Office
    Riverbank Police
    (responded to the scene of the accident)

37. Felipe Ayala
    Staff Investigator, CPUC

38. Ken Johnson
    Superintendent of Operations, BNSF

39. Lena Kent
    Corporate Relations, BNSF

40. Bree Arnett, P.E.
    Senior Utilities Engineer
    Section 130 Program Coordinator
    Rail Crossing Engineering Section, CPUC

41. Robert Arkebauer
    Chief Inspector
    Federal Railroad Administration
    (assigned to respond to the incident)

///

16

42.   Jason Evans
      Signal Inspector
      Federal Railroad Administration
      (assigned to respond to the incident)

43.   Deputy Coroner Stephen Wright

44.   Deputy Coroner Kristi Herr

45.   Deputy Coroner Katie Soto

46.   Deputy Coroner Craig Crischott

47.   Deputy Coroner Ruben Nuno

48.   Central Valley Toxicology Bill Posey

49.   CVT Analyst Alan D. Barbour

50.   DOJ DNA Laboratory John Tonkyn

51.   Dr. Parvis Pakdaman

52.   Evelina Montoya

53.   Treny Corral Rodriguez

54.   Alfredo Ramirez

55.   John Moore

56.   Oscar Torrez

57.   Dan Marino

58.   Thomas Andrews

59.   Shaun Barlow

60.   William Bronte

61.   William Cardoza

62.   John Coffey

63.   William Dike

64.   Anthony Esparza

65.   Daren Gilbert

66.   Matthew Gisler

67.   Bill Ingalls

17

1       68.   Jennifer Langenheim

2       69.   Aracely Lopez

3       70.   Atilano Lopez

4       71.   Brenda Lopez

5       72.   Matt Machado

6       73.   Catherine Morehead

7       74.   Wayne Morris

8       75.   Lucio Rodriguez

9       76.   Donald Saunders

10      77.   John Stilley

11      78.   Alvin Tyler

12      79.   Julian Valenzuela

13      80.   Roberto Valenzuela

14      81.   Aida Verdugo

15      82.   Jesus Villareal

16      83.   Anthony Vincent

17      84.   Roberto Zarzueta

18      85.   Humberto Falardo

19      86.   Jeff Simpson

20      87.   Luerean Van de Streek

21      88.   Claims Agent Jennifer Langenheim

22      89.   John W. Williams

23      90.   Train Operator John Milton Cone

24      91.   Railroad Officer Ladie Vitek

25      92.   Jese Villareal

26      93.   Aida Lopez Verdugo

27      94.   Roberto Lopez, Sr.

28   ///

**Plaintiffs' Expert Witnesses:**

95.  Robert L. Anderson, P.E.

96.  Richard Beall

97.  Charles L. Culver

98.  James E. Flynn, P.E.

99.  Ellie Francis, Ph.D., O.D.

100. Fred Hanscom, P.E.

101. Brian P. Heikkila

102. Harry Krueper, Jr., P.E.

103. Harvey A. Levine

104. David Lipscomb, Ph.D.

105. James R. Loumiet

106. Patrick F. Mason, Ph.D.

107. Foster J. Peterson

108. Robert B. Post, Ph.D.

109. Edward M. Stevens, P.E.

110. Dean B. Tuft, Ph.D.

111. Thomas D. Walsh

B.  **Defendants, National Railroad Passenger Corporation, BNSF Railway Company and State of California, Department of Transportation's Trial Witness List:**

1.  Bill Ingalls

2.  Alvin Tyler

3.  Shaun Barlow

4.  CHP Officer Matthew Gisler

5.  CHP Captain L. Duncan

6.  CHP Officer P. Hendricks

7.  CHP Officer A. Arenas

8.   CHP Officer R. Kennell

9.   CHP Officer A. Keller

10.  CHP Officer B. Moore

11.  CHP Officer C. White

12.  Catherine Morehead

13.  William Dike

14.  John Coffey

15.  Thomas Andrews

16.  Anthony Esparza

17.  Anthony Vincent

18.  Brian Heikkila (expert witness)

19.  Foster Peterson (expert witness)

20.  Robert Post, Ph.D. (expert witness)

21.  James Flynn (expert witness)

22.  Thomas Walsh (expert witness)

23.  Dean Tuft (expert witness for County of Stanislaus)

24.  Matt Machado

25.  Custodians of Record - Stanislaus County

26.  Amtrak Person Most Qualified regarding vehicle
     congestion on railroad tracks at the subject
     crossing

27.  Amtrak Person Most Qualified regarding vehicle
     congestion on railroad tracks in the Central
     Valley

28.  BNSF Person Most Qualified regarding vehicle
     congestion on railroad tracks at the subject
     crossing

29.  BNSF Person Most qualified regarding vehicle
     congestion on railroad tracks in the Central
     Valley

30.  Person Most Qualified from Defendants BNSF
     & Amtrak concerning grade crossing safety and
     grade crossing safety programs

1      31.   Daren Gilbert

2      32.   John Stilley

3      33.   Greg Santos

4      34.   Dennis Skeels

5      35.   Steven Cates

6      36.   Steven Neubauer

7      Defendants reserve their right to amend or supplement the

8  witness list.

9      Witnesses to be called by County of Stanislaus:

10     1.   Matt Machado
          1010 Tenth Street
11         Modesto, CA 95354

12     2.   Andrew Malizia
          1010 Tenth Street
13         Modesto, CA 95354

14     3.   Laurie Barton
          1010 Tenth Street
15         Modesto, CA 95354

16     4.   Shaun Barlow
          301 Katy Court
17         Waterford, CA 95386

18     5.   Bill Ingalls
          3900 Monte View Drive
19         Modesto, CA 95355

20     6.   Alvin Tyler
          12401 Bonnie Brae
21         Waterford, CA 95386

22     7.   Katrina Olsen
          1486 Tollhouse Road, Suite 107
23         Clovis, CA 93611

24     8.   CHP Officer Matthew P. Gisler
          4030 Kiernan Avenue
25         Modesto, CA 95356
          (209) 545-7440
26
     9.   CHP Captain L. Duncan
27         4030 Kiernan Avenue
          Modesto, CA 95356
28         (209) 545-7440

10. CHP Officer P. Hendricks
    4030 Kiernan Avenue
    Modesto, CA 95356
    (209) 545-7440

11. CHP Officer A. Arenas
    4030 Kiernan Avenue
    Modesto, CA 95356
    (209) 545-7440

12. CHP Officer R. Kennell
    4030 Kiernan Avenue
    Modesto, CA 95356
    (209) 545-7440

13. CHP Officer A. Keller
    4030 Kiernan Avenue
    Modesto, CA 95346
    (209) 545-7440

14. CHP Officer B. Moore
    4030 Kiernan Avenue
    Modesto, CA 95356
    (209) 545-7440

15. CHP Officer C. White
    4030 Kiernan Avenue
    Modesto, CA 95356
    (209) 545-7440

16. Dean B. Tuft, Ph.D.

17. Robert B. Post, Ph.D.

18. Tom Walsh

19. Steve Erickson
    Address unknown
    (209) 526-9057

20. Ray Edwards
    1650 Magnolia Avenue
    Clovis, CA 93611
    (559) 324-8050

21. Richard Beall

22. Charles Culver

23. James Flynn

///

///

22

24. Custodian of Records/PMK
    (traffic counts, train v. vehicle collisions)
    for the Public Works Department of Merced County
    715 Martin Luther King Jr. Way
    Merced, CA 95341

25. Custodian of Records/PMK
    (traffic counts, train v. vehicle collisions)
    for the Public Works Department of Fresno County
    2220 Tulare Street, Sixth Floor
    Fresno, CA 93721

26. Custodian of Records/PMK
    (traffic counts, train v. vehicle collisions)
    for the Public Works Department
    (Resource Management Agency)
    Tulare County
    5961 S. Mooney Blvd.
    Visalia, CA 93277

27. Custodian of Records/PMK
    (traffic counts, train v. vehicle collisions)
    for the Public Works Department of Kings County
    1400 West Lacey Blvd.
    Hanford, CA 93230

28. Custodian of Records/PMK
    (traffic counts, train v. vehicle collisions)
    for the Public Works Department
    (Development Services Agency) of Kern County
    2700 M Street
    Bakersfield, CA 93301

29. Ron Cherrier
    1010 Tenth Street
    Modesto, CA 95354

30. Thomas Andrews

31. John Coffey

32. Anthony Esparza

33. John Stilley

34. Wayne Morris

35. Catherine Morehead

36. Anthony Vincent

///

///

23

37. Custodian of Records/PMK and
    Greg Santos for Defendant National
    Railroad Passenger Corporation regarding
    passenger vehicle congestion on railroad
    tracks and train v. vehicle collisions in
    the Central Valley

38. Custodian of Records/PMK
    for Defendant Burlington Northern
    Santa Fe Railway Company for passenger
    vehicle congestion on railroad tracks
    and train v. vehicle collisions in
    the Central Valley

39. Custodian of Records/PMK
    for Union Pacific Railroad for passenger
    vehicle congestion on railroad tracks and
    train v. vehicle collisions in the Central Valley

40. Federal Railroad Administration custodian
    of Records/PMK for passenger vehicle
    congestion on railroad tracks and train v.
    vehicle collisions in the Central Valley.

41. California PUC Custodian of Records/PMK
    for passenger vehicle congestion on railroad
    tracks and train v. vehicle collisions in the
    Central Valley

42. Custodian of Records, Federal Railroad
    Administration Regional Office, 801 I Street,
    Suite 466, Sacramento, CA 95814, (916) 498-6540.

43. Custodian of Records/PMK re: traffic counts
    and train v. automobile collisions; Fresno
    Council of Governments, 2035 Tulare Street,
    Suite 201, Fresno, California.

44. Custodian of Records/PMK re: traffic counts
    and train v. automobile collisions; Kings
    County Association of Governments, 339 West D
    Street, Suite B, Lemoore, California 93245.

45. Custodian of Records/PMK re: traffic counts
    and train v. automobile collisions; Kern
    Council of Governments, 1401 19th Street,
    Suite 300, Bakersfield, California 93301.

46. Custodian of Records/PMK re: traffic counts
    and train v. automobile collisions; Merced
    County Association of Governments, 369 West
    18th Street, Merced, California 95340

47. Custodian of Records/PMK re: traffic counts
    and train v. automobile collisions; Tulare

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                    County Association of Governments, 2300 West
                    Burrell Street, Visalia, California 93291.

          48.   Custodian of Records/PMK re: traffic counts
                and train v. automobile collisions for the
                cities of Turlock, Modesto, Ceres, Hughson,
                Livingston, Atwater, Merced, Madera, Fowler,
                Fresno, Hanford, Selma, Chowchilla, Kingsburg,
                Tulare.  Contact information for these cities
                is public knowledge.

     Defendant, County of Stanislaus, incorporates by reference

the Plaintiffs' list of witnesses and co-defendants' list of

witnesses.

     Plaintiff Corral Rodriguez has disclosed John Milton Cone as

a potential witness.  Mr. Cone was the engineer of the train

involved in the incident.  Mr. Cone died some time ago.  Mr. Cone

was not deposed prior to his death.

     Defendants Amtrak, BNSF, and State of California request

that the Court impose time limitations on the length of

examination for all witnesses.

     Defendants Amtrak and BNSF will call witnesses to rebut some

of the opinions proffered by Plaintiffs' experts at their

depositions concerning the "state of mind" of each corporation,

the "attitude" of the corporations, and the "knowledge" or lack

thereof, of any alleged dangerous condition at the subject

crossing.

     Plaintiffs object to an arbitrary time limitation being

placed on the time for the examination of witnesses.

     Plaintiffs object to any "more knowledgeable" or "more

qualified" witnesses testifying at trial.  Plaintiff has sought

the Persons Most Qualified on various issues, Plaintiff objects

to any party known changing its position at trial with different

25

1   or more knowledgeable witnesses.

2       Counsel are each ordered to submit a list of witnesses to

3   the court along with a copy for use by the Courtroom Deputy

4   Clerk, on the same date and at the same time as the list of

5   exhibits are to be submitted as ordered below.

6       CAUTION

7       Counsel are cautioned that expert witnesses, including

8   percipient experts, must be designated as such.  No witness, not

9   identified as a witness in this order, including "rebuttal"

10   witnesses, will be sworn or permitted to testify at trial.

11               X.   EXHIBITS, SCHEDULES AND SUMMARIES

12       The following is a list of documents or other exhibits that

13   the parties expect to offer at trial.

14       CAUTION

15       Only exhibits so listed will be permitted to be offered into

16   evidence at trial, except as may be otherwise provided in this

17   order.  No exhibit not designated in this pretrial order shall be

18   marked for identification or admitted into evidence at trial.

19       1.   The Joint Exhibit List is attached hereto as Exhibit A.

20   The fact that the Exhibit List is "Joint" does not mean that all

21   parties agree to the admissibility of all of the items listed,

22   nor does every party intend on using all exhibits.  The purpose

23   of the Joint Exhibit List is solely for identification purposes.

24                 XI.   DISCOVERY DOCUMENTS

25       Only specifically designated discovery requests and

26   responses will be admitted into evidence.  Any deposition

27   testimony shall be designated by page and line and such

28   designations filed with the Court on or before November 5, 2010.

1  The opposing party shall counter-designate by line and page from
2  the same deposition and shall file written objections to any
3  question and answer designated by the opposing party and filed
4  with the court on or before November 19, 2010.

5  Written discovery shall be identified by number of the
6  request.  The proponent shall lodge the original discovery
7  request and verified response with the courtroom deputy one day
8  prior to trial.  The discovery request and response may either be
9  read into evidence, or typed separately, marked as an exhibit, as
10 part of the exhibit marking process, and offered into evidence.

11 The parties intend on using the following deposition
12 transcripts at trial:

13    1.   Anderson, Robert 07-15-10
14    2.   Andrews, Thomas 03-03-10
15    3.   Andrews, Thomas 04-01-10 Vol. 2
16    4.   Barlow, Shaun 11-18-09
17    5.   Bronte, William 04-01-09
18    6.   Cardoza, William 03-31-10
19    7.   Coffey, John 05-08-09
20    8.   Dike, William 03-25-10
21    9.   Esparza, Anthony 05-06-10
22    10.  Flynn, Hames 07-19-10
23    11.  Gilbert, Daren 04-15-10
24    12.  Gisler, Matthew 03-23-10
25    13.  Hanscomb, Fred 08-24-10
26    14.  Heikkila, Brian 07-30-10
27    15.  Ingalls, Bill 11-18-09
28    16.  Krueper, Harry 07-28-10

17.  Langenheim, Jennifer 04-28-10

18.  Levine, Harvey 08-16-10

19.  Lipscomb, David 08-20-10

20.  Lopez, Aracely 03-11-10

21.  Lopez, Atilano 03-12-10

22.  Lopez, Brenda 03-11-10

23.  Machado, Matt 09-10-09 Vol. 2

24.  Machado, Matt 04-06-09

25.  Mason, Patrick 07-20-10

26.  Morehead, Catherine 03-26-10

27.  Morris, Wayne 04-27-10

28.  Peterson, Foster 07-29-10

29.  Post, Robert 06-21-10

30.  Rodriguez, Lucio 04-01-10

31.  Saunders, Donald 08-13-09

32.  Stilley, John 05-05-10

33.  Tuft, Dean 07-14-10

34.  Tyler, Alvin 11-18-09

35.  Valenzuela, Julian 03-11-10

36.  Valenzuela, Roberto 03-11-10

37.  Verdugo, Aiva 03-18-10

38.  Villareal, Jesus 03-18-10

39.  Vincent, Anthony 03-29-10

40.  Zarzueta, Roberto 03-12-10

Plaintiffs intend to use any and all written discovery propounded by Plaintiffs and responded to by Defendants.

Stanislaus County intends to use the following responses to written discovery:

1       1.    Lucio Rodriguez, individually, Response to Defendant
2 County of Stanislaus' First Set of Special Interrogatories.

3       2.    Plaintiff Atilano Armenta Lopez's Responses to
4 Defendant County of Stanislaus' Special Interrogatories.

5       3.    Plaintiff Brenda Figueroa Lopez's Responses to
6 Defendant County of Stanislaus' Special Interrogatories.

7       4.    Plaintiff Jesus Villareal's Responses to Defendant
8 County of Stanislaus' Special Interrogatories.

9       5.    Aida Lopez Verdugo's Responses to Defendant County of
10 Stanislaus' Special Interrogatories.

11       6.    Plaintiff Roberto Lopez Valenzuela's Responses to
12 Defendant County of Stanislaus' Special Interrogatories.

13       7.    Plaintiff Robert Lopez's Responses to Defendant County
14 of Stanislaus' Special Interrogatories.

15       8.    Plaintiff Rosario Verdugo's Responses to Defendant
16 County of Stanislaus' Special Interrogatories.

17       9.    Plaintiff Rosario Verdugo's Supplemental Responses to
18 Defendant County of Stanislaus' Special Interrogatories.

19       10.    Plaintiff Araceli Armenta Lopez's Responses to
20 Defendant County of Stanislaus' Special Interrogatories.

21       11.    Plaintiff Julian Armenta Valenzuela's Responses to
22 Defendant County of Stanislaus' Special Interrogatories.

23       12.    Plaintiff Lucio Corral Rodriguez, as Successor in
24 Interest to the decedent Lucio Anthony Coral, Response to
25 Defendant County of Stanislaus' First Set of Document Demands.

26       13.    Plaintiff Atilano Armenta Lopez's Responses to
27 defendant County of Stanislaus' Request for Production of
28 Documents, Set One.

1      14.   Plaintiff Atilano Armenta Lopez's Supplemental

2  Responses to Defendant County of Stanislaus' Request for

3  Production of Documents, Set One.

4      15.   Plaintiff Brenda Figueroa Lopez's Responses to

5  Defendant County of Stanislaus' Request for Production of

6  Documents, Set One.

7      16.   Plaintiff Brenda Figueroa Lopez's Supplemental

8  Responses to Defendant County of Stanislaus' Request for

9  Production of Documents, Set One.

10     17.   Plaintiff Jesus Villareal's Responses to Defendant

11  County of Stanislaus' Request for Production of Documents, Set

12  One.

13     18.   Plaintiff Jesus Villareal's Supplemental Responses to

14  Defendant County of Stanislaus' Request for Production of

15  Documents, Set One.

16     19.   Plaintiff Aida Lopez Verdugo's Responses to Defendant

17  County of Stanislaus' Request for Production of Documents, Set

18  One.

19     20.   Plaintiff Aida Lopez Verdugo's Supplemental Responses

20  to Defendant County of Stanislaus' Request for Production of

21  Documents, Set One.

22     21.   Plaintiff Roberto Lopez Valenzuela's Responses to

23  Defendant County of Stanislaus' Request for Production of

24  Documents, Set One.

25     22.   Plaintiff Roberto Lopez Valenzuela's Supplemental

26  Responses to Defendant County of Stanislaus' Request for

27  Production of Documents, Set One.

28     23.   Plaintiff Roberto Lopez's Responses to Defendant County

30

1  of Stanislaus' Request for Production of Documents, Set One.

2      24.   Plaintiff Rosario Verdugos' Responses to Defendant
3  County of Stanislaus' Request for Production of Documents, Set
4  One.

5      25.   Plaintiff Rosario Verdugo's Supplemental Responses to
6  Defendant County of Stanislaus' Request for Production of
7  Documents, Set One.

8      26.   Plaintiff Araceli Armenta Lopez's Responses to
9  Defendant County of Stanislaus' Request for Production of
10  Documents, Set One.

11      27.   Plaintiff Araceli Armenta Lopez's Supplemental
12  Responses to Defendant County of Stanislaus' Request for
13  Production of Documents, Set One.

14      28.   Plaintiff Julian Armenta Valenzuela's Responses to
15  Defendant County of Stanislaus' Request for Production of
16  Documents, Set One.

17      Defendants Amtrak, BNSF, and State of California intend to
18  use all documents identified in their Rule 26 disclosures.
19  Defendants Amtrak, BNSF, and State of California also intend to
20  use all written discovery propounded to Plaintiffs, and
21  Plaintiffs' responses to the written discovery propounded by
22  these Defendants.

23                   XII.   STIPULATIONS

24      1.   None at this time.

25                   XIII.   AMENDMENTS - DISMISSALS

26      1.   This case, 1:08-cv-0856 OWW GSA is being consolidated
27  for all purposes, including trial, with case number 1:08-cv-1496.
28  Case number 1:08-cv-1496 OWW GSA is hereby ORDERED

1  ADMINISTRATIVELY CLOSED and shall be renumbered 1:08-cv-0856 OWW
2  GSA.   The parties stipulate that the correct "Amtrak" Defendant
3  is the National Railroad Passenger Corporation, the operating
4  entity for what is known as Amtrak Corporation.   Accordingly, the
5  Defendant shall be properly designated by its true legal name.
6  All remaining Doe Defendants are hereby ORDERED DISMISSED WITHOUT
7  PREJUDICE.

8       2.   No amendments are requested at this time.   It is
9  expected that Plaintiffs Jesus Villareal, Rosario Verdugo, and
10  Robert Lopez, Sr., will dismiss their claims prior to the
11  commencement of trial.

12                XIV.   FURTHER TRIAL PREPARATION

13  A.   Trial Briefs.

14       Counsel are directed to file a trial brief in this matter by
15  December 2, 2010.   No extended preliminary statement of facts is
16  required.   The brief should address disputed issues of
17  substantive law, disputed evidentiary issues of law that will not
18  be resolved in limine, and any other areas of dispute that will
19  require resolution by reference to legal authority.

20  B.   Duty of Counsel To Pre-Mark Exhibits.

21       1.   Counsel for the parties are ordered to conduct a joint
22  exhibit conference on November 4, 2010, via telephone conference,
23  for purposes of pre-marking and examining each other's exhibits
24  and preparing an exhibit list.   All joint exhibits will be pre-
25  marked JX1-JX200; all of the plaintiff's exhibits will be pre-
26  marked with numbers 201-400; all of defendant County of
27  Stanislaus's exhibits will be pre-marked with numbers 401-700;
28  all of Defendant State of California, NRPC and BNSF's exhibits

                                32

1  will be pre-marked with numbers 701-900.

2       2.   Each and every page of each and every exhibit shall be
3  individually Bates-stamped for identification purposes, and
4  paginated with decimals and arabic numerals in seriatim; i.e.,
5  1.1, 1.2, 1.3 . . ..

6       3.   Following such conference, each counsel shall have
7  possession of four (4) complete, legible sets of exhibits, for
8  use as follows:

9            a.   Two (2) sets to be delivered to the Courtroom
10 Deputy Clerk, Renee Gaumnitz, no later than 4:00 p.m. on December
11 3, 2010, an original for the court and one for the witness.

12           b.   One (1) set to be delivered to counsel for the
13 opposing party and one (1) set to be available for counsel's own
14 use.

15      4.   Counsel are to confer to make the following
16 determination as to each of the exhibits proposed to be
17 introduced into evidence and prepare separate indexes, one
18 listing joint exhibits, one listing each party's exhibits:

19           a.   Joint exhibits, i.e., any document which both
20 sides desire to introduce into evidence, will be marked as a
21 joint exhibit (JX), and numbered JX1-___.  Joint exhibits shall
22 be listed as such in the exhibit list in a column that notes they
23 are admitted into evidence without further foundation;

24           b.   As to any exhibit, not a joint exhibit, to which
25 there is no objection to its introduction into evidence, the
26 exhibit will be marked as Plaintiff's Exhibit ___, or Defendant's
27 Exhibit ___ in evidence, and will be listed in the exhibit list
28 as the exhibit of the offering party;

1          c.    The exhibit list shall include columns for noting
2  objections to exhibits.  The first column will list any
3  objections as to foundation; i.e., Plaintiff's Foundation 2 -
4  "not authenticated."

5          d.    The exhibit list shall include a second column for
6  noting substantive objections to exhibits based on any other
7  grounds; i.e., "hearsay, improper opinion, irrelevant."

8          e.    The exhibit list shall include a description of
9  each exhibit on the left-hand side of the page, and the three
10 columns outlined above (as shown in the example below).

11                          List of Exhibits

12                        Admitted        Objection        Other
13 Exhibit #   Description  In Evidence    To Foundation    Objection
14
15

16         f.    The completed exhibit list shall be delivered to
17 Renee Gaumnitz CRD on or before December 3, 2010, at 4:00 p.m.

18         g.    If originals of exhibits cannot be located, copies
19 may be used, however, the copies must be legible and accurate.
20 If any document is offered into evidence that is partially not
21 legible, the Court sua sponte will exclude it from evidence.
22 C.   Discovery Documents.

23      1.    Counsel shall file a list of discovery documents with
24 Renee Gaumnitz CRD at the same time and date as the witness and
25 exhibit lists are lodged with her, unless the discovery documents
26 are marked as exhibits, which counsel intend to use at trial by
27 designating by number, the specific interrogatory, request for
28 admission, or other discovery document.  Counsel shall comply

                              34

1  with the directions of subsection XII (above) for introduction of
2  the discovery document into evidence.

3  D.   Motions In Limine.

4       1.   The motions in limine shall be filed by November 5,
5  2010, and any responses shall be filed by November 15, 2010.  The
6  Court will conduct a hearing on motions in limine in this matter
7  on November 19, 2010, at 12:00 p.m. in Courtroom 3, Seventh
8  Floor, before the Honorable Oliver W. Wanger United States
9  District Judge, at which time all evidentiary objections, to the
10 extent possible, will be ruled upon, and all other matters
11 pertaining to the conduct of the trial will be settled.

12 E.   Trial Documents.

13      1.   Exhibits To Be Used With Witness.  During the trial of
14 the case, it will be the obligation of counsel to provide
15 opposing counsel not less than forty-eight hours before the
16 witness is called to the witness stand, the name of the witness
17 who will be called to testify and to identify to the Court and
18 opposing counsel any exhibit which is to be introduced into
19 evidence through such witness that has not previously been
20 admitted by stipulation or court order or otherwise ruled upon,
21 and to identify all exhibits and other material that will be
22 referred to in questioning of each witness.  If evidentiary
23 problems are anticipated, the parties must notify the court at
24 least twenty-four hours before the evidence will be presented.

25 F.   Counsel's Duty To Aid Court In Jury Voir Dire.

26      1.   Counsel shall submit proposed voir dire questions, if
27 any, to Renee Gaumnitz CRD at rgaumnitz@caed.uscourts.gov on or
28 before December 2, 2010, by 4:00 p.m.  Counsel shall also prepare

35

1  a joint "statement of the case" which shall be a neutral
2  statement, describing the claims and defenses for prospective
3  jurors, to be used in voir dire.

4       2.    In order to aid the court in the proper voir dire
5  examination of the prospective jurors, counsel are directed to
6  lodge with the Court the day before trial a list of the
7  prospective witnesses they expect to call if different from the
8  list of witnesses contained in the Pre-Trial Order of the Court.
9  Such list shall not only contain the names of the witnesses, but
10 their business or home address to the extent known.   This does
11 not excuse any failure to list all witnesses in the Pre-Trial
12 Order.

13      3.    Counsel shall jointly submit, to Renee Gaumnitz CRD the
14 Friday before trial, a neutral statement of the claims and
15 defenses of the parties for use by the court in voir dire.
16 G.   Counsel's Duty To Prepare And Submit Jury Instructions.

17      1.    All proposed jury instructions shall be filed and
18 served on or before December 8, 2010, by 4:00 p.m.   Jury
19 instructions shall be submitted in the following format.

20      2.    Proposed jury instructions, including verdict forms,
21 shall be submitted via e-mail to dpell@caed.uscourts.gov
22 formatted in WordPerfect for Windows X3.   Counsel shall be
23 informed on all legal issues involved in the case.

24      3.    The parties are required to jointly submit one set of
25 agreed upon jury instructions.   To accomplish this, the parties
26 shall serve their proposed instructions upon the other fourteen
27 days prior to trial.   The parties shall then meet, confer, and
28 submit to the Court the Friday before the trial is to commence,

1  one complete set of agreed-upon jury instructions.

2      4.    If the parties cannot agree upon any instruction, they
3  shall submit a supplemental set of instructions designated as not
4  agreed upon by December 8, 2010, at 4:00 p.m.

5      5.    Each party shall file with the jury instructions any
6  objection to non-agreed upon instructions proposed by any other
7  party.  All objections shall be in writing and shall set forth
8  the proposed instruction objected to in its entirety.  The
9  objection should specifically set forth the objectionable matter
10 in the proposed instruction and shall include a citation to legal
11 authority explaining the grounds for the objection and why the
12 instruction is improper.  A concise statement of argument
13 concerning the instruction may be included.  Where applicable,
14 the objecting party shall submit an alternative proposed
15 instruction covering the subject or issue of law.

16     6.    Format.  The parties shall submit one copy of each
17 instruction.  The copy shall indicate the party submitting the
18 instruction, the number of the proposed instruction in sequence,
19 a brief title for the instruction describing the subject matter,
20 the test of the instruction, the legal authority supporting the
21 instruction, and a legend in the lower lefthand corner of the
22 instruction: "Given," "Given As Modified," "Withdrawn" and
23 "Refused" showing the Court's action with regard to each
24 instruction and an initial line for the judge's initial in the
25 lower right-hand corner of the instruction.  Ninth Circuit Model
26 Jury Instructions should be used where the subject of the
27 instruction is covered by a model instruction.

28     7.    All instruction should be short, concise,

37

understandable, and neutral statements of the law.   Argumentative or formula instructions will not be given, and should not be submitted.

8.   Parties shall, by italics or underlining, designate any modifications of instructions from statutory authority, or any pattern instruction such as the Model Circuit Jury Instructions or any other source of pattern instructions, and must specifically state the modification made to the original form instruction and the legal authority supporting the modification.

9.   Proposed verdict forms shall be jointly submitted or if the verdict forms are unagreed upon, each party shall submit a proposed verdict form.   Verdict forms shall be submitted to the Courtroom Deputy Clerk on the first day of the trial.

10.   Failure to comply with these rules concerning the preparation and submission of instructions and verdict forms may subject the non-complying party and/or its attorneys to sanctions.

## XV.   USE OF LAPTOP COMPUTERS/POWERPOINT FOR PRESENTATION OF EVIDENCE

1.   If counsel intends to use a laptop computer for presentation of evidence, they shall <u>contact Renee Gaumnitz CRD at least one week prior to trial</u>.   The Courtroom Deputy Clerk will arrange a time for any attorney to bring any laptop to be presented to someone from the Court's Information Technology Department, who will provide brief training on how the parties' electronic equipment interacts with the court's audio/visual equipment.   If counsel intend to use PowerPoint, the resolution should be set no higher than 1024 x 768 when preparing the

1  presentation.

2        2.   ALL ISSUES CONCERNING AUDIO-VISUAL MATERIALS AND
3  COMPUTER INTERFACE WITH THE COURT'S INFORMATION TECHNOLOGY SHALL
4  BE REFERRED TO THE COURTROOM DEPUTY CLERK.

5                  XVI.   FURTHER DISCOVERY OR MOTIONS

6        1.   Discovery is complete.

7                      XVII.   SETTLEMENT

8        1.   It does not appear that further settlement negotiations
9  will be productive.

10                XVIII.   SEPARATE TRIAL OF ISSUES

11       1.   Plaintiff:  Separate trial of issues in this matter is
12  not feasible or advisable.

13       2.   Defendants:  Defendants Amtrak, BNSF, and State of
14  California request that the issue of punitive damages be tried
15  separately.  Defendant County of Stanislaus asks that damages be
16  tried separately.

17       3.   This matter shall be addressed by a motion in limine.

18            XIX.   IMPARTIAL EXPERTS, LIMITATIONS OF EXPERTS

19       1.   There are no impartial experts.

20       2.   Defendants:  Plaintiff Lucio Corral Rodriguez has
21  disclosed eleven (11) retained experts.  All of these experts
22  have been deposed.  Several of the experts will offer
23  substantially similar opinions.  For example, Richard Beall,
24  Charles Culver, and James Loumiet all intend to offer opinions
25  concerning the train's handling, the speed of the train, and the
26  application of the braking system.  Defendants Amtrak, BNSF, and
27  State of California request that the Court limit the number of
28  expert witnesses that Plaintiff Corral Rodriguez may offer at

                              39

1  trial.   The basis for the request is that such evidence is
2  cumulative, prejudicial, and misleading and confusing to the
3  jury.   This issue will be addressed by motions in limine.

4      3.   Plaintiffs:   Defendants have already filed a motion to
5  limit the number of Plaintiffs' experts and this Court has
6  already denied it.   Doc. 161.   Further, both Plaintiffs together
7  have a total of 11 experts, while Defendants have disclosed a
8  total of 13 experts between them.

9                    XX.   ATTORNEYS' FEES

10     1.   No party is seeking attorneys' fees in this matter.

11                XXI.   ESTIMATE OF TRIAL TIME

12     1.   Twenty days.

13                 XXII.   TRIAL DATE

14     1.   December 7, 2010, at 9:00 a.m., in Courtroom 3, on the
15 Seventh Floor.

16     XXIII.   NUMBER OF JURORS AND PEREMPTORY CHALLENGES

17     1.   There will be a ten-person jury, each side shall have
18 five peremptory challenges.   This is a three-sided case, but the
19 Defendants have agreed to share their challenges.

20       XXIV.   AMENDMENT OF FINAL PRETRIAL ORDER

21     1.   The Final Pretrial Order shall be reviewed by the
22 parties and any corrections, additions, and deletions shall be
23 drawn to the attention of the Court immediately.   Otherwise, the
24 Final Pretrial Order may only be amended or modified to prevent
25 manifest injustice pursuant to the provisions of Fed. R. Civ. P.
26 16(e).
27 ///
28 ///

XXV.   MISCELLANEOUS

1.   Not applicable.

DATED:   October *26* , 2010.

_____
                    Oliver W. Wanger
          UNITED STATES DISTRICT JUDGE

41

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

41

1       **JOINT EXHIBIT LIST**

2       **PLAINTIFFS DOCUMENT DISCLOSURES**

3       **1. Documents relating to the facts and occurrences of the incident**

4       (a) Aerial photographs of accident scene

5       (b) CAD Diagram of Scene

6       (c) 05-08-07 Stanislaus County Coroner's Memorandum

7       (d) 05-21-07 Deputy Coroners Report

8       (e) 05-25-07 Coroner's Autopsy Report - Ramona Lopez-Verduga - (40 Years Old)

9       (f) 05-25-07 Coroner's Autopsy Report - Diana Villareal-Lopez (19 Years Old)

10      (g) 05-25-07 Coroner's Autopsy Report - Brian Armenta-Lopez (5 Years Old)

11      (h) 05-25-07 Coroner's Autopsy Report - Maricruz, Corral (23 Years Old)

12      (i) 05-25-07 Coroner's Autopsy Report - Lucio Anthony Corral (3 Years Old)

13      (j) 05-25-07 Coroner's Autopsy Report - Ivan Corral (5 Years Old)

14      (k) Photographs of Vehicle at Copart

15      (l) Grade Separation Program - Rail Crossing Engineering Section, CPUC January

16      2006

17      (m) California Manual on Uniform Traffic Control Devices for Street and Highways

18      [FHWA's MUTCD 2003 Edition]

19      (n) Photographs of Scene

20      (o) 07-11-07 Amtrak Board of Directors - News Media Contacts and Access

21      (p) 08-14-07 Investigative Report from the California Public Utilities Commission

22      (q) 08-14-07 Traffic Collision Report

23      (r) 05-10-07 CHP MAIT Vehicle Inspection Photos

24      (s) 05-08-07 CHP Scene Photos

25      (t) 08-21-07 Notice of Draft PUC Resolution L-348

26      (u) 08-27-07 Letter from Public Utilities Commission Legal Division Dated 08-17-07

27      (v) Lucio Corral Rodriguez' Birth Certificate DOB 7-6-70

28      (w) Lucio Anthony Corral's Birth Certificate DOB 2-1-04

        (x) CPUC Guidelines for the Federal Aid At Grade Highway Rail Crossing Program

1    (y) PUC: Regulations Governing the Protections of Crossings at Grade of Roads,

2    Highways, and Streets with Railroads in the State of California, General Order No.

3    75-C, 1973

4    (z) Traffic Control Devices Handbook: Part VIII Traffic Control Systems for

5    Railroad-Highway Grade Crossings, US Dept of Transportation, FRA

6    (aa) Accidents that Shouldn't Happen A Report of the Grade Crossing Safety Task

7    Force to Secretary Federico Pena, March 1, 1996 US DOT

8    (bb) Guidance on Traffic Control Devices at Highway-Rail Grade Crossings: Executive

9    Summary, November 2002. US DOT, Federal Highway Administration

10    (cc) Rail Crossings: A Strategy to Select Countermeasure Improvements for

11    Rail-Highway Crossings in California

12    (dd) Manuals for Train Conductors and Engineers

13    (ee) 02-04-08 Amtrak of California Time Table - San Joaquin Route

14    (ff) Amtrak & BNSF manuals carried on train by engineer

15    (gg) Ivan Alexander Corral's Certificate of Live Birth - State of California - DOB:

16    2-10-02

17    (hh) Maricruz Montiel Contreras' Birth Certificate - Mexico - DOB: 4-28-84

18    (ii) Marriage Certificate of Lucio Corral and Maricruz Corral

19    (jj) CPUC report & investigation

20    (kk) BNSF Incident Report

21    (ll) Amtrak - Calibrated Graph Data Sheet

22    (mm) Photos of the Corral family pre-accident

23    (nn) Photos of gravesite-tombstone

24    (oo) Amtrak - 2 pg description of General Motors Electro-Motive Division F59PH

25    Series

26    (pp) DOT: FRA Report HQ-2007-26

27    (qq) Consumer Protection & Safety Division rail Crossings Engineering Section

28    Attendance List Investigation report re drug testing & duty hours of locomotive

     engineers

1   (rr) Photos of Amtrak locomotives 40 & 2051

2   (ss) Photos of Amtrak locomotive 2011

3   (tt) Video of relocating of vehicle to ITS

4   (uu) 1-17-08 Interstate Services Vehicle Inspection Sign-In

5   (vv) Video of Inspection of Rodriguez vehicle taken on 1-17-08 at Interstate Services

6   (ww) Permanent resident card for Maricruz Corral

7   (xx) California Driver's License for Maricruz Corral

8   (yy) Carfax for Corral-Rodriguez car

9   (zz) BNSF Railway - Grade Crossing Safety

10  **2. Documents relating to County of Stanislaus Public Works**

11  (a) 2007-2008 and 2008-2009 Highway Safety Improvement Program (HSIP)-Safety

12  index Projects

13  (b) Stanislaus County Public Works Annual Report 2007

14  (c) StanCOG: Draft 2007 Annual Listing of Federal Obligation Projects for Fiscal Year

15  **3. Documents relating to any and all County of Stanislaus Road and or Highway**

16  **Data**

17  (a) Portions of 2002 California Public Road Data: Statistical Information derived from

18  the Highway Performance Monitoring System State of California, Department of

19  Transportation

20  (b) Portions of 2003 California Public Road Data: Statistical Information derived from

21  the Highway Performance Monitoring System, State of California, Department of

22  Transportation

23  (c) 1996 Maintained Mileage & Daily Vehicle Miles of Travel Estimates by

24  Jurisdiction and or County

25  (d) 1997 Maintained Mileage & Daily Vehicle Miles of Travel Estimates by

26  Jurisdiction and or County

27  (e) 1999 Maintained Mileage & Daily Vehicle Miles of Travel Estimates by

28  Jurisdiction and or County

(f) Vehicle Miles of Travel on State Highway System by County for Years 1999 to

1  2007

2  (g) 2005 Stanislaus County Maintained Road Data

3  **4. Documents related to Rail Grade Crossing Accident Data**

4  (a) All highway-Rail Incidents at Public and Private Crossings, 1981-2007

5  (b) Highway-Rail Grade Crossing Collisions for the Top 15 States

6  (c) Highway-Rail Grade Crossing Fatalities for the Top 15 States

7  (d) Ten Year Accident Overview for AMTRAK & Commuter Railroads for County of

8  Stanislaus, 1999 to 2008

9  (e) Public Grade Crossing Inventory for State of California by County-categorized by

10  Type of Highway Warning

11  (f) Public Grade Crossing Inventory for County of Stanislaus by City-categorized by

12  Type of Highway Warning

13  (g) Public at Grade Crossing Inventory Detail Reports for In and Near City of Ceres,

14  County of Stanislaus

15  (h) Public at Grade Crossing Inventory Detail Report for In and Near City of Denair,

16  County of Stanislaus

17  (i) Public at Grade Crossing Inventory Detail Report for In and Near City of Empire,

18  County of Stanislaus

19  (j) Public at Grade Crossing Inventory Detail Report for Near City of Escalon, County

20  of Stanislaus

21  (k) Public at Grade Crossing Inventory Detail Report for City of Hughson, County of

22  Stanislaus

23  (l) Public at Grade Crossing Inventory Detail Report for In and Near City of Modesto,

24  County of Stanislaus

25  (m) Public at Grade Crossing Inventory Detail Report for In and Near City of Newman,

26  County of Stanislaus

27  (n) Public at Grade Crossing Inventory Detail Report for In and Near City of Oakdale,

28  County of Stanislaus

(o) Public at Grade Crossing Inventory Detail Report for In and Near City of Patterson,

County of Stanislaus

(p) Public at Grade Crossing Inventory Detail Report for In and Near City of Riverbank, County of Stanislaus

(q) Public at Grade Crossing Inventory Detail Report for In City of Salida, County of Stanislaus

(r) Public at Grade Crossing Inventory Detail Report for In and Near City of Turlock, County of Stanislaus

(s) Inventory Histories and Accident Histories for rail grade crossings in and near City of Riverbank

(t) Inventory Histories and Accident Histories for rail grade crossings in and near the Cities of Hughson, Empire, and Denair

(u) Accident Histories for all available rail grade crossings in and near City of Modesto

**5. General Plans**

(a) Portions of the General Plan for the County of Stanislaus

(b) Portions of the General Plan for the City of Oakdale

(c) Portions of the General Plan for the City of Riverbank

(d) Portions of the General Plan for the City of Modesto

**6. Documents relating to Demographics, Population Data or Growth Trends**

(a) The State of the Great Central Valley of California: Assessing the Region Via Indicators, May 1999

(b) Alternatives for Future Urban Growth in California's Central Valley: The Bottom Line for Agriculture and Taxpayers, October 1995

(c) Profile of General Demographics Characteristics For County of Stanislaus-Year 2000, US Census Bureau

(d) Population Estimates for Cities of Stanislaus County for Years 2000 to 2008

(e) Historical Population Estimates for Cities of Stanislaus Counties for Years 1990 to 2000

(f) Historical Population Estimates for County of Stanislaus for Years 1940 to 1970

(g) Population Estimates for County of Stanislaus for Years 2000 to 2008

1    (h) Percent Population Changes for County of Stanislaus for Years 2000 to 2008

2    (i) Population and Housing Estimates for County of Stanislaus Cities for Years 2001 to

3    2007

4    (j) California City Population Ranking Data for Year 2008

5    (k) 2007-2008 California City Population Numeric Change Rankings in Population

6    2007-2008

7    (l) California Cities Ranked by the 2007-2008 Percent Change in Population

8    (m) California Cities Ranked by the 2000-2008 Numeric Change in Population

9    (n) California Cities Ranked by the 2000-2008 Percent Change in Population

10   (o) Historical Population Data for the Cities of Oakdale, Riverbank and Modesto for

11   the Years 1880 to 1990

12   **7. News Media**

13   (a) "Going nowhere: Despite years of warnings, our roadways continue to strain under

14   more traffic", THE MODESTO BEE, By MICHAEL G. MOONEY, BEE STAFF

15   WRITER

16   (b) "Oversight is Spotty on Rail-Crossing Safety Projects", The New York Times, Walt

17   Bogdanich and Jenny Nordberg, January 18, 2005  3

18   (c) 05-08-07 CBS News Video Clip

19   (d) 05-08-07 News Articles of Train Crash

20   (e) 05-10-07 www.modbee.com News Video Clip

21   (f) 06-02-07 www.liveleak.com News Clip 3

22   (g) 05-09-07 News Reports - Articles, Video

23   (h) 05-10-07 News Articles and Video "6 died when Amtrak Train Hits SUV"

24   (i) Article re 12-15-08 train v. auto accident in Anaheim with BNSF from Great

25   American Underground Railway Co. website

26   (j) Article re 12-15-08 train v. auto accident in Anaheim with BNSF from

27   NBCBayarea.com

28   (k) Article re 12-15-08 train v. auto accident in Anaheim w-BNSF from ocregister.com

     (l) Metro Monitor News Tracker Report for May 8, 2007 - May 18, 2007

**8. Documents Concerning Amtrak-California, National Railroad passenger Corp., and CalTrans Division of Rail**

(a) 2005 Fiscal Year Amtrak Fact Sheet, Fiscal Year 2005 State of California

(b) AMTRAK - National Railroad Passenger Corporation and Subsidiaries (Amtrak) Consolidated Financial Statements for the Years Ended September 30, 2006 and 2005

(c) 2006 Fiscal Year Amtrak National Facts - Amtrak Safety and Security

(d) 2006 Fiscal Year Amtrak Fact Sheet, Fiscal Year 2006 State of California

(e) California State Rail Plan 2005-2006

(f) Web Pages for Amtrak-California\Amtrak California - Amtrak California Routes

(g) Web Pages for Amtrak-California\Amtrak California - Amtrak California Stations

(h) Web Pages for Amtrak-California\Amtrak California - California Rail Pass

(i) Web Pages for Amtrak-California\Amtrak California - Capitol Corridor Route Map

(j) Web Pages for Amtrak-California\Amtrak California - Division of Rail

(k) Web Pages for Amtrak-California\Amtrak California - Fares & Tickets

(l) Web Pages for Amtrak-California\Amtrak California - Frequently Asked Questions (FAQ)

(m) Web Pages for Amtrak-California\Amtrak California - History of Amtrak California

(n) Web Pages for Amtrak-California\Amtrak California - Other Amtrak Services in California

(o) Web Pages for Amtrak-California\Amtrak California - Pacific Surfliner Route Map

(p) Web Pages for Amtrak-California\Amtrak California - Route Specific Info

(q) Web Pages for Amtrak-California\Amtrak California - San Joaquin

(r) Web Pages for Amtrak-California\Amtrak California - San Joaquins Route Map

(s) Web Pages for Amtrak-California\Amtrak California - San Joaquins Route Specific Info

(t) Web Pages for Amtrak-California\Amtrak California - Stations A - E

(u) Web Pages for Amtrak-California\Amtrak California - Stations F - K

(v) Web Pages for Amtrak-California\Amtrak California - Stations L - P

1    (w) Web Pages for Amtrak-California\Amtrak California - Stations Q - T

2    (x) Web Pages for Amtrak-California\Amtrak California - Stations U -Z

3    (y) San Joaquin Corridor Strategic Plan - January 2008 - DRAFT Prepared for

4    California Department of Transportation

5    (z) LOSSAN Corridor Strategic Plan - October 2003 - (Los Angeles to San Diego

6    Proposed Rail

7    (aa) Corridor Improvement Studies - Prepared for California Department of

8    Transportation and US Dept of Transportation Federal Railroad Administration

9    (bb) California Department of Transportation - Rail Right-of-Way and Abandoned

10   Corridors Study

11   (cc) FINAL REPORT - Submitted by: Nelson-Nygaard Consulting Associates in

12   association with LTK Engineering Services Rails-to-Trails Conservancy System

13   Metrics Group, Inc.

14   (dd) State of California - Department of Transportation June 2007 - San Joaquin Route

15   - FFY 2007-08 Business Plan

16   (ee) California Department of Transportation - March 2008 - California State Rail Plan

17   2007-08 to 2017-18

18   (ff) SJVRC - 1-8-09 Agenda

19   (gg) SJVRC - 10-30-08 Agenda

20   (hh) SJVRC - 10-30-08 SAC final

21   (ii) SJVRC - 7-17-08 Minutes

22   (jj) Title 21 - Final statement of reasons

23   **Other Documents Produced**

24   Burial Documents File

25   Amtrak California - About Us

26   Amtrak California - Locomotives and Cars

27   Division of Rail - Committee By Laws

28   Division of Rail - Membership

     Division of Rail - Modal Administrative Services

8.

1    Division of Rail - Office of Planning and Policy

2    Division of Rail - Office of Rail Capital Project Development

3    Division of Rail - San Joaquin Valley Rail Committee

4    Division of Rail - The Division of Rail

5    Corral Automobile Insurance Policy

6    Photos taken by Steve Rank at 1-17-08 inspection at Interstate Towing

7    Documents re Maricruz Corral working for Mary Kay

8    Three of Maricruz Corral 's Mary Kay invoices

9    Lucio Corral Rodriguez 2006 Form 1040 Schedule C re Taqueria Duranguense

10

11    **CITY OF MODESTO'S DOCUMENTS**

12    City of Modesto Zoning Map which came to us as Exhibit D of the 04-30-10 Modesto

13    Motion for Summary Judgement

14

15    **CITY OF RIVERBANK'S DOCUMENTS**

16    Riverbank Community Development letter re 03-05-08 meeting

17    Riverbank Community Development letter e Central Valley Agricultural Grinding

18    Facility

19

20    **COUNTY OF STANISLAUS' DOCUMENTS**

21    STAN000001 = Map titled "County Deed Index S.E. Portion T2S, R9E"

22    STAN000002 = Map of T.2S., R.9E titled "Portion Petition Plat"

23    STAN000003 - 006 = 1922 Dedication Deed

24    STAN000007 = Map titled "Portion Road Petition Plat T3S, R9E"

25    STAN000008 = 1912 Map of the Roselle Tract

26    STAN000009 = Morton County Deed Index T3S R9E

27    STAN000010 - 013 = 1939 " Road Deed " which includes a Dedication Deed and a

28    County Board of Supervisors document titled In the Matter of Accepting Dedication

    Deed and Declaring Road a Public Highway

1  STAN000014 - 017 = 1962 County Board of Supervisors Resolution Accepting Grant

2  of Easement From Henry Frobose

3  STAN000018 - 019 = 1991 Road Deed

4  STAN000020 = Parcel Map Being Midland Col. Lots 2, 3,6,10,11,17,18,19, and a

5  Portion of the NM 1/4 of Sec. 1, T.3S., R9E, M.D.B. & M.

6  STAN000021 = Map of Township 2 South, Range 9 East, M.D.M. aka T.2S.,R.9E.

7  STAN000022 - 025 = 1883 Road Petition #5

8  STAN000026 = Map with County Road Petition #5 written on it.

9  STAN000027 = Stanislaus County Public Works Aerial photograph / map showing the

10  intersection of Claribel Road and Terminal Avenue

11  STAN000028 - 031 = Document titled Recent Overly / Re-Stripe which includes

12  Roadway Resurfacing

13  Traffic Collision Report

14  STAN000032 - 037 = Traffic Collision Report

15  STAN000038 - 042 = Traffic Collision Report

16  STAN000043 - 048 = Traffic Collision Report

17  STAN000049 - 053 = Traffic Collision Report

18  STAN000054 - 064 = Traffic Collision Report

19  STAN000065 - 070 = Traffic Collision Report

20  STAN000071 - 076 = Traffic Collision Report

21  STAN000077 - 087 = Traffic Collision Report

22  STAN000088 - 094 = Traffic Collision Report

23  STAN000095 - 101 = Traffic Collision Report

24  STAN000102 - 112 = Traffic Collision Report

25  STAN000113 - 119 = Traffic Collision Report

26  STAN000120 - 153 = Traffic Collision Report

27  STAN000154 - 178 = The document Bates stamp numbered STAN00154 - 178 was

28  removed after the defendants claimed attorney / client privilege protection during the

Machado deposition

1   STAN000179 - 211 = COMPLETE 33 PAGES, Traffic Collision Report for the subject

2   accident [Also see RR000001 for Complete TCR]

3   STAN000212 - 221 = Fatal Accident Summary Sheet with Photographs

4   STAN000222 - 229 = Exhibit 9-A Application Form for Highway Safety Improvement

5   Program (HSIP) Funds

6   STAN000230 - 233 = 10-15-07 Letter from PUCc to Machado

7   STAN000234 - 242 = Letter with attachments Re: Improvement for Claribel Road

8   Highway - Rail Crossing CPUC # 002-1094.50 State to County

9   STAN000243 - 244 = Letter Re: Response to Stanislaus County's Letter Dated January

10   7, 2008 in Response to our Letter of October 15, 2007 for Improvements for Claribel

11   Road Crossing, CPUC # 002-1094.50 from State to County

12   STAN000245 - 247 = 03-19-08 Letter Re: Correspondence Dated February 13, 2008

13   Claribel Road Highway Rail Crossing CPUC # 002-1094.50 from County to State

14   STAN000248 - 249 = 05-27-08 Letter Re: Response to Stanislaus County's Letter

15   Dated March 19, 2008 in Reply to our Letter of February 13, 2008 for Improvements

16   for Claribel Road Crossing, CPUC # 002-1094.50 from State to County

17   STAN000250 - 256 = Group of e-mails Re: Claribel Highway - Rail Grade Crossing

18   dated from 11-19-07 to 01-10-08 to and from State and County

19   STAN000257 - 264 = Traffic Signal Warrants Worksheet dated 11-08-07 and

20   Stanislaus County Traffic Engineering Division All-Way Stop Study / Summary dated

21   06-14-07

22   STAN000265 - 266 = Stanislaus County Traffic Engineering Division All-Way Stop

23   Study / Summary dated 06-14-07 with a Directional Traffic Count dated 11-06-07

24   STAN000267 - 271 = Traffic Count " CLARIBEL ROAD WO TERMINAL "

25   STAN000272 - 276 = Traffic Count " CLARIBEL ROAD EO TERMINAL "

26   STAN000277 - 281 = Traffic Count " CLARIBEL ROAD SO TERMINAL "

27   STAN000282 - 286 = Traffic Count " CLARIBEL ROAD NO TERMINAL "

28   STAN000287 - 290 = Safety Index Calculation Worksheet for HSIP Program

calculated by Bill Cardoza

11.

1  STAN000291 = Stanislaus County Signalized Intersection Priority List by Bill Cardoza

2  STAN000292 = Traffic Signal Priority Analysis

3  STAN000293 = 1978 Railroad Crossing Survey for Claribel Road

4  STAN000294 - 297 = Billing information re: work done on Claribel (and other

5  locations) the County was paying the State for something in the '70's - '80's

6  STAN000298 - 299 = Letter re Railroad Crossing Protection - Final Report from the

7  County to the State CALTRANS

8  STAN000300 - 303 = PUC Resolution Apportioning Maintenance Costs

9  STAN000304 - 309 = PUC Resolution Apportioning Maintenance Costs

10  STAN000310 - 313 = Letter from County Public Works to County Auditor re Railroad

11  Crossing Protection - Transfer of Funds

12  STAN000314 - 315 = 1975 (?) A.T. & S.F. Railway. Co. 's Detailed Estimate for the

13  proposed installation of two PUC std. No. 9 Gates and Flashing Light Signals at

14  Claribel Road

15  STAN000316 - 317 = Letter saying County is preparing to participate in the

16  construction of railroad crossing protection at Claribel (etc) to Caltrans

17  STAN000318 - 321 = County Board of Supervisors document titled In Re: Approving

18  Program Supplement No. 2 to Local Agency-State Agreement No. 1

19  STAN000322 = Railway letter to CalTrans re Bridge Agreements and Local Assistance

20  with instalation of automatic gates

21  STAN000323 - 324 = County Public Works letter to Board of Supervisors re: Program

22  Supplement No. 2 to Local Agency-State Agreement No. 1

23  STAN000325 = Railway letter to County re Caribel purchase orders

24  STAN000326 = Railway letter to County re Claribel work

25  STAN000327 = Railway letter to County re Claribel work

26  STAN000328 - 329 = PUC letter to County re: Funding for railroad - highway

27  crossings

28  STAN000330 = County letter to Railroad re: Claribel purchase orders

STAN000331 - 342 = CPUC Guidelines For the Federal Aid At-Grade Highway-Rail

182009 / mb

12.

1    Crosing Program (Section 130 Program)

2    STAN000343 = Email from Ron Cherrier to Bill Cardoza Re: Request by PUC

3    regarding the Claribel / Terminal Intersection and Railroad Crossing

4    STAN000344 - 346 = August - September 2007 Emails re Claibel Crossing

5    STAN000347 = Email from Ron Cherrier to Bill Cardoza re Claribel / Terminal

6    Intersection

7    STAN000348 - 353 = PUC Email letter re: Diagnostic Meeting Minutes and

8    Preliminary Recommendations for the Section 130 Program Improvements of Claribel

9    Road in the County of Stanislaus

10    STAN000354 - 356 = August - September 2007 emails between Marvin Kennix of the

11    PUC and Cherrier and Cardoza of the County re Claribel Crossing

12    STAN000357 - 359 = August - September 2007 emails between Ron Cherrier and

13    Marvin Kennix re Claribel Crossing

14    STAN000360 = Manual of Unified Traffic Control Devices Section 2B.07 Multiway

15    Stop Applications

16    STAN000361 = This document says " County road logs maintained road Shows in

17    maintained system width @ time / date of report " Log is for Claribel Road and has two

18    dates: 7-12-68 & 4-19-77

19    STAN000362 - 369 = Timecard Distribution - Roads FY 2009 Summary Report for

20    Claribel & Terminal

21    STAN000370 - 382 = Timecard Distribution - Roads FY 2009 Detail Report for

22    Claribel & Terminal

23    STAN000383 - 390 = Timecard Distribution - Roads FY 2008 Summary Report for

24    Claribel & Terminal

25    STAN000391 - 403 = Timecard Distribution - Roads FY 2008 Detail Report for

26    Claribel & Terminal

27    STAN000404 - 412 = Timecard Distribution - Roads FY 2007 Summary Report for

28    Claribel & Terminal

STAN000413 - 427 = Timecard Distribution - Roads FY 2007 Detail Report for

1   Claribel & Terminal

2   STAN000428 - 435 = Timecard Distribution - Roads FY 2006 Summary Report for

3   Claribel & Terminal

4   STAN000436 - 448 = Timecard Distribution - Roads FY 2006 Detail Report for

5   Claribel & Terminal

6   STAN000449 - 454 = Timecard Distribution - Roads FY 2005 Summary Report for

7   Claribel & Terminal

8   STAN000455 - 464 = Timecard Distribution - Roads FY 2005 Detail Report for

9   Claribel & Terminal

10   STAN000465 - 467 = Timecard Distribution - Roads Fiscal Year 2004 Summary

11   Report for Claribel & Terminal

12   STAN000468 - 472 = Timecard Distribution - Roads Fiscal Year 2004 Detail Report

13   for Claribel & Terminal

14   STAN000473 - 475 = Timecard Distribution - Roads Fiscal Year 2003 Summary

15   Report for Claribel & Terminal

16   STAN000476 - 479 = Timecard Distribution - Roads Fiscal Year 2003 Detail Report

17   for Claribel & Terminal

18   STAN000480 -482 = 1/4/08 letter to Gilbert from Leamon with Claribel road

19   improvement drawing

20   STAN000483 - 487 = 04-06-06 Traffic Counts on Claribel Road west of Claus from

21   the Traffic Engineering Division of the Stanislaus County Public Works Department

22   STAN000488 - 492 = 04-06-06 Traffic Counts on Claribel Road west of Terminal

23   from the Traffic Engineering Division of the Stanislaus County Public Works

24   Department

25   STAN000493 - 497 = 07-26-05 Traffic Counts on Terminal Avenue north of Claribel

26   Road from the Traffic Engineering Division of the Stanislaus County Public Works

27   Department

28   STAN000498 = 01-17-78 memo from Public Works to the Board of Supervisors re

turning the intersection at Claribel and Terminal into a four way stop

1  STAN000499 - 500 = 01-17-78 Board of Supervisors Resolution designating the

2  intersection at Claribel and Terminal a four way stop

3  STAN000501 - 503 = 3 pages from a 1978 - 1983 Stanislaus County capital

4  improvement program which contain references to Claribel Road but the subject

5  intersection

6  STAN000504 = Claribel traffic counts "apparently" from 2001

7  STAN000505 = Claribel traffic counts "apparently" from 2001 & 2002

8  STAN000506 = Claribel traffic counts "apparently" from 2000

9  STAN000507 = Claribel traffic counts "apparently" from 2002

10  STAN000508 - 509 = 2 pages of Claribel road logs that may be from the 1960's and

11  1970's

12  STAN000510 - 512 = 3 pages of calculations Dr. Tuft prepared after his depo pursuant

13  to JWC request

14  **RAILROAD DOCUMENTS**

15  NRPC and BNSF Initial Disclosures Pursuant to Fed. R. Civ. P.26(a)(1)

16  RR000001 - 33 = 08/14/2007  CHP Traffic Collision Report of subject accident

17  RR000034 - 35 = 05/08/2007 Amtrak Unusual Occurrence Report

18  RR000036 - 37 = 05/08/2007 Amtrak MAP X15 Grade Crossing Accident

19  Locomotive/Cab Car Inspection Report for Unit 2011 & 8305

20  RR000038 - 39 = 05/08/2007 Amtrak MAP 100 Equipment Condition Report for Units

21  2011 & 8305

22  RR000040 - 41 = U.S. Department of Transportation, FRA, MAP 818 Locomotive

23  Inspection and Repair Record for Unit 2011 & 8305

24  RR000042 - 43 = 05/08/2007 Amtrak MAP 1173 Class I Brake Initial Terminal Test

25  for NRPC Unit 2011

26  RR000044 - 45 = 05/08/2007 NRPC MAP 101 FRA Rule No. 229 Inspection Record

27  for NRPC Units 2011 & 8305

28  RR000046 = 05/08/2007 NRPC MAP 1OC Summary Daily Inspection for Train # 713

RR000047  - 66 = 05/09/2007 U.S. DOT Crossing Inventory Information as of

182009 / mb

1    5-9-2007 for Claribel Road Crossing

2    RR000067 - 73 = 04/29/2007 Track Bulletin s Form C

3    RR000074 - 111 = General Track Bulletin No. 26922 (issued 5-8-07)

4    RR000112 = NRPC Timetable San Joaquins-Northbound

5    RR000113 - 114 = 05/08/2007 NRPC Locomotive Event Recorder Information Sheet

6    and Custody Log for NRPC Units 2011 and 8305

7    RR000115 = BNSF Stockton Subdivision Line Segment 7200 Track Map

8    RR000116 - 119 = 05/08/2007 BNSF Highway Grade Crossing Signal Post Accident

9    Test Check List

10   RR000120 - 137 = BNSF Inspection Reports Highway Grade Crossing Tests &

11   Inspections, dated 5-15-06 through 5-8-07

12   RR000138 = BNSF Road Crossing Inventory Report

13   RR000139 - 146 = BNSF Signal Detail Charts

14   RR000147 - 148 = 05/08/2007 BNSF train movement information for Claribel Road

15   crossing

16   RR000149 = 108 Photos taken by BNSF employees at the scene at the accident

17   RR000150 = 109 Photos taken by CHP officers at the accident scene

18   RR000151 = 127 Photos taken by CHP MAIT Corral Rodriguez car

19   BNSF000001 = Death Certificate of John Milton Cone from the State of California

20   dated 08-28-08

21   RR000152 - 178 = 06/02/1995 Transfer Agreement

22   RR000179 - 282 = 06/02/1995 Maintenance Agreement

23   RR000283 - 310 = 04/01/1999 Maintenance Agreement Revision 1

24   RR000311 - 421 = NRPC & State of CA Agreement for the Provision of Rail

25   Passenger Service

26   RR000422 - 930 = Interagency Transfer Agreement

27   RR000931 = Schedule for northbound San Joaquin trains

28   RR000932 = Amtrak Pacific Delay Report for Train 713 on 05-08-07

     RR000933 - 1074 = 04/03/2005 (effective date), GCOR General Code of Operating

182009 / mb

16.

1  Rules Fifth Edition

2  RR001075 - 1218 = 01/15/2007 NRPC / Amtrak Air Brake and Train Handling Rules

3  and Instructions

4  RR001219 - 1239 = 02/01/2002 Amtrak NRPC Safety Instructions for Transportation

5  Employees

6  RR001240 - 1303 = 08/17/2006 Final Rule on the Use of Locomotive Horns at

7  Highway-Rail Grade Crossings

8  RR001304 - 1305 = Summary of Major Changes in the Amended Train Horn Final

9  Rule

10  RR001306 - 1314 = FRA - Record of Decision - Use of Locomotive Horns Final Rule

11  RR001315 = 10/18/2007 Federal Railroad Administration - Quiet Zone Locations

12  RR001316 - 1317 = 06/21/2004 Letter from US DOT Inspector General Kenneth Mead

13  to Senator Joseph Lieberman re: the Highway-Rail Grade Crossing Safety Program

14  RR001318 - 1366 = 06/16/2004 FRA - Audit of the Highway-Rail Grade Crossing

15  Safety Program

16  RR001367 - 1436 =  Train operator John Cone 's "complete employment file"

17  RR001437 - 1451 = Documents responsive to our request for concerning inspection ,

18  maintenance and braking system documents for subject train 713

19  Documents responsive to Set 7 #84 = RR001452

20  RR001452 = Document concerning subject train 713

21  RR001453 - 1456 = 05/11/2007 AEI Find

22  RR001457 - 1458 = 05/08/2007 BNSF train movement information for Claribel Road

23  crossing

24  RR001459 = 05/11/2007 Train Event History Document

25  RR001460 - 1465 = 05/11/2007 Train Sheet Detail Display Train Data Sheet

26  Document

27  RR001466 - 1470 = 03/29/2004 Track Chart for the area 5 miles on either side of the

28  subject crossing Document

RR001471 - 1474 = 05/08/2007 Highway Grade Crossing Signal Post Accident Test

1     Check List for subject accident

2     RR001475 - 1492 = BNSF Inspection Reports - Highway Crossing Tests & Inspections

3     at Claribel Road for one year prior to subject accident

4     RR001493 - 1495 = 05/11/2007 Resource Operations Center Ticket Report

5     RR001496 - RR001514 = 05/14/2007 Signal Ticket Report

6     RR001515 - 1534 = 05/09/2007 US DOT Crossing Inventory Information as of

7     5/9/2007

8     RR001535 - 1558 = Public Projects Files re Claribel Road Part 1 crossing

9     RR001559 - RR001689 = Public Projects Files re Claribel Road Part 2 crossing

10     RR001690 - 1724 = Accident / Incident Reporting Internal Control Plan for Amtrak

11     and Commuter Operations from NRPC Office of System Safety

12     RR001725 - 1727 = Railroad Injury and Illness Summary

13     RR001728 = FRA - Rail Equipment Accident / Incident Record

14     RR001729 - 1733 = FRA 5 - Day and Regional Factual Railroad Accident Report

15     RR001734 = 06/26/2007 Highway-Rail Grade Crossing Accident / Incident Report

16     Dispatcher audio recording from the incident date

17     RR001735 = Remedy Tickets - Stockton Sub MP 1094.5 2004 - YTD

18     RR001736 = BNSF Railway Standard Plan Whistle Post Signs

19     RR001737 - 1802 = Amtrak Alcohol and Drug Policy Guidelines

20     RR001803 - 1806 = Personnel Action Request

21     RR001807 - 1809 = Personnel Action Request

22     RR001810 = Handwritten note

23     RR001811 - 1812 = Personnel Action Request

24     RR001813 - 1814 = Personnel Action Request

25     RR001815 - 1816 = Personnel Action Request

26     RR001817 - 1818 = Personnel Action Request

27     RR001819 = Personnel Action Request

28     RR001820 -1821 = Personnel Action Request

    RR001822 = Emails re John Cone disability retirement

18.

1    RR001823 - 1824 = Railroad Retirement Board Letter

2    RR001825 - 1830 = Authorization for Examination or Treatment

3    RR001831 = Authorization for Examination or Treatment

4    RR001832 - 1833 = Authorization for Examination or Treatment

5    RR001834 - 1837 = Authorization for Examination or Treatment

6    RR001838 = Locomotive Engineer Certificate

7    RR001839 = NRPC Notification of Certification Suspension

8    RR001840 - 1842 = Locomotive Engineer Temporary Certificate

9    RR001843 = Locomotive Engineer Certificate

10   RR001844 - 1846 = (John Cone's) Multiple Choice Test for Segment G: Oakland to

11   San Jose, via Hayward

12   RR001847 = Authorization to Board and Ride AMTRAK Trains for the Purpose of

13   Qualifying on Physical Characteristics

14   RR001848 = Authorization to Board and Ride AMTRAK Trains for the Purpose of

15   Qualifying on Physical Characteristics

16   RR001849 = NRPC Amtrak West Interoffice Memorandum

17   RR001850 - 1851 = John Cone Employee Information Form

18   RR001852 - 1853 = John Cone Amtrak Locomotive Engineer Evaluation

19   RR001854 = John Cone Amtrak Locomotive Engineer Evaluation

20   RR001855 - 1856 = John Cone Amtrak Locomotive Engineer Evaluation

21   RR001857 = John Cone Amtrak Locomotive Engineer Evaluation

22   RR001858 - 1859 = John Cone Amtrak Locomotive Engineer Evaluation

23   RR001860 - 1861 = John Cone Amtrak Locomotive Engineer Evaluation

24   RR001862 - 1863 = John Cone Amtrak Locomotive Engineer Evaluation

25   RR001864 - 1865 = John Cone Amtrak Locomotive Engineer Evaluation

26   RR001866 - 1867 = John Cone Amtrak Locomotive Engineer Evaluation

27   RR001868 - 1869 = John Cone Amtrak Locomotive Engineer Evaluation

28   RR001870 = John Cone Amtrak Locomotive Engineer Evaluation

     RR001871 - 1872 = John Cone Amtrak Locomotive Engineer Evaluation

1    RR001873 - 1874 = John Cone Amtrak Locomotive Engineer Evaluation

2    RR001875 - 1876 = John Cone Amtrak Locomotive Engineer Evaluation

3    RR001877 - 1878 = John Cone Amtrak Locomotive Engineer Evaluation

4    RR001879 - 1880 = John Cone Amtrak Locomotive Engineer Evaluation

5    RR001881 - 1882 = John Cone Amtrak Locomotive Engineer Evaluation

6    RR001883 - 1884 = John Cone Amtrak Locomotive Engineer Evaluation

7    RR001885 = Amtrak letter congratulating John Cone on his excellent safety record and

8    completing five years of injury free service

9    RR001886 = Amtrak cover letter for BNSF letter re: John Cone and others,

10   RR001887 = Brief BNSF letter re Capitol and San Joaquin projects,

11   RR001888 = Letter from service manager C.V. Berg to John Cone confirming they

12   discussed all aspects of Rule 9.12.4 that applies on the BNSF railroad between

13   Stockton and Port Chicago including the locations of signals that rule applies to.

14   RR001889 - 1896 = Express mail receipt

15   RR001897 - 1898 = John Cone Amtrak Check Inn Card

16   RR001899 = Amtrak Check Inn Card Request

17   RR001900 = Handwritten note re: Mr. Cone

18   RR001901 = Re: Cone request of employment verification

19   RR001902 = Request for release of Cone employment dates

20   RR001903 - 1906 = Amtrak Employee Information Form, John Cone,

21   RR001907 = Black Box Info

22   RR001908 = 05-31-94 Amtrak Unusual Occurrence Report for Amtrak Train 710,

23   Derailment,

24   RR001909 = Conductor Uniform Program, John Cone

25   RR001910 = John Cone, employee information,

26   RR001911 = John Cone Service Award Program

27   RR001912 = John Cone 's employment history with ATSF Railway Co.

28   RR001913 = John Cone T & E Crew Members Change of Address Form

     RR001914 = John Cone Amtrak Locomotive Engineer Certification

1   RR001915 = John Cone Territorial Qualification Audit

2   RR001916 - 1922 = John Cone Amtrak TESTS System Form 1872

3   RR001923 - 1926 = John Cone Amtrak TESTS System Form 1872

4   RR001927 - 1928 = John Cone Amtrak TESTS System Form 1872

5   RR001929 = John Cone Amtrak TESTS System Form 1872

6   RR001930 - 1931 = John Cone Amtrak Employee Efficency and Safety Test Report -

7   Form 1872

8   RR001932 - 1933 = John Cone Amtrak Employee Efficency and Safety Test Report -

9   Form 1872

10  RR001934 - 1935 = John Cone Amtrak Employee Efficency and Safety Test Report -

11  Form 1872

12  RR001936 - 1937 = John Cone Amtrak Employee Efficency and Safety Test Report -

13  Form 1872

14  RR001938 = John Cone Amtrak Employee Efficency and Safety Test Report - Form

15  1872

16  RR001939 = John Cone Amtrak Employee Efficency and Safety Test Report - Form

17  1872

18  RR001940 - 1941 = John Cone Amtrak Employee Efficency and Safety Test Report -

19  Form 1872

20  RR001942 - 1943 = John Cone Amtrak Employee Efficency and Safety Test Report -

21  Form 1872

22  RR001944 - 1945 = John Cone Amtrak Employee Efficency and Safety Test Report -

23  Form 1872

24  **RFP Set 5 - 7 & 10  (02-24-10)**:

25  Coverletter = COV000010

26  RR001949 - 50 = Handwritten statement of eye witness John Coffey

27  RR001951 = Handwritten statement of eye witness Jeremy McMath

28  RR001951 - 52 = Handwritten statement of eye witness Tony Vincent

RR001953 = 01-14-06 FRA Highway Rail Grade Crossing Accident/Incident  Report

1    RR001954 - 1960 = Brake Schematic Drawings for Subject Locomotive and Cars

2    RR001961 - 1964 = Brake Schematic Drawings for Subject Locomotive and Cars

3    RR001965 = Coloring Guide Equipment

4    AMT001966 - 1996 = July 2006 Amtrak Delay Reports for Train No 702

5    AMT001997 - 2025 = November 2006 Amtrak Delay Reports for Train No 702

6    AMT002026 - 2056 = December 2006 Amtrak Delay Reports for Train No 702

7    AMT002057 - 2086 = January 2007 Amtrak Delay Reports for Train No 702

8    AMT002087 - 2115 = February 2007 Amtrak Delay Reports for Train No 702

9    AMT002116 - 2141 = July 2006 Amtrak Delay Reports for Train No 704

10   AMT002142 - 2168 = November 2006 Amtrak Delay Reports for Train No 704

11   AMT002169 - 2204 = December 2006 Amtrak Delay Reports for Train No 704

12   AMT002205 - 2240 = January 2007 Amtrak Delay Reports for Train No 704

13   AMT002241 - 2272 = February 2007 Amtrak Delay Reports for Train No 704

14   AMT002273 - 2330 = July 2006 Amtrak Delay Reports for Train No 711

15   AMT002331 - 2381 = August 2006 Amtrak Delay Reports for Train No 711

16   AMT002382 - 2427 = November 2006 Amtrak Delay Reports for Train No 711

17   AMT002428 - 2484 = December 2006 Amtrak Delay Reports for Train No 711

18   AMT002485 - 2547 = January 2007 Amtrak Delay Reports for Train No 711

19   AMT002548 - 2604 = February 2007 Amtrak Delay Reports for Train No 711

20   AMT002605 - 2664 = July 2006 Amtrak Delay Reports for Train No 712

21   AMT002665 - 2716 = August 2006 Amtrak Delay Reports for Train No 712

22   AMT002717 - 2773 = November 2006 Amtrak Delay Reports for Train No 712

23   AMT002774 - 2832 = December 2006 Amtrak Delay Reports for Train No 712

24   AMT002833 - 2894 = January 2007 Amtrak Delay Reports for Train No 712

25   AMT002895 - 2953 = February 2007 Amtrak Delay Reports for Train No 712

26   AMT002954 - 3011 = July 2006 Amtrak Delay Reports for Train No 713

27   AMT003012 - 3060 = August 2006 Amtrak Delay Reports for Train No 713

28   AMT003061 - 3120 = November 2006 Amtrak Delay Reports for Train No 713

     AMT003121 - 3182 = December 2006 Amtrak Delay Reports for Train No 713

1    AMT003183 - 3232 = January 2007 Amtrak Delay Reports for Train No 713

2    AMT003233 - 3280 = February 2007 Amtrak Delay Reports for Train No 713

3    AMT003281 - 3340 = July 2006 Amtrak Delay Reports for Train No 714

4    AMT003341 - 3388 = August 2006 Amtrak Delay Reports for Train No 714

5    AMT003389 - 3456 = November 2006 Amtrak Delay Reports for Train No 714

6    AMT003457 - 3525 = December 2006 Amtrak Delay Reports for Train No 714

7    AMT003524 - 3583 = January 2007 Amtrak Delay Reports for Train No 714

8    AMT003584 - 3640 = February 2007 Amtrak Delay Reports for Train No 714

9    AMT003641 - 3705 = July 2006 Amtrak Delay Reports for Train No 715

10   AMT003706 - 3764 = August 2006 Amtrak Delay Reports for Train No 715

11   AMT003765 - 3825 = November 2006 Amtrak Delay Reports for Train No 715

12   AMT003826 - 3886 = December 2006 Amtrak Delay Reports for Train No 715

13   AMT003887 - 3948 = January 2007 Amtrak Delay Reports for Train No 715

14   AMT003949 - 408 = February 2007 Amtrak Delay Reports for Train No 715

15   AMT004009 - 4070 = July 2006 Amtrak Delay Reports for Train No 716

16   AMT004071 - 4128 = August 2006 Amtrak Delay Reports for Train No 716

17   AMT004129 - 4195 = November 2006 Amtrak Delay Reports for Train No 716

18   AMT004196 - 4266 = December 2006 Amtrak Delay Reports for Train No 716

19   AMT004267 - 4335 = January 2007 Amtrak Delay Reports for Train No 716

20   AMT004336 - 4394 = February 2007 Amtrak Delay Reports for Train No 716

21   AMT004395 - 4456 = July 2006 Amtrak Delay Reports for Train No 717

22   AMT004457 - 4506 = August 2006 Amtrak Delay Reports for Train No 717

23   AMT004507 - 4571 = November 2006 Amtrak Delay Reports for Train No 717

24   AMT004572 - 4631 = December 2006 Amtrak Delay Reports for Train No 717

25   AMT004632 - 4693 = January 2007 Amtrak Delay Reports for Train No 717

26   AMT004694 - 4743 = February 2007 Amtrak Delay Reports for Train No 717

27   AMT004744 - 484 = July 2006 Amtrak Delay Reports for Train No 718

28   AMT004805 - 486 = August 2006 Amtrak Delay Reports for Train No 718

     AMT004861 - 4924 = November 2006 Amtrak Delay Reports for Train No 718

1  AMT004925 - 4995 = December 2006 Amtrak Delay Reports for Train No 718

2  AMT004996 - 506 = January 2007 Amtrak Delay Reports for Train No 718

3  AMT005061 - 5115 = February 2007 Amtrak Delay Reports for Train No 718

4  AMT005116 - 5201 = A heavily redacted copy of a 08-01-96 Agreement Between

5  NRPC & BNSF

6  AMT005202 - 5207 = Specifications for Subject Amtrak Cars from an operating

7  manual

8  BNSF005208 - 5224 = BNSF Remedy Ticket Reports from 05-08-02 to 05-08-07

9  Cover letter & a CD containing a data files from cabcar C8305

10  Cover letter & a CD containing a data file from locomotive C2011

11  AMT005225 - AMT005290 = June 2006 Amtrak Delay Reports for Train No 718

12  AMT005291 - 5351 = May 2006 Amtrak Delay Reports for Train No 714

13  AMT005352 - 5407 = June 2006 Amtrak Delay Reports for Train No 713

14  AMT005408 - 5464 = May 2006 Amtrak Delay Reports for Train No 713

15  AMT005465 - 5526 = June 2006 Amtrak Delay Reports for Train No 712

16  AMT005527 - 5592 = May 2006 Amtrak Delay Reports for Train No 712

17  AMT005593 - 5654 = June 2006 Amtrak Delay Reports for Train No 711

18  AMT005655 - 5720 = May 2006 Amtrak Delay Reports for Train No 711

19  AMT005721 - 5745 = June 2006 Amtrak Delay Reports for Train No 704

20  AMT005746 - 5782 = May 2006 Amtrak Delay Reports for Train No 704

21  AMT005783 - 5815 = June 2006 Amtrak Delay Reports for Train No 702

22  AMT005816 - 5882 = May 2006 Amtrak Delay Reports for Train No 718

23  AMT005883 - 5915 = May 2006 Amtrak Delay Reports for Train No 702

24  AMT005916 - 5976 = June 2006 Amtrak Delay Reports for Train No 717

25  AMT005977 - 6037 = May 2006 Amtrak Delay Reports for Train No 717

26  AMT006038 - 6106 = June 2006 Amtrak Delay Reports for Train No 716

27  AMT006107 - 6199 = May 2006 Amtrak Delay Reports for Train No 716

28  AMT006200 - 6266 = June 2006 Amtrak Delay Reports for Train No 715

AMT006267 - 6346 = May 2006 Amtrak Delay Reports for Train No 715

1    AMT006347 - 6406 = June 2006 Amtrak Delay Reports for Train No 714

2    AMT006407 - 6438 = May 2007 Amtrak Delay Reports for Train No 702

3    AMT006439 - 6471 = March 2007 Amtrak Delay Reports for Train No 702

4    AMT006472 - 6474 = December 2005 Amtrak Delay Reports for Train No 702

5    AMT006475 - 6503 = May 2007 Amtrak Delay Reports for Train No 704

6    AMT006504 - 6531 = March 2007 Amtrak Delay Reports for Train No 704

7    AMT006532 - 6593 = May 2007 Amtrak Delay Reports for Train No 711

8    AMT006594 - 6655 = March 2007 Amtrak Delay Reports for Train No 711

9    AMT006656 - 6714 = April 2007 Amtrak Delay Reports for Train No 711

10   AMT006715 - 6777 = December 2005 Amtrak Delay Reports for Train No 711

11   AMT006778 - 6836 = November 2005 Amtrak Delay Reports for Train No 711

12   AMT006837 - 6900 = October 2005 Amtrak Delay Reports for Train No 711

13   AMT006901 - 6953 = September 2005 Amtrak Delay Reports for Train No 711

14   AMT006954 - 7015 = May 2007 Amtrak Delay Reports for Train No 712

15   AMT007016 - 7086 = March 2007 Amtrak Delay Reports for Train No 712

16   AMT007087 - 7145 = April 2007 Amtrak Delay Reports for Train No 712

17   AMT007146 - 7209 = December 2005 Amtrak Delay Reports for Train No 712

18   AMT007210 - 7266 = November 2005 Amtrak Delay Reports for Train No 712

19   AMT007267 - 7331 = October 2005 Amtrak Delay Reports for Train No 712

20   AMT007332 - 7393 = September 2005 Amtrak Delay Reports for Train No 712

21   AMT007394 - 7445 = May 2007 Amtrak Delay Reports for Train No 713

22   AMT007446 - 7499 = March 2007 Amtrak Delay Reports for Train No 713

23   AMT007500 - 7547 = April 2007 Amtrak Delay Reports for Train No 713

24   AMT007548 - 7602 = December 2005 Amtrak Delay Reports for Train No 713

25   AMT007603 - 7651 = November 2005 Amtrak Delay Reports for Train No 713

26   AMT007652 - 7703 = October 2005 Amtrak Delay Reports for Train No 713

27   AMT007704 - 7751 = September 2005 Amtrak Delay Reports for Train No 713

28   AMT007752 - 7803 = May 2007 Amtrak Delay Reports for Train No 714

     AMT007804 - 7860 = March 2007 Amtrak Delay Reports for Train No 714

1    AMT007861 - 7919 = April 2007 Amtrak Delay Reports for Train No 714

2    AMT007920 - 7971 = December 2005 Amtrak Delay Reports for Train No 714

3    AMT007972 - 8023 = November 2005 Amtrak Delay Reports for Train No 714

4    AMT008024 - 8072 = October 2005 Amtrak Delay Reports for Train No 714

5    AMT008073 - 8130 = September 2005 Amtrak Delay Reports for Train No 714

6    AMT008131 - 8185 = May 2007 Amtrak Delay Reports for Train No 715

7    AMT008186 - 8235 = March 2007 Amtrak Delay Reports for Train No 715

8    AMT008236 - 8294 = April 2007 Amtrak Delay Reports for Train No 715

9    AMT008295 - 8371 = December 2005 Amtrak Delay Reports for Train No 715

10   AMT008372 - 8438 = November 2005 Amtrak Delay Reports for Train No 715

11   AMT008439 - 8510 = October 2005 Amtrak Delay Reports for Train No 715

12   AMT008511 - 8564 = September 2005 Amtrak Delay Reports for Train No 715

13   AMT008565 - 8625 = May 2007 Amtrak Delay Reports for Train No 716

14   AMT008626 - 8684 = March 2007 Amtrak Delay Reports for Train No 716

15   AMT008685 - 8742 = April 2007 Amtrak Delay Reports for Train No 716

16   AMT008743 - 8818 = December 2005 Amtrak Delay Reports for Train No 716

17   AMT008819 - 8885 = November 2005 Amtrak Delay Reports for Train No 716

18   AMT008886 - 8953 = October 2005 Amtrak Delay Reports for Train No 716

19   AMT008954 - 9017 = September 2005 Amtrak Delay Reports for Train No 716

20   AMT009018 - 9071 = September 2005 Amtrak Delay Reports for Train No 717

21   AMT009072 - 9135 = October 2005 Amtrak Delay Reports for Train No 717

22   AMT009136 - 9197 = November 2005 Amtrak Delay Reports for Train No 717

23   AMT009198 - 9258 = December 2005 Amtrak Delay Reports for Train No 717

24   AMT009259 - 9318 = April 2007 Amtrak Delay Reports for Train No 717

25   AMT009319 - 9381 = March 2007 Amtrak Delay Reports for Train No 717

26   AMT009382 - 9442 = May 2007 Amtrak Delay Reports for Train No 717

27   AMT009443 - 9512 = May 2007 Amtrak Delay Reports for Train No 718

28   AMT009513 - 9581 = March 2007 Amtrak Delay Reports for Train No 718

     AMT009582 - 9644 = April 2007 Amtrak Delay Reports for Train No 718

| | |
|---|---|
| 1 | AMT009645 - 9708 = December 2005 Amtrak Delay Reports for Train No 718 |
| 2 | AMT009709 - 9768 = November 2005 Amtrak Delay Reports for Train No 718 |
| 3 | AMT009769 - 9830 = October 2005 Amtrak Delay Reports for Train No 718 |
| 4 | AMT009831 - 9890 = September 2005 Amtrak Delay Reports for Train No 718 |
| 5 | AMT009891 - 9909 = April 2007 Amtrak Delay Reports for Train No 720 |
| 6 | AMT009910 - 9939 = October 2006 Amtrak Delay Reports for Train No 702 |
| 7 | AMT009940 - 9969 = September 2006 Amtrak Delay Reports for Train No 702 |
| 8 | AMT009970 - AMT010004 = March 2006 Amtrak Delay Reports for Train No 702 |
| 9 | AMT010005 - 0005 = February 2006 Amtrak Delay Reports for Train No 702 |
| 10 | AMT010006 - 0077 = April 2006 Amtrak Delay Reports for Train No 702 / 704 |
| 11 | AMT010078 - 0080 = January 2006 Amtrak Delay Reports for Train No 702 / 704 |
| 12 | AMT010081 - 0081 = February 2006 Amtrak Delay Reports for Train No 704 |
| 13 | AMT010082 - 0113 = October 2006 Amtrak Delay Reports for Train No 704 |
| 14 | AMT010114 - 0147 = September 2006 Amtrak Delay Reports for Train No 704 |
| 15 | AMT010148 - 0173 = March 2006 Amtrak Delay Reports for Train No 704 |
| 16 | AMT010174 - 0209 = February 2006 Amtrak Delay Reports for Train No 704 |
| 17 | AMT010210 - 0268 = October 2006 Amtrak Delay Reports for Train No 711 |
| 18 | AMT010269 - 0320 = September 2006 Amtrak Delay Reports for Train No 711 |
| 19 | AMT010321 - 0386 = April 2006 Amtrak Delay Reports for Train No 711 |
| 20 | AMT010387 - 0444 = March 2006 Amtrak Delay Reports for Train No 711 |
| 21 | AMT010445 - 0504 = February 2006 Amtrak Delay Reports for Train No 711 |
| 22 | AMT010505 - 0565 = January 2006 Amtrak Delay Reports for Train No 711 |
| 23 | AMT010566 - 0624 = October 2006 Amtrak Delay Reports for Train No 712 |
| 24 | AMT010625 - 0679 = September 2006 Amtrak Delay Reports for Train No 712 |
| 25 | AMT010680 - 0730 = April 2006 Amtrak Delay Reports for Train No 712 |
| 26 | AMT010731 - 0793 = March 2006 Amtrak Delay Reports for Train No 712 |
| 27 | AMT010794 - 0889 = February 2006 Amtrak Delay Reports for Train No 712 |
| 28 | AMT010890 - 0954 = January 2006 Amtrak Delay Reports for Train No 712 |
| | AMT010955 - 1013 = October 2006 Amtrak Delay Reports for Train No 713 |

1     AMT011014 - 1061 = September 2006 Amtrak Delay Reports for Train No 713

2     AMT011062 - 1124 = April 2006 Amtrak Delay Reports for Train No 713

3     AMT011125 - 1178 = March 2006 Amtrak Delay Reports for Train No 713

4     AMT011179 - 1232 = February 2006 Amtrak Delay Reports for Train No 713

5     AMT011233 - 1291 = January 2006 Amtrak Delay Reports for Train No 713

6     AMT011292 - 1351 = October 2006 Amtrak Delay Reports for Train No 714

7     AMT011352 - 1407 = September 2006 Amtrak Delay Reports for Train No 714

8     AMT011408 - 1459 = April 2006 Amtrak Delay Reports for Train No 714

9     AMT011460 - 1512 = March 2006 Amtrak Delay Reports for Train No 714

10     AMT011513 - 1606 = February 2006 Amtrak Delay Reports for Train No 714

11     AMT011607 - 1667 = January 2006 Amtrak Delay Reports for Train No 714

12     AMT011668 - 1726 = October 2006 Amtrak Delay Reports for Train No 715

13     AMT011727 - 1785 = September 2006 Amtrak Delay Reports for Train No 715

14     AMT011786 - 1852 = April 2006 Amtrak Delay Reports for Train No 715

15     AMT011853 - 1920 = March 2006 Amtrak Delay Reports for Train No 715

16     AMT011921 - 1976 = February 2006 Amtrak Delay Reports for Train No 715

17     AMT011977 - 2047 = January 2006 Amtrak Delay Reports for Train No 715

18     AMT012048 - 2109 = October 2006 Amtrak Delay Reports for Train No 716

19     AMT012110 - 2165 = September 2006 Amtrak Delay Reports for Train No 716

20     AMT012166 - 2242 = April 2006 Amtrak Delay Reports for Train No 716

21     AMT012243 - 2317 = March 2006 Amtrak Delay Reports for Train No 716

22     AMT012318 - 2410 = February 2006 Amtrak Delay Reports for Train No 716

23     AMT012411 - 2481 = January 2006 Amtrak Delay Reports for Train No 716

24     AMT012482 - 2542 = October 2006 Amtrak Delay Reports for Train No 717

25     AMT012543 - 2594 = September 2006 Amtrak Delay Reports for Train No 717

26     AMT012595 - 2660 = April 2006 Amtrak Delay Reports for Train No 717

27     AMT012661 - 2719 = March 2006 Amtrak Delay Reports for Train No 717

28     AMT012720 - 2771 = February 2006 Amtrak Delay Reports for Train No 717

     AMT012772 - 2832 = January 2006 Amtrak Delay Reports for Train No 717

1    AMT012833 - 2898 = October 2006 Amtrak Delay Reports for Train No 718

2    AMT012899 - 2950 = September 2006 Amtrak Delay Reports for Train No 718

3    AMT012951 - 3008 = April 2006 Amtrak Delay Reports for Train No 718

4    AMT013009 - 3084 = March 2006 Amtrak Delay Reports for Train No 718

5    AMT013085 - 3161 = February 2006 Amtrak Delay Reports for Train No 718

6    AMT013162 - 3224 = January 2006 Amtrak Delay Reports for Train No 718

7    AMT013225 - 3294 = November 2005 Amtrak Delay Reports for Train No 701

8    AMT013295 - 3365 = November 2005 Amtrak Delay Reports for Train No 702

9    AMT013366 - 3434 = November 2005 Amtrak Delay Reports for Train No 703

10   AMT013435 - 3503 = November 2005 Amtrak Delay Reports for Train No 704

11   AMT013504 - 3575 = December 2005 Amtrak Delay Reports for Train No 701

12   AMT013576 - 3648 = December 2005 Amtrak Delay Reports for Train No 702

13   AMT013649 - 3725 = December 2005 Amtrak Delay Reports for Train No 703

14   AMT013726 - 3793 = December 2005 Amtrak Delay Reports for Train No 704

15   AMT013794 - 3860 = January 2006 Amtrak Delay Reports for Train No 704

16   AMT013861 - 3933 = January 2006 Amtrak Delay Reports for Train No 701

17   AMT013934 - 4001 = January 2006 Amtrak Delay Reports for Train No 702

18   AMT014002 - 4080 = January 2006 Amtrak Delay Reports for Train No 703

19   AMT014081 - 4145 = February 2006 Amtrak Delay Reports for Train No 701

20   AMT014146 - 4204 = February 2006 Amtrak Delay Reports for Train No 702

21   AMT014205 - 4278 = February 2006 Amtrak Delay Reports for Train No 703

22   AMT014279 - 4347 = February 2006 Amtrak Delay Reports for Train No 704

23   AMT014348 - 4408 = July 2006 Amtrak Delay Reports for Train No 701

24   AMT014409 - 4469 = July 2005 Amtrak Delay Reports for Train No 702

25   AMT014470 - 4545 = July 2005 Amtrak Delay Reports for Train No 703

26   AMT014546 - 4619 = July 2005 Amtrak Delay Reports for Train No 704

27   AMT014620 - 4690 = August 2005 Amtrak Delay Reports for Train No 701

28   AMT014691 - 4758 = August 2005 Amtrak Delay Reports for Train No 702

     AMT014759 - 4843 = August 2005 Amtrak Delay Reports for Train No 703

1   AMT014844 - 4925 = August 2005 Amtrak Delay Reports for Train No 704

2   AMT014926 - 5497 = September 2005 Amtrak Delay Reports for Train No 701

3   AMT015498 - 5558 = April 2006 Amtrak Delay Reports for Train No 701

4   AMT015559 - 5601 = April 2006 Amtrak Delay Reports for Train No 702

5   AMT015602 - 5683 = April 2006 Amtrak Delay Reports for Train No 703

6   AMT015684 - 5733 = April 2006 Amtrak Delay Reports for Train No 704

7   AMT015734 - 5795 = March 2006 Amtrak Delay Reports for Train No 701

8   AMT015796 - 5866 = March 2006 Amtrak Delay Reports for Train No 702

9   AMT015867 - 5931 = March 2006 Amtrak Delay Reports for Train No 703

10   AMT015932 - 5997 = March 2006 Amtrak Delay Reports for Train No 704

11   AMT015998 - 6065 = June 2006 Amtrak Delay Reports for Train No 701

12   AMT016066 - 6132 = June 2006 Amtrak Delay Reports for Train No 702

13   AMT016133 - 6199 = June 2006 Amtrak Delay Reports for Train No 703

14   AMT016200 - 6262 = June 2006 Amtrak Delay Reports for Train No 704

15   AMT016263 - 6335 = May 2006 Amtrak Delay Reports for Train No 701

16   AMT016336 - 6400 = May 2006 Amtrak Delay Reports for Train No 702

17   AMT016401 - 6471 = May 2006 Amtrak Delay Reports for Train No 703

18   AMT016472 - 6538 = May 2006 Amtrak Delay Reports for Train No 704

19   AMT016539 - 6602 = July 2006 Amtrak Delay Reports for Train No 701

20   AMT016603 - 6680 = July 2006 Amtrak Delay Reports for Train No 702

21   AMT016681 - 6751 = July 2006 Amtrak Delay Reports for Train No 703

22   AMT016752 - 6813 = July 2006 Amtrak Delay Reports for Train No 704

23   AMT016814 - 6878 = August 2006 Amtrak Delay Reports for Train No 701

24   AMT016879 - 6944 = August 2006 Amtrak Delay Reports for Train No 702

25   AMT016945 - 7010 = August 2006 Amtrak Delay Reports for Train No 703

26   AMT017011 - 7074 = August 2006 Amtrak Delay Reports for Train No 704

27   AMT017075 - 7134 = September 2006 Amtrak Delay Reports for Train No 701

28   AMT017135 - 7191 = September 2006 Amtrak Delay Reports for Train No 702

AMT017192 - 7259 = September 2006 Amtrak Delay Reports for Train No 703

1    AMT017260 - 7321 = September 2006 Amtrak Delay Reports for Train No 704

2    AMT017322 - 7385 = October 2006 Amtrak Delay Reports for Train No 701

3    AMT017386 - 7454 = October 2006 Amtrak Delay Reports for Train No 702

4    AMT017455 - 7521 = October 2006 Amtrak Delay Reports for Train No 703

5    AMT017522 - 7584 = October 2006 Amtrak Delay Reports for Train No 704

6    AMT017585 - 7649 = December 2006 Amtrak Delay Reports for Train No 701

7    AMT017650 - 7710 = December 2006 Amtrak Delay Reports for Train No 702

8    AMT017711 - 7778 = December 2006 Amtrak Delay Reports for Train No 703

9    AMT017779 - 7849 = December 2006 Amtrak Delay Reports for Train No 704

10   AMT017850 - 7911 = January 2007 Amtrak Delay Reports for Train No 701

11   AMT017912 - 7972 = January 2007 Amtrak Delay Reports for Train No 702

12   AMT017973 - 8041 = January 2007 Amtrak Delay Reports for Train No 703

13   AMT018042 - 8109 = January 2007 Amtrak Delay Reports for Train No 704

14   AMT018110 - 8152 = February 2007 Amtrak Delay Reports for Train No 701

15   AMT018153 - 8193 = February 2007 Amtrak Delay Reports for Train No 702

16   AMT018194 - 8243 = February 2007 Amtrak Delay Reports for Train No 703

17   AMT018244 - 8292 = February 2007 Amtrak Delay Reports for Train No 704

18   AMT018293 - 8353 = November 2006 Amtrak Delay Reports for Train No 701

19   AMT018354 - 8416 = November 2006 Amtrak Delay Reports for Train No 702

20   AMT018417 - 8484 = November 2006 Amtrak Delay Reports for Train No 703

21   AMT018485 - 8542 = November 2006 Amtrak Delay Reports for Train No 704

22   AMT018543 - 8600 = July 2007 Amtrak Delay Reports for Train No 701

23   AMT018601 - 8657 = July 2007 Amtrak Delay Reports for Train No 702

24   AMT018658 - 8724 = July 2007 Amtrak Delay Reports for Train No 703

25   AMT018725 - 8782 = July 2007 Amtrak Delay Reports for Train No 704

26   AMT018783 - 8843 = June 2007 Amtrak Delay Reports for Train No 701

27   AMT018844 - 8904 = June 2007 Amtrak Delay Reports for Train No 702

28   AMT018905 - 8970 = June 2007 Amtrak Delay Reports for Train No 703

     AMT018971 - 9031 = June 2007 Amtrak Delay Reports for Train No 704

31.

1    AMT019032 - 9094 = May 2007 Amtrak Delay Reports for Train No 701

2    AMT019095 - 9155 = May 2007 Amtrak Delay Reports for Train No 702

3    AMT019156 - 9216 = May 2007 Amtrak Delay Reports for Train No 703

4    AMT019217 - 9280 = May 2007 Amtrak Delay Reports for Train No 704

5    AMT019281 - 9343 = April 2007 Amtrak Delay Reports for Train No 701

6    AMT019344 - 9399 = April 2007 Amtrak Delay Reports for Train No 702

7    AMT019400 - 9456 = April 2007 Amtrak Delay Reports for Train No 703

8    AMT019457 - 9513 = April 2007 Amtrak Delay Reports for Train No 704

9    AMT019514 - 9551 = March 2007 Amtrak Delay Reports for Train No 701

10   AMT019552 - 9591 = March 2007 Amtrak Delay Reports for Train No 702

11   AMT019592 - 9646 = March 2007 Amtrak Delay Reports for Train No 703

12   AMT019647 - 9694 = March 2007 Amtrak Delay Reports for Train No 704

13   AMT019695 - 9734 = Personnel file of William Dike

14   AMT019735 - 9767 = Personnel file Catherine Morehead

15   AMT019768 - 9855 = Documents re 01-14-06 automobile v train accident at Claribel

16   Road

17   BNSF019856 - 9921 = Documents re 01-14-06 automobile v train accident at Claribel

18   Road

19   BNSF019922 - BNSF020152 = Documents re 06-28-05 automobile v train accident at

20   Claribel Road

21   BNSF020153 - 559 = Documents re 06-28-05 automobile v train accident at Claribel

22   Road as well as some inspection & maintenance records

23   BNSF020560 - 571 = FRA Track Inspection allegedly covering subject section from

24   05-01-06 to 05-31-07

25   BNSF020572 - 625 = FRA Track Inspection (with maintenance notes) allegedly

26   covering subject section from 05-01-06 to 05-31-07

27   BNSF020626 -630 =General information - General Data re locomotive type F59PHI

28   BNSF020631 =BNSF Station Map , Riverbank , CA

       BNSF020632 =BNSF Right of Way and Track Map

1   Excel file containing Delay Information

2   Excel file containing Time Information

3   AMT020633 - 796 = Calibrated Tabular Data for AMTRAK #2011 on the incident date

4   AMT020797 - 20938 = Unredacted Agreement Between NRPC & BNSF

5   RR029039 - 445 = Safetran Model 3000 GCP Application Guidelines

6   RR029446 - 447 = Signal Ticket Report

7   **SUBPOENAED RECORDS**

8   Records from Ceres Cemetery Association (Ceres Memorial Park) re Ivan Alexander

9   Records from Ceres Cemetery Association (Ceres Memorial Park) re Maricruz Corral

10  Records from Ceres Cemetery Association (Ceres Memorial Park) re Lucio Anthony

11  Corral

12  CPS Security Solutions Certificate of No Records

13  Dr Kerry Evnin - Certificate of No Records for Ivan Alexander Corral

14  Dr Kerry Evnin - Certificate of No Records for Lucio Anthony Corral

15  Dr Kerry Evnin - Certificate of No Records for Maricruz Corral

16  Kaiser Permanente - Modesto Medical Records for Lucio Anthony Corral

17  Kaiser Permanente - Modesto Medical Records for Ivan Alexander Corral

18  Kaiser Permanente - Modesto Medical Records for Maricruz Corral

19  Kaiser Permanente - Modesto Pathology Certificate of No Records for Lucio Anthony

20  Corral

21  Kaiser Permanente - Modesto Pathology Certificate of No Records for Ivan Alexander

22  Corral

23  Kaiser Permanente - Modesto Pathology Certificate of No Records for Maricruz Corral

24  Kaiser Permanente - Modesto X-Rays Certificate of No Records for Ivan Alexander

25  Corral

26  Modesto Junior College - Certificate of No Records for Maricruz Corral

27  Mary Kay , Inc - Certificate of No Records for Maricruz Corral

28

1    **PLAINTIFF EXPERT MATERIAL**

2    Plaintiff Lucio Corral's Designation of Expert Trial Witnesses

3    Plaintiff expert report of Robert Anderson ( Applied Research & Investigations )

4    Plaintiff expert report of Richard Beall

5    Plaintiff expert report of Charles Culver

6    Plaintiff expert report of Ellie Francis ( Visual & Human Factors )

7    Plaintiff expert report of Fred Hanscom ( Transportation Research Corporation )

8    Plaintiff expert report of Harry Krueper

9    Plaintiff expert report of Harvey Levine

10   Plaintiff expert report of David Lipscomb ( Correst Service, Inc. )

11   Plaintiff expert report of James Loumiet

12   Plaintiff expert report of Edward Stevens

13   Plaintiff expert report of Patrick Mason

14   Plaintiff expert file of Robert Anderson ( Applied Research & Investigations )

15   Plaintiff expert file of Richard Beall

16   Plaintiff expert file of Charles Culver

17   Plaintiff expert file of Ellie Francis ( Visual & Human Factors )

18   Plaintiff expert file of Fred Hanscom ( Transportation Research Corporation )

19   Plaintiff expert file of Harry Krueper

20   Plaintiff expert file of Harvey Levine

21   Plaintiff expert file of David Lipscomb ( Correst Service, Inc. )

22   Plaintiff expert file of James Loumiet

23   Plaintiff expert report of Edward Stevens

24   Plaintiff expert file of Patrick Mason

25   05-25-10 video of vehicles queuing at intersection

26   FHWA Website, Figure 8B-5 Warning Signs, p. 1-2.

27   FHWA Website, Section 8B.21 Stop Lines, p. 1-2.

28   FHWA Website, Figure 8B-8. Typical Train Dynamic Envelope Pavement Markings, p. 1

1   National Manual of Uniform Traffic Control Devices, 1961, 1978, 1988, 2000, 2003,

2   and 2009 editions

3   California Manual of Uniform Traffic Control Devices, 2004 Supplement

4   **DEFENSE EXPERT MATERIAL**

5   Δ NRPC, BNSF, CalTrain Expert Disclosure

6   Defendant County of Stanislaus Expert Witness Disclosure

7   Report of defendant Railroad expert Brian Heikilla and Foster Peterson

8   Report of defendant Railroad expert James Flynn

9   Report of defendant expert Robert Post

10   Report of defendant expert Thomas Walsh

11   Report of Stanislaus Expert Dean Tuft

12   Expert file of defendant Railroad expert Brian Heikilla and Foster Peterson

13   Expert file of defendant Railroad expert James Flynn

14   Expert file of defendant expert Robert Post

15   Expert file of defendant expert Thomas Walsh

16   Expert file of Stanislaus Expert Dean Tuft

17

18   **EXHIBITS TO DEPOSITIONS**

19   **Deposition of Anderson, Robert**

20   1 Notice of Taking   Deposition of Robert Anderson, P.E. and Request for Documents

21   2 Mr. Anderson's Report

22   3 Expert Autostats, dated 4/14/08

23   4 Handwritten Notes, dated 5/19/10

24   5 Photocopy of Vehicle Code Section 22451, Page 17

25   6 Remainder of Mr. Anderson's File

26   **Deposition of Andrews, Thomas Vol. 1**

27   Exhibit 1   Amended Notice

28   Exhibit 2   Calibrated Tabular Data, etc.

Exhibit 3   Traffic Collision Report

1   Exhibit 4   2/16/10 letter

2   Exhibit 5   Signal Ticket Report

3   **Deposition of Andrews, Thomas Vol. 2**

4   Exhibit 6  1-Page Amtrak Pacific Division Delay Report

5   Exhibit 7  1-Page Functional Testing of Digital and Analog Inputs

6   Exhibit 8  1-Page General Code of Operating  Rules - Fifth Edition - April 3, 2005

7   Exhibit 9  1-Page Waiver of Right to Formal Investigation

8   Exhibit 10 1-Page Amtrak Pacific Division Delay Report

9   Exhibit 11 1-Page Amtrak West Delay Report

10   Exhibit 12 1-Page Amtrak West Delay Report

11   Exhibit 13 1-Page Amtrak Pacific Division Delay Report

12   Exhibit 14 1-Page Table 4 - Basic Train Schedule

13   Exhibit 15 1-Page Amtrak Pacific Division Delay Report

14   Exhibit 16 1-Page Amtrak Pacific Division Delay Report

15   Exhibit 17 1-Page Amtrak West Delay Report

16   Exhibit 18 1-Page Amtrak West Delay Report

17   Exhibit 19 1-Page Calibrated Graph Detail

18   Exhibit 20 1-Page Calibrated Tabular Data

19   **Deposition of Barlow, Shaun**

20   Statement of Shaun Barlow

21   **Deposition of Richard Beall**

22   1  Notice of Taking Deposition of Richard Beall and Request for Documents

23   2  Expert Report of Richard C. Beall, dated 6/1/10

24   3  Black Binder with Contents of Tabs 1-28

25   4  Correspondence Folder with Contents

26   5  Handwritten Mathematical Numbers

27   6  Expert Report of Richard C. Beall, dated 5/26/10

28   7  Expert Report of Richard C. Beall, dated 6/1/10, with Highlighting

8  Chart Titled, "James R. Loumiet Associates, Inc., Locomotive 2011 Event recorder

1    Analysis (mar742)

2    9    Black and White Depicted Photograph

3    10    5 Pages of Handwritten Notes on Writing Tablet

4    11    Event Data Printout

5    12    Event Recorder Printout with 14 Seconds of Data

6    **Deposition of Bronte, William**

7    Exhibit 1  25-Page Plaintiffs' Notice of Entity Deposition No. 1 of Defendant State of

8    California

9    Exhibit 2  48-Page Correspondence

10    Exhibit 3  487-Page Contract

11    Exhibit 4  40-Page Amendment No. 5

12    Exhibit 5  39-Page Agreement for Funding and Construction of the Oceanside Double

13    Track Project

14    Exhibit 6  24-Page Agreement Summary

15    Exhibit 7  110-Page California Care Maintenance Agreement

16    Exhibit 8  120-Page Renegotiated Maintenance and Transfer Agreement

17    Exhibit 9  205-Page Cal Car Letters

18    Exhibit 10  208-Page Correspondence

19    **Deposition of Cardoza, William**

20    Exhibit 6    Traffic Count STAN000282

21    Exhibit 7    Traffic Signal Warrants Worksheet

22    Exhibit 8    Directional Traffic Count

23    Exhibit 9    Safety Index Calculation Worksheet

24    Exhibit 10    Calculation Factors For Highway Safety Projects

25    Exhibit 11    Traffic Count STAN000277

26    **Deposition of Coffey, John**

27    Exhibit 1  9-Page Plaintiffs' Notice of  Deposition of J.R. Coffey

28    Exhibit 2  7-Page Defendant BNSF Railway Company's Objections to Plaintiff's Notice

of Deposition of J.R. Coffey

37.

1    Exhibit 3  8-Page Defendants National Railroad Passenger Corporation and BNSF

2    Railway Company Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)

3    Exhibit 4  1-Page Diagram

4    Exhibit 5  1-Page Calculation

5    Exhibit 6  107-Page Traffic Collision Report

6    Exhibit 7  1-Page Amtrak Maintenance Analysis Program Grade Crossing Accident

7    Locomotive/Cab Car Inspection Report

8    Exhibit 8  1-Page General Track Bulletin

9    Exhibit 9  2-Page General Track Bulletin

10   Exhibit 10 35-Page General Track Bulletin

11   Exhibit 11 1-Page Amtrak Timetable

12   Exhibit 12 1-Page Narrative/Supplemental

13   **Deposition of Charles Culver**

14   Exhibit 1     Deposition Notice, 11 pages

15   Exhibit 2     Cover letters from Joe Carcione to Mr. Culver with documents to review,

16   27 pages

17   Exhibit 3     Coffey depo notes, 16 pages

18   Exhibit 4     6/1/10 Mr. Culver's Preliminary Report, 14 pages

19   Exhibit 5     Mr. Culver's Curriculum Vitae 3 pages

20   Exhibit 6     Calibrated Tabular Data  AMT 020795-96, 2 pages

21   Exhibit 7     Mr. Culver's Trial and Depo testimony, 4 pages

22   Exhibit 8     Mr. Culver's binder labeled Rodriguez, Corral vs. Amtrak & BNSF

23   Exhibit 9     Mr. Culver's 5/28/10 Preliminary Report, 12 pages

24   Exhibit 10    DVD "Rodriguez - Excerpt of  5/25/10 Video taken by on of Rank's

25   representatives of queuing at intersection"

26   Exhibit 11    Copy of Mr. Culver's MODOC  Railroad engineer license

27   Exhibit 12    Calibrated Tabular Data AMT 020633-796, 164 pages

28   Exhibit 13    Mr. Culver's 6/10/10 Preliminary Report, 14 pages

1    **Deposition of Dike, William**

2    Exhibit 1 8-Page Plaintiffs' Notice of Deposition of Amtrak Personnel

3    Exhibit 2 1-Page Amtrak Pacific Division Delay Report

4    Exhibit 3 1-Page Waiver

5    Exhibit 4 2-Page Letter Dated 5/22/1987

6    Exhibit 5 1-Page Letter Dated 8/6/1987

7    **Deposition of Esparza, Anthony**

8    Exhibit 1   Plaintiff's Notice of Entity Deposition of Defendant BNSF Railway, 16

9    pages

10    Exhibit 2   Hand-drawn diagram, 1 page

11    Exhibit 3   2 pages from data recorder module

12    Exhibit 4   Diagram depicting location of signals, 1 page

13    Exhibit 5   BNSF Railway Crossing Circuit Plan Claribel Road, Riverbank, CA

14    Exhibit 6   Resource Operations Center Ticket Report and Signal Ticket Reports, RR

15    1493 to RR 1514, 23 pages

16    Exhibit 7   Claribel Road events recorded, 2 pages

17    Exhibit 8   Highway Grade Crossing Signal Post Accident Test Check List, 4 pages

18    Exhibit 9   Copy of color photograph, 1 page   265

19    Exhibit 10  Handwritten note, 1 page     295

20    Exhibit A   Objections of Defendant BNSF Railway Company to Plaintiff's Notice of

21    Entity Deposition of Defendant BNSF Railway Company, 9 pages

22    **Deposition of Flynn, James**

23    Exhibit 1 10-Page Color Photographs

24    Exhibit 2 4-Page Computations

25    Exhibit 3 1-Page Color Photograph

26    Exhibit 4 455-Page Binder

27    **Deposition of Ellie Francis**

28    A   Notice of Taking Deposition of Ellie Francis, Ph.D., O.D. and Request for

   Documents

1    B    Curriculum Vitae for Ellie L. Francis, Ph.D., O.D.

2    C    Deposition and Testimony History for Ellie Francis

3    D    Letter to Joseph Carcione from Ellie Francis, date 5/28/10

4    E    Letter to Joseph Carcione with Report Written by Ellie Francis

5    F    Packet of Documents of Notes and Summaries

6    G    Red Folder with Contents

7    H    Notice of Railroad Accident

8    I    Handwritten Drawing

9    J    One-Page Document from Manual on Uniform Traffic Control Devices

10   K    Group of Documents from Yellow Folder

11   L    CD Containing Photos

12   **Deposition of Gilbert, Daren**

13   Exhibit 1 17-Page Plaintiffs' Notice of Deposition of PUC Engineer Darren Gilbert

14   Exhibit 2 271-Page Documents Produced

15   Exhibit 3 1-Page Color Photograph

16   Exhibit 4 2-Page Color Diagram

17   Exhibit 5 1-Page Color Photograph

18   Exhibit 6 2-Page Grade Crossing Report

19   Exhibit 7 1-Page Color Photograph

20   Exhibit 8 1-Page Color Photograph

21   Exhibit 9 1-Page Color Photograph

22   Exhibit 10 1-Page E-Mail from Marvin Kennix to Daren Gilbert Dated 5/10/2007

23   **Deposition of Gisler, Matthew**

24   Exhibit 1 9-Page Subpoena in a Civil Case

25   Exhibit 2 33-Page Traffic Collision Report

26   Exhibit 3 1-Page Color Photograph

27   Exhibit 4 1-Page Color Photograph

28   Exhibit 5 1-Page Color Photograph

Exhibit 6 1-Page Color Photograph

1    Exhibit 7 1-Page Color Photograph

2    Exhibit 8 1-Page Color Photograph.

3    Exhibit 9 1-Page Color Photograph

4    **Deposition of Hanscom, Fred**

5    Exhibit A Notice of Taking Deposition of Fred Hanscom, P.E. and Request for

6    Documents

7    Exhibit B Resume of Fred R Hanscom, P.E.

8    Exhibit C List of Cases Testified by Fred Hanscom

9    Exhibit D Cover Letter and Report Prepared by Fred Hanscom, dated 5/28/10

10   Exhibit E 19 Page Resume for Fred R. Hanscom, P.E.

11   Exhibit F  Manila Folder and Its Contents

12   Exhibit G 2-Page Binder Index

13   Exhibit H  Black Binder and the Contents

14   Exhibit I  Letter and Report with Changes by Fred Hanscom, dated 5/28/10

15   (No Exhibit J was Marked)

16   Exhibit K  BNSF Appendix 5, Performance Payments & Penalties

17   **Deposition of Heikkila, Brian**

18   Exhibit 1 10-Page Plaintiffs Æ Notice of Deposition of Brian P. Heikkila and Subpoena

19   Exhibit 2 2-Page Testimony

20   Exhibit 3 14-Page Billing

21   Exhibit 4 1-Page Diagram

22   Exhibit 5 1-Page Black and White Photograph

23   Exhibit 6 DVD Entitled "Plaintiff Æs Initial Disclosure of Documents 1 (v.v.)"

24   Exhibit 7 DVD Entitled "Plaintiff Æs Disclosure of Documents 1(a) to 8(jj) excluding

25   (1 v.v.), Plaintiffs Initial Disclosure of Docs, Plaintiff Æs 1st Supp Disclosure of Docs

26   Exhibit 8 455-Page Binder of Documents

27   Exhibit 9 1-Long Page Calibrated Tabular Data

28   Exhibit 10 4-Page Photo Log

     Exhibit 11 38-Page Color Photographs

**Deposition of Ingalls, Bill**

1   Notice of Taking Deposition of Billy Bob Ingalls; Subpoena in a Civil Case; 6 pages

2   Traffic Collision Report of collision on 5/8/2007; 33 pages

3   Handwritten statement of Bill Ingalls dated 10/28/09; 2 pages

4   Statement of Billy Bob Ingalls; 9 pages

5   Color photographs; 1 page

**Deposition of Krueper, Harry**

A   Subpoena to Testify and Produce Documents re Harry Krueper

B   Summary of Evaluation re Train v. Auto Collisions from Krueper & Associates

C   Curriculum Vitae of Harry Krueper, November 2005

D   Krueper & Associates billing information re Rodriguez v. County of Stanislaus

E   Page 2 of Krueger & Associates report with map (aerial view) not contained in original report

F   List of depositions and trial testimony re Harry Krueper

G   Large group ing of documents produced by Harry Krueger

H   Flagged documents separated out from Exhibit G

I   Case report of Harry Krueger

J   Color photographs (15) of accident scene (aerial and other)

K   Engineering Division Traffic Log re subject area

L   Measurements of limit lines re subject area

**Deposition of Langenheim, Jennifer**

Exhibit 1   Notice

Exhibit 2   Traffic Collision Report

Exhibit 3   Railroad Accident Notification

Exhibit 4   Railroad Accident Report

Exhibit 5   RR001471-1474

Exhibit 6   Witness statements

Exhibit 7   Incident Report

1

2 **Deposition of Levine, Harvey**

3 EX 1     Binder Index for Harvey Levine

4 EX 2     Notice of Taking Deposition

5 EX 3     Curriculum Vitae, Harvey Levine

6 EX 4     Angels on Tracks information

7 EX 5     Court and Deposition Testimony list

8 EX 6     Opinions of Dr. Harvey A. Levine

9 EX 7     Summary of Materials Reviewed

10 EX 8     Appendix: Special Public Treatment of Railroads

11 EX 9     DOT report, Highway-Rail Crossing Program

12 EX 10    Guidelines for Federal Aid At-Grade Highway-Rail Crossing Program

13 EX 11    DOT report, Section 130

14 EX 12    DOT Highway/Rail Grade Crossing Technical Working Group report

15 EX 13    DOT report, Intelligent Transportation Systems at Highway-Rail

16 Intersections, A Cross-Cutting Study

17 EX 14    Google search, Traffic signal operations near highway-rail grade crossings

18 EX 15    Typed note to "Dear Joe" from Harvey A. Levine

19 **Deposition of Lipscomb, David**

20 A     Notice of Deposition/Production of documents re David Lipscomb, Ph.D.

21 B     Report dated 5/27/2010 by Dr. Lipscomb re Rodriguez v. Amtrak

22 C     Report dated 5/27/2010 by Dr. Lipscomb re Rodriguez v. Amtrak, Produced in

23 discover, with additions

24 D     Case Detail Summary of Dr.Lipscomb

25 E     Curriculum Vitae of David Lipscomb, Ph.D.

26 F     Copy of folder titled: Calibrated Tabular Date re Rodriguez

27 G     Copy of folder titled: Review Documents re Rodriguez

28 H     Copy of folder titled: Carcione Case

I     Copy of folder titled: Rodriguez #2

1    **Deposition of Lopez, Atilanto**

2    4 - Document entitled "Estados Unidos Mexicanos Registro Civil" for Brayan Armenta

3    Lopez

4    **Deposition of Lopez, Brenda**

5    1 - Document entitled "Estados Unidos Mexicanos Registro Civil" for Ramona Lopez

6    Verdugo     2 - Document entitled "Estados Unidos Mexicanos Registro Civil" for

7    Brenda Beatriz Figueroa Lopez

8    3 - Document entitled "Estados Unidos Mexicanos Registro Civil" for Diana Julissa

9    Villarreal Lopez

10   4 - Document entitled "Estados Unidos Mexicanos Registro Civil" for Brayan Armenta

11   Lopez     5 - Document entitled "Estados Unidos Mexicanos Registro Civil, Acta De

12   Adopcion" for Aracely Armenta Lopez

13   6 - Document entitled "Gobierno Del Estado Libre Y Soberano De Sinaloa"

14   **Deposition of James R. Loumiet**

15   1     Calibrated Tabular Dated; 2007/05/08 - 2007/05/08; Bates stamped AMT

16   0200791-020796

17   2     Hand drawn diagram on yellow lined paper, dated 5/19/20

18   3     Group of color Google Earth Pro images

19   4     Expert Report of James R.Loumiet; May 27, 2010

20   5     CD: Corral/Rodriguez - Loumiet Data Folders, 8/23/10

21   11     6A-D     Handwritten calculations on yellow lined paper

22   7     Amtrak Train (Throttle in Idle) Case: mar742

23   8     Sillcox Method Calculations, Train 713 (mar742)

24   9     Delay Time analysis (mar742) FS Braking - 79 mph

25   10     Amtrak Train Braking Analysis (Full Service Braking) Case: mar742

26   11     Billing statements from James R. Loumiet & Associates re Rodriguez v.

27   Amtrak

28   12     File entitled: Markowitz 742 Rodriguez, from James R. Loumiet

**Deposition of Machado, Matt Vol 1**

Exhibit 1  23-Page Plaintiffs' Amended Notice of Entity Deposition No. 1 of Defendant County of Stanislaus and Production of Documents at Deposition [Property of Public Entity]

Exhibit 2  150-Page Plaintiffs' Amended Notice of Entity Deposition No. 1 of Defendant County of Stanislaus and Production of Documents at Deposition [Property of Public Entity]

Exhibit 3  115-Page Stanislaus County Department of Public Works Cost Accounting Management System Timecard Distribution - Roads

Exhibit 4  23-Page County Deed Indices

Exhibit 5  3-Page Dedication Deed

Exhibit 6  1-Page Map of the Roselle Tract

Exhibit 7  4-Page Recent Overlay Re-Stripe

Exhibit 8  122-Page Traffic Collision Reports

Exhibit 9  1-Page Traffic Signal Priority Analysis

Exhibit 10 30-Page Claribel Road at Terminal Avenue Signal Study 11-8-07

Exhibit 11 8-Page Stanislaus County Department of Public Works Cost Accounting Management Systems Timecard Distribution - Roads

Exhibit 12 8-Page Highway Safety Improvement Program (HSIP) Fund, Claribel Road at Terminal Ave

Exhibit 13 17-Page Correspondence to Matt Machado Dated 10/15/07

**Deposition of Machado, Matt Vol 2**

Exhibit 14 346-Page Capital Improvement Plan Fiscal Year 2009-2010

Exhibit 15 17-Page Project List

Exhibit 16 4-Page E-Mail Dated 9/9/09

Exhibit 17 3-Page Letter Dated 6/25/2008

Exhibit 18 2-Page Letter Dated 7/7/2009

Exhibit 19 3-Page Letter Dated 7/28/2009

1    Exhibit 20 2-Page Letter Dated 8/4/2009

2    Exhibit 21 1-Page Letter Dated 9/3/2009

3    Exhibit 22 1-Page Letter Dated 9/9/2009

4    Exhibit 23 7-Page Letter Dated 9/3/2009

5    Exhibit 24 1-Page Traffic Signal Priority Analysis

6    Exhibit 25 1-Page Map

7    Exhibit 26 4-Page Letter Dated 4/18/2007

8    Exhibit 27 3-Page Letter Dated 1/4/2008

9    Exhibit 28 3-Page Letter Dated 1/4/2008

10   **Deposition of Mason, Patrick**

11       1    List of Firms, Updated 2/1/07

12       2    Schedule C for 2006

13       3    Mary Kay Documents

14       4    U.S. Census Bureau, Current Population Survey, dated 5/28/10

15       5    Table 22C: Support and Consumption Factors

16       6    Document Titled Household Services - Bay Area/Fremont, dated 9/24/09

17   **Deposition of Morehead, Catherine**

18   Exhibit 1 8-Page Plaintiffs' Notice of Deposition of Amtrak Personnel

19   Exhibit 2 1-Page Amtrak Pacific Division Delay Report

20   Exhibit 3 1-Page Table 4 - Basic Train Schedule (Black and White)

21   Exhibit 4 1-Page Table 4 - Basic Train Schedule (Color)

22   Exhibit 5 1-Page Amtrak California Timetable Effective May 21, 2007

23   **Deposition of Morris, Wayne**

24   Exhibit 1 16-Page Plaintiffs' Notice of Entity Deposition of Defendant BNSF Railway

25   Exhibit 2 66-Page Documents Produced

26   Exhibit 3 58-Page FOCUS Report

27   Exhibit 4 1-Page Color Photograph

28   Exhibit 5 61-Page Photocopy of Code of Federal Regulations, Title 49, Track Safety

     Standards Part 213, Subpart A to F, Class of Track 1-5, Includes Defect Codes

1    Exhibit 6 2-Page Signal Ticket Report

2    Exhibit 7 1-Page Quiet Zone Locations

3    Exhibit 8 4-Page Highway Grade Crossing Signal Post Accident Test Check List

4    Exhibit 9 18-Page BNSF Inspection Report - Highway Grade Crossing Tests &

5    Inspections

6    Exhibit 10 15-Page Maintenance Agreement .

7    Exhibit 11 1-Page Remedy Tickets - Stockton Sub MP 1094.5, 2004 - YTD

8    **Deposition of Peterson, Foster**

9    Exhibit 1 3-Page Calibrated Tabular Data

10   Exhibit 2 6-Page Calibrated Tabular Data

11   Exhibit 3 4-Page Calibrated Tabular Data

12   Exhibit 4 164-Page Calibrated Tabular Data

13   Exhibit 5 5-Page Billing

14   Exhibit 6 1-Page Spreadsheet

15   Exhibit 7 24-Page Bach-Simpson Instrumentation and Control Equipment

16   CM53300-10 Event Recorder System Locomotive Operation Manual

17   Exhibit 8 7-Page Report

18   Exhibit 9 1-Page Delay Report

19   Exhibit 10 153-Page Expert Reports

20   Exhibit 11 183-Page Transcripts

21   Exhibit 12 1-Page Map

22   Exhibit 13 11-Page Calibrated Tabular Data

23   Exhibit 14 57-Page Bach-Simpson Instrumentation and Control Equipment TMACS

24   500 PC Program User's Manual CM-8217

25   Exhibit 15 1-Page Notes

26   Exhibit 16 4-Page National Railroad Passenger Corporation Locomotive Event

27   Recorder Information Sheet and Custody Log

28   **Deposition of Post, Robert**

     Exhibit 1 Handwritten document entitled "Rodriguez" with six items listed, 1 page

1    (Original retained by witness)

2    Exhibit 2  Handwritten time sheet, 1 page (Original retained by witness)

3    Exhibit 3  Hand-drawn scale diagram, 1 page (Original retained by witness)

4    Exhibit 4  Consumer Guide Automotive Technical Specifications for 1999-2004

5    Chevrolet Tracker, 2 pages (Original retained by witness)

6    Exhibit 5  Handwritten document entitled "Rodriguez," listing activities performed, 1

7    page (Original retained by witness)

8    Exhibit 6  CD entitled "Rodriguez v. Amtrak, 1 Deposition Transcripts: Vincent;

9    Andrews; Morehead; Dike; Esparza; Gisler.  2.  Schneider Aerials" (Original retained

10   by witness)

11   Exhibit 7  CD entitled "Post, Rodriguez v Stanislaus" (Original retained by Witness)

12   Exhibit 8  Document entitled "Operation Lifesaver

13   Exhibit 9  Printout from UC Davis website for Robert Post, Professor, University of

14   California, Davis, 1 page

15   Exhibit 10 Data printout on type of locomotive  involved in subject accident, 3 pages

16   (Original retained by witness)

17   Exhibit 11 Color copies of two photographs, 2 pages (Original retained by witness)

18   Exhibit 12 Color copy of photograph, 1 page  (Original retained by witness)

19   Exhibit 13 Color copy of photograph, 1 page  (Original retained by witness)

20   Exhibit 14 Color copies of 54 photographs, 14 pages  (Original retained by witness)

21   Exhibit 15 Color copy of photograph, 1 page  (Original retained by witness)

22   Exhibit 16 Color copy of photograph, 1 page (Original retained by witness)

23   Exhibit 17 Color copy of photograph, 1 page  (Original retained by witness)

24   Exhibit 18 Traffic Collision Report, Bates Nos  RR 00001-00033, 33 pages (Original

25   retained by witness)

26   Exhibit 19 Curriculum vitae of Robert B Post, Ph.D., attached fee schedule and listing

27   of trial and deposition testimony, 14 pages (Original retained by witness)

28   Exhibit 20 Handwritten summaries of various depositions, 8 pages (Original retained

     by witness)

Exhibit 21 Handwritten summaries of experts' reports, 3 pages (Original retained by witness)

Exhibit 22 Handwritten summary of collision report, 1 page (Original retained by witness)

Exhibit 23 Set of correspondence produced by witness, 8 pages (Original retained by witness)

Exhibit 24 Subpoena for Robert B. Post, Ph.D., 5 pages (Original retained by witness)

**Deposition of Rodriguez, Lucio**

1     17 original color photographs

**Deposition of Saunders, Donald**

Exhibit 1  25-Page Plaintiffs' Notice of Entity Deposition No. 1 of Defendant Amtrak-California

Exhibit 2  779-Page Document Produced at Deposition

Exhibit 3  1-Page Document Pulled from Exhibit 2 ..167

Exhibit 4  1-Page Document Pulled from Exhibit 2 ..172

Exhibit 5  1-Page Document Pulled from Exhibit 2 .

**Deposition of Edward Stevens**

A     Subpoena to produce documents re: Edward Stevens, P.E.

B     Curriculum Vitae: Edward Stevens, P.E.

C     List of Deposition/Trial Testimony re Edward Stevens, P.E.

D     Billing Statements: March 29-April 3, 2010

D1    Billing Statements during July 2010

E     Letter re Rodriguez Incident Investigation from Edward Stevens, P.E.; 5/27/2010

F     Group of documents entitled: Documents/ Disks

G     Resolution of Board of Supervisors, Stanislaus County

H     USDOT - Crossing Investigation Information as of 11/22/2006

I     Color photocopies of photos re Rodriguez Collision Scene/Re-enactment images

J     Group of documents: Resource Operations Center Ticket Reports

K     Federal Railroad Administration, DOT Code Book excerpts; Pgs. 529, 531, 526

1    L   CA PUC - Regulations Governing Standards for Warning Devices for Highway

2    Rail Crossings in State of CA (Gen. Order 75-D)

3    M   CA PUC - Rules Governing Construction & Maintenance of Crossings of

4    Railroads (Gen Order 72-B)

5    N   County Deed Index, Bates #STAN000001-27

6    O   Ron Cerrier: Highway Safety Improvement Program; 2 pages

7    P   BNSF Fort Worth - Network Operations Ctr. Incident Report

8    Q   Metro Monitor Inc; News Tracker Report

9    R   Railroad Crossing Survey; 1 page

10   S   Stanislaus County Signalized Intersection Priority List; 11/26/07

11   T   Re-surfacing contract; PWC, Stanislaus County

12   U   County Road log: Maintenance Roads

13   V   Computer-generated images of accident scene

14   W   Edw. Stevens & Assoc.; Survey computations

15   X   Edw. Stevens & Assoc. Accident List: 9/11/04 - 5/8/07

16   Y   Edw. Stevens & Assoc.; Map of accident scene

17   Z   CA MUTCD: Part 4; excerpts

18   AA   CA MUTCD: Part 2; excerpts

19   BB   CA MUTCD: Part 8; Standard Stop Line diagram excerpt

20   CC   CA MUTCD: Part 3: Markings excerpt

21   DD   Edw. Stevens & Assoc. File labeled: Feiger/Rodriguez v. Amtrak

22   EE   Edw. Stevens & Assoc. Correspondence file re: Rodriguez case

23   FF   File: Ed's photos w/color photos of accident scene, post accident

24   GG   Edw. Stevens & Assoc. Photos of accident area

25   HH   File: Report & Exhibits

26   II   Folder: MUTCD: Pavement Markings

27   IIA   Color diagram of railroad track measurements

28   JJ   File: Edw. Stevens & Assoc.; Multiway Stop Analysis

     KK   File: Edw. Stevens & Assoc.; Stop Line

1    LL    File: Edw. Stevens & Assoc.; Signal Studies

2    MM    File: Edw. Stevens & Assoc.; Research

3    NN    File: Edw. Stevens & Assoc.; Traffic Collision Report

4    OO    File: Edw. Stevens & Assoc.; Deposition Summaries

5    PP    File: Edw. Stevens & Assoc.; Traffic Volume & Speed Study (County)

6    QQ    File: Edw. Stevens & Assoc.; County signal Study (Claribel/Terminal

7    Intersection)

8    RR    File: Edw. Stevens & Assoc.; PUC Report: MCMDS Correspondence, etc

9    SS    File: Edw. Stevens & Assoc.; Other Experts

10   **Deposition of Stilley, John**

11   Exhibit 1    Plaintiff's Notice of Entity Deposition of Defendant BNSF Railway, 16

12   pages

13   Exhibit 2    Handwritten notes, 3 pages

14   Exhibit 3    File labeled 028755B, Claribel Road, Riverbank, California, MP 1094.5,

15   Stockton Subdivision, 128 pages

16   Exhibit 4    Photocopies of color photographs, 5 pages

17   Exhibit 5    Document titled "Manual on Uniform Traffic Control Devices

18   (MUTCD), 31 pages

19   Exhibit 6    Photocopies of color photographs, 7 pages

20   Exhibit 7    Photocopies of color photographs, 3 pages

21   Exhibit 8    California PUC document titled "Study of Railroad Crossings at Grade,

22   County of Stanislaus," dated 9/15/1966, 2 pages

23   Exhibit 9    Document titled "Amtrak Unusual Occurrence Report, 2 pages

24   Exhibit 10    Letter from Hector Valdepena to Jake Raper, dated March 21, 2003

25   Exhibit 11    Diagrams titled "Line Segment 7200," RR 1466 to RR 1470, 5 pages

26   Exhibit 12    Email chain from Mr. Shurson to Mr. Stilley, RR 1542 to RR 1544, 3

27   pages

28   Exhibit 13    Document titled "U.S. DOT-Crossing Inventory Information as of

11/2/2006," RR 1545 to RR 1548, 4 pages

182009 / mb

1     Exhibit 14      Document dated March 31, 1975, RR 1687, 1 page

2     Exhibit 15      Diagram of proposed widening of Claribel Rd. Crossing, RR 1600, 1

3     page

4     Exhibit 16      Document titled "BNSF Inspection Report - Highway Grade Crossing

5     Tests & Inspections," RR 120 to RR 137, 18 pages

6     Exhibit 17      Email chain from Bree Arnett to John Stilley, et al, RR 1540 to RR

7     1541, 2 pages

8     Exhibit 18      Hand-drawn diagram, 1 page

9     Exhibit 19      Hand-drawn diagram, 1 page

10    Exhibit 20      Document titled "Form 1932 Special, Claribel Road, Crossing No.

11    2-1094.5, RR 1631, 1 page

12    **Deposition of Tuft, Dean**

13    Exhibit 1   6-Page Billing .

14    Exhibit 1-A  1-Page Billing

15    Exhibit 2   36-Page Documents from File

16    Exhibit 3   30-Page Diagrams

17    Exhibit 4   1 CD Entitled "Vehicle Dynamics Animations"

18    Exhibit 5   1-Page Notes and Options Available to Corral

19    Exhibit 6   387-Page File and Photographs

20    **Deposition of Tyler, Alvin**

21    1    Statement of Alvin Tyler; 1 page

22    3    Statement of Alvin Tyler; 20 pages

23    4    Notice of Taking Deposition of Alvin Tyler; Subpoena in a Civil Case; 6 pages

24    5    Copy of business card of Steven Rank of Rank Investigations; 1 page

25    **Deposition of Verdugo, Aiva**

26    1       Birth Certificate

27    2       Death Certificate

28    **Deposition of Villareal, Jesus**

      3       Mexican Adoption Document

1       4     Funeral Expense Report

2 **Deposition of Vincent, Anthony**

3     Exhibit 1 5-Page Plaintiffs' Notice of Deposition of BNSF Employee Tony Vincent

4     Exhibit 2 1-Page Handwritten Note

5 **Deposition of Thomas Walsh**

6     Exhibit 1   PLF001520, PLF004563-PFL04569, PLF004647-PLF004657 Documents

7 pertaining to Maricruz Corral

8     Exhibit 2   Bureau of Labor Statistics Internet info

9     Exhibit 3   PLF004656-PLF004657 2006 Schedule C for Lucio Rodriguez

10     Exhibit 4   Cover page "Economic Report of the President"

11     Exhibit 5   "Life and Worklife Expectancies," title and Tables 4 and 5, pages 171 and

12 182

13     Exhibit 6   A Cornell Cooperative Extension Publication by W. Keith Bryant, Cathleen

14 D. Zick, and Hyoshin Kim,

15     Exhibit 7   Schedule 4: Hours Per Week of Household Production & providing Care,

16 1992-'94

17     Exhibit 8   December 6, 2008 Letter from Thomas R. Ireland re: Daryl Eaves v.United

18 States, Ireland Analysis of Berla Report

19     Exhibit 9   Average Earnings Calculator, Lawyers & Judges Publishing Company, Inc.

20     Exhibit 10   Table of Bond yields and interest rates, 1929-2009

21     Exhibit 11   Projections Data for Building Cleaning Workers

22     Exhibit 12   Color copies of 2 photos

23     Exhibit 13   Thomas D. Walsh list of testimony

24     Exhibit 14   Table B-48, Employment cost index, private industry, 1995-2009

25     Exhibit 15   Expectancy Data Table 34, Married females that work part-time, no

26 children under age 18; Table 28, Married females that work full-time, husband does

27 not work, no children under age 18

28 **PHYSICAL EVIDENCE**

Train

1    Car

2    Exemplars

3    **EXHIBITS TO BE USED BE COUNTY OF STANISLAUS:**

4        1.    All exhibits to the County of Stanislaus deposition and subsequently produced

5    byt the County in discovery.

6        2.    Stanislaus County Board resolution and attached documents concerning the

7    installation of a four way stop at the subject intersection.

8        3.    All traffic counts for the subject intersection.

9        4.    Google photographs, ground level photographs and diagrams of each BNSF and

10   UP railroad crossing in Stanislaus, Merced, Fresno, Tulare, Kings and Kern Counties.

11       5.    Traffic counts for each of the crossings identified above.

12       6.    U.S. DOT crossing inventory information concerning each BNSF and UP

13   crossing in Stanislaus, Merced, Fresno, Tulare, Kings and Kern Counties.

14       7.    Federal Railroad Administration Highway-Rail Grade Crossing

15   Accident/Incident Report for each accident/incident occurring on BNSF and UP tracks in

16   Stanislaus County, Merced County, Madera County, Fresno County, Tulare County, Kings

17   County and Kern County.

18       8.    Diagrams of the Central Valley depicting railroad tracks and crossings from

19   Stanislaus County south to Kern County.

20       9.    Photos of the accident scene.

21       **ADDITIONAL EXHIBITS BY AMTRAK**

22       "Bach-Simpson" user's guide

23

24

25

26

27

28

## Supplemental Exhibits of Plaintiffs

1. Funeral file for Decedent Ramona Verdugo Lopez.

2. Funeral File for Decedent Diana Villareal Lopez.

3. Funeral File for Decedent Bryan Armenta Lopez.

4. Two (2) photographs of Decedent Ramona Verdugo Lopez and family.

5. Two (2) photographs of Decedent Brian Armenta Lopez and family.

6. Two (2) photographs of Decedent Ramona Verdugo Lopez and Bryan Armenta Lopez.

7. Seven (7) photographs of Decedent Diana Villareal Lopez and family.

8. Decedent Diana Villareal Lopez birthday card.

1    <u>SUPPLEMENTAL EXHIBITS OF NATIONAL RAILROAD</u>

2    <u>PASSENGER CORPORATION and BNSF RAILWAY COMPANY</u>

3

4        1.    California Public Utilities Commission Priority Lists

5    for Grade Crossing Improvements.

6        2.    Track Inspection records for Claribel Road and one mile

7    on either side of Claribel Road.

8        3.    California Public Utilities Commission file re Claribel

9    Road Crossing.

10       4.    Demonstrative exhibits to supplement expert testimony

11   of Brian Heikkila.

12       5.    Demonstrative exhibits to supplement expert testimony

13   of James Flynn.

14       6.    Demonstrative exhibits to supplement expert testimony

15   of Robert Post.

16       7.    Demonstrative exhibits to supplement expert testimony

17   of Thomas Walsh.

18

19

20

21

22

23

24

25

26

27

28