UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br>_____/ | Case No.: 1:08-CV-00856-OWW-GSA<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME FOR DESIGNATION OF DEPOSITION TESTIMONY**<br><br>Court Room: 3<br>Judge: Oliver W. Wanger<br>Magistrate Judge: Gary S. Austin |

Having reviewed Plaintiff's ex Parte Application for an Extension of Time for Designation of Deposition Testimony, any papers filed in opposition thereto, and the evidence presented by the parties, and good cause appearing therefore, the Court's order is as follows:

The Court amends its Pre-Trial Order in this matter, continuing the date for the designation of deposition testimony from November 5, 2010 November 12, 2010.

IT IS SO ORDERED.


Dated: _Noevember 5, 2010_____      /s/ Oliver W. Wanger_____
                                    United States District Court Judge

176612 / abm

1