UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>        Defendants. | 1:08-cv-0856 OWW GSA<br><br>ORDER ON PLAINTIFF'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME FOR MOTIONS IN LIMINE |

Having reviewed Plaintiff's Ex Parte Application for an Extension of Time for Motions in Limine, any papers filed in opposition thereto, and the evidence presented by the parties, and good cause appearing therefore,

IT IS ORDERED that the date for the submission of oppositions to Motions in Limine is November 19, 2010.  Those

///

///

1

**motions shall now be heard on November 24, 2010, at 11:00 a.m.**
**There shall be no replies.**

IT IS SO ORDERED.

**Dated:    November 12, 2010**              /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE