1  **DAN FARRAR**
   Attorney at Law
2  SBN 155217
   P.O. Box 3382
3  Turlock CA 95381-3382
   Telephone (209)634-5500
4  Facsimile (209)634-5556

5  Attorney for Defendant,
   County of Stanislaus
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10 LUCIO CORRAL RODRIGUEZ,                )
11 individually and as Successor in Interest to ) No.   1:08-cv-00856  OWW  GSA
   the decedents, MARICRUZ CORRAL,        )
12 IVAN ALEXANDER CORRAL, and             )
   LUCIO ANTHONY CORRAL,                  ) ORDER RE: STANISLAUS
13                                        ) COUNTY'S MOTIONS IN LIMINE
                      Plaintiffs,         )
14                                        )
           vs.                            ) Trial Date:    December 7, 2010
15                                        ) Time:          9:00 a.m.
   COUNTY OF STANISLAUS; CITY OF          ) Courtroom:     3
16 MODESTO; CITY OF RIVERBANK;            ) Judge:         Hon. Oliver W. Wanger
   STATE OF CALIFORNIA ; AMTRAK           )
17 CALIFORNIA; BURLINGTON                 )
   NORTHERN SANTA FE RAILWAY; and         )
18 DOES 1 to 200,                         )
                                          )
19                    Defendants.         )
                                          )
20

21         The Court's orders on defendant Stanislaus County's motions in limine are as follows:

22

23 Motion In Limine No. 1 to Bifurcate Liability From Damages:

24         This motion is DENIED.  The issues of liability and damages will be tried together, along

25 with the issue of whether plaintiff is entitled to recover punitive damages from the railroad

26 defendants.  The amount of punitive damages, if any, will be determined in a second phase of

27 trial before the same jury.

28 ///

   Motion in Limine No. 2 to Exclude Evidence Re: USC 409 and California PUC 315:

This motion is GRANTED.  The parties are ordered to not attempt to introduce or comment on reports, investigations, recommendations, or orders of the Public Utilities Commission, federally conducted surveys, schedules, lists or data compiled or collected to evaluate, identify and plan safety enhancements.  Furthermore, the parties' experts are prohibited from referring to privileged non-public confidential records and reports of the federal or state agencies.

Motion in Limine No. 3 to Exclude Evidence Re: Condition of Pavement Markings:
The motion is DENIED.

Motion in Limine No. 4 to Exclude Evidence Re: Decedent Maricruz Corral's State of Mind:
The motion is GRANTED.  The parties and their witnesses are ordered to make no comments regarding or attempting to introduce any evidence concerning what the decedent or anybody else was thinking at the scene of the incident.  This includes what was in their minds and what they intended.

Motion in Limine No. 5 to Exclude Evidence of Subsequent Remedial Measures:
This motion is GRANTED pursuant to Federal Rules of Evidence, Rule 407.  No exceptions to the rule in which evidence would be presented exist.

Motion in Limine No. 6 to Exclude Evidence Re: Nature and Extent of Decedents' Injuries:
This motion is GRANTED in part and reserved in part, subject to proof of a period of survival which would be relevant to a punitive damages claim.

Motion in Limine No. 7 to Exclude Evidence Re: Emotional Distress:
This motion is GRANTED.  The parties are ordered not to comment on or attempt to introduce evidence of plaintiff's grief, sorrow, mental anguish or emotional distress.

IT IS SO ORDERED.

**Dated:   December 8, 2010**                           /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE