Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Aaron B. Markowitz, Esq. (State Bar No. 220694)
John P. Carcione, Esq. (State Bar No. 215753)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811
Facsimile:  (650) 367-0367

Attorneys for Plaintiff:
LUCIO CORRAL RODRIGUEZ, individually,
and as Successor in Interest to the decedents,
MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
and LUCIO ANTHONY CORRAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br>_____/ | Case No.: 1:08-CV-00856-OWW-GSA<br><br>**ORDER ON PLAINTIFF'S MOTION IN LIMINE NO. 5 RE OPINIONS OF LAW ENFORCEMENT PERSONNEL AND INVESTIGATORS**<br><br>Date: December 7, 2010<br>Dept.   3<br>Judge: District Judge Oliver W. Wanger |

After hearing on Plaintiff' Motion in Limine No. 5, the Court finds good cause for the following Order:

The parties are not permitted to introduce the opinions of law enforcement

1.

1  personnel without laying the proper foundation for the opinions, and are not permitted to
2  introduce the reports absent a hearsay exception.

IT IS SO ORDERED.

Dated:   December 10, 2010          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2.
**ORDER ON PLAINTIFF'S MOTION IN LIMINE NO. 5 RE OPINIONS OF LAW
ENFORCEMENT PERSONNEL AND INVESTIGATORS**