Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Aaron B. Markowitz, Esq. (State Bar No. 220694)
John P. Carcione, Esq. (State Bar No. 215753)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811
Facsimile:  (650) 367-0367

Attorneys for Plaintiff:
LUCIO CORRAL RODRIGUEZ, individually,
and as Successor in Interest to the decedents,
MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
and LUCIO ANTHONY CORRAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>                    Plaintiff,<br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>                    Defendants.<br>_____/ | Case No.: 1:08-CV-00856-OWW-GSA<br><br>**ORDER ON PLAINTIFF'S MOTION IN LIMINE NO. 1 RE EXCLUSION OF "EXPERTS" WITHOUT REPORTS**<br><br>Date: December 7, 2010<br>Dept.   3<br>Judge: District Judge Oliver W. Wanger |

   After hearing  on Plaintiff' Motion in Limine No. 1, the Court finds good cause for the following Order:

   In the event that the County of Stanislaus wishes to call Mr. Machado to express non-percipient general expert opinions on whatever subjects he's going to testify, he needs

1.

to be produced for deposition as soon as possible at a time mutually convenient.  And the plaintiff will be permitted to counter designate an expert on that subject matter, not on new or different subject matter, because discovery is closed.  But only on the subject matter that Mr. Machado will testify about..

IT IS SO ORDERED.

**Dated:   December 10, 2010             /s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE