Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Aaron B. Markowitz, Esq. (State Bar No. 220694)
John P. Carcione, Esq. (State Bar No. 215753)
CARCIONE, CATTERMOLE, DOLINSKI,
OKIMOTO, STUCKY, UKSHINI,
MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811
Facsimile:  (650) 367-0367

Attorneys for Plaintiff:
LUCIO CORRAL RODRIGUEZ, individually,
and as Successor in Interest to the decedents,
MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
and LUCIO ANTHONY CORRAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>　　　　Defendants.<br>_____/ | Case No.: 1:08-CV-00856-OWW-GSA<br><br>**ORDER ON PLAINTIFF'S MOTION IN LIMINE NO. 4 RE PRODUCING MORE KNOWLEDGEABLE WITNESSES AT TRIAL**<br><br>Date: December 7, 2010<br>Dept.　3<br>Judge: District Judge Oliver W. Wanger |

After hearing on Plaintiff' Motion in Limine No. 4,the Court finds good cause for the following Order:

The parties are not permitted to produce witnesses with undisclosed knowledge or that the witnesses failed to produce in response to a Rule 30(b)(6) deposition notice, on the matter

1.
**ORDER ON PLAINTIFF'S MOTION IN LIMINE NO. 4 RE PRODUCING MORE KNOWLEDGEABLE WITNESSES AT TRIAL**

183571 /

1  contained in the notice, for which the witness was designated.
2                          IT IS SO ORDERED.

**Dated:**   December 10, 2010          /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE