1  Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
   Aaron B. Markowitz, Esq. (State Bar No. 220694)
2  John P. Carcione, Esq. (State Bar No. 215753)
   CARCIONE, CATTERMOLE, DOLINSKI,
3  OKIMOTO, STUCKY, UKSHINI,
   MARKOWITZ & CARCIONE, L.L.P.
4  A Professional Corporation
   601 Brewster Avenue
5  P.O. Box 3389
   Redwood City, CA 94064
6  Telephone: (650) 367-6811
   Facsimile:  (650) 367-0367
7
   Attorneys for Plaintiff:
8  LUCIO CORRAL RODRIGUEZ, individually,
   and as Successor in Interest to the decedents,
9  MARICRUZ CORRAL, IVAN ALEXANDER CORRAL,
   and LUCIO ANTHONY CORRAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br>_____/ | Case No.: 1:08-CV-00856-OWW-GSA<br><br>**ORDER ON PLAINTIFF'S MOTION IN LIMINE NO. 3 RE VISITING SCENE**<br><br>Date: December 7, 2010<br>Dept.   3<br>Judge: District Judge Oliver W. Wanger |

After hearing on Plaintiff' Motion in Limine No. 3, the Court finds good cause for the following Order:

The Court reserves ruling on its decision to allow the jury to visit the scene.

1                                       IT IS SO ORDERED.

2         **Dated:**   **December 10, 2010**         /s/ **Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE