B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA), BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY), and STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.  1:08-cv-00856 OWW GSA<br><br>**ORDER GRANTING DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION'S, BNSF RAILWAY COMPANY'S, AND STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION'S MOTION *IN LIMINE* NO. 2 TO LIMIT THE TESTIMONY OF RICHARD BEALE** |

The Motion *In Limine* of Defendants National Railroad Passenger Corporation, BNSF

Railway Company, and State of California, (hereinafter "NRPC, BNSF and California") to Limit

the Testimony of Richard Beall came on regularly for hearing on December 1, 2010, in Department 3 of the above-captioned Court. Plaintiff Lucio Corral Rodriguez was represented by Aaron Markowitz, Esq. Defendants NRPC, BNSF and California were represented by Clyde Hutchinson and Vincent Castillo. The County of Stanislaus was represented by Dan Farrar. Having considered the moving papers, any opposition filed, and following oral argument, IT IS SO ORDERED:

Defendants' Motion is granted as follows:

1. Mr. Beale shall not offer any opinions, testify, or present evidence regarding Amtrak engineer's state of mind, what the engineer perceived in the moments before the accident, and/or the engineer's "attitude" on the date of the accident.

2. Mr. Beale shall not offer any opinions or testify evidence as to the reasons why the Amtrak engineer sounded the train's horn.

3. Mr. Beale shall not offer any opinions, testify, or present evidence as to why the Amtrak engineer acted or failed to act in a particular manner, and/or how the Amtrak engineer perceived or reacted to a particular event.

4. Mr. Beale shall not offer any opinions, testify, or present evidence that the Amtrak engineer's conduct showed "indifference" to human life, that he acted with a "malicious" intent, or that he "intended" to cause serious injury or death.

5. Mr. Beale shall not offer any opinions, testify, or present evidence that are redundant of the opinions to be offered, or that have been offered, by other Plaintiff's experts.

6. Plaintiff is barred from making reference in the selection of a jury, presentation of evidence, reference to evidence, testimony, or closing argument of the matters precluded above.

IT IS SO ORDERED.

Dated:  **December 9, 2010**          **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE