B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA), BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY), and STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.  1:08-cv-00856 OWW GSA<br><br>**ORDER GRANTING DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION'S, BNSF RAILWAY COMPANY'S, AND STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION'S MOTION *IN LIMINE* NO. 3 TO LIMIT THE TESTIMONY OF CHARLES CULVER** |

The Motion *In Limine* of Defendants National Railroad Passenger Corporation, BNSF Railway Company, and State of California, (hereinafter "NRPC, BNSF and California") to Limit

13249-36853 VC 592171.1                                          1                           Case No. 1:08-cv-00856 OWW GSA

**ORDER GRANTING DEFS' MOTION *IN LIMINE* NO. 3**

the Testimony of Charles Culver came on regularly for hearing on December 1, 2010, in Department 3 of the above-captioned Court. Plaintiff Lucio Corral Rodriguez was represented by Aaron Markowitz, Esq. Defendants NRPC, BNSF and California were represented by Clyde Hutchinson and Vincent Castillo. The County of Stanislaus was represented by Dan Farrar. Having considered the moving papers, any opposition filed, and following oral argument, IT IS SO ORDERED:

Defendants' Motion is granted as follows:

1. Mr. Culver shall not offer any opinions, testify, or present evidence regarding the Amtrak engineer's state of mind, including what the engineer knew or did not know.

2. Mr. Culver shall not offer any opinions or testify regarding whether the accident was preventable or avoidable.

3. Mr. Culver may not offer opinions, testify, or present evidence that the Amtrak engineer showed a "disregard" for the general public on the date of the accident.

4. Mr. Culver shall not offer any opinions, testify, or present evidence as to what decedent Maricruz Corral "would have done" had she had additional time. In addition, Mr. Culver is barred from opining, testifying, or presenting evidence of decedent Maricruz Corral's state of mind.

5. Plaintiff is barred from making reference in the selection of a jury, presentation of evidence, reference to evidence, testimony, or closing argument of the matters precluded above.

This does not bar Mr. Culver from evaluating physical or other admissible evidence as Long as he does not opine based on speculation.

IT IS SO ORDERED.

Dated:   **December 9, 2010**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE