1  B. CLYDE HUTCHINSON, State Bar No. 037526
    bch@llcllp.com
2  VINCENT CASTILLO, State Bar No. 209298
    vcastillo@llcllp.com
3  JASON B. SHANE, State Bar No. 253908
    jshane@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
6  Telephone:    (510) 433-2600
    Facsimile:    (510) 433-2699
7
    Attorneys for Defendants
8  NATIONAL RAILROAD PASSENGER
    CORPORATION (erroneously sued herein as
9  AMTRAK CALIFORNIA), BNSF RAILWAY
    COMPANY (erroneously sued herein as
10  BURLINGTON NORTHERN SANTA FE
    RAILWAY), and STATE OF CALIFORNIA,
11  DEPARTMENT OF TRANSPORTATION

12                    UNITED STATES DISTRICT COURT

13          EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

14

15  LUCIO CORRAL RODRIGUEZ,                    Case No.  1:08-cv-00856 OWW GSA
    individually and as Successor in Interest to
16  the decedents, MARICRUZ CORRAL,           **ORDER GRANTING DEFENDANTS**
    IVAN ALEXANDER CORRAL, and                **NATIONAL RAILROAD PASSENGER**
17  LUCIO ANTHONY CORRAL,                      **CORPORATION'S, BNSF RAILWAY**
                                              **COMPANY'S, AND STATE OF**
18              Plaintiffs,                    **CALIFORNIA, DEPARTMENT OF**
                                              **TRANSPORTATION'S MOTION** *IN*
19         v.                                 *LIMINE* **NO. 13 TO LIMIT OR EXCLUDE**
                                              **EVIDENCE OF AMTRAK DELAY**
20  COUNTY OF STANISLAUS; CITY OF             **REPORTS OTHER THAN THAT FOR**
    MODESTO; CITY OF RIVERBANK;               **THE SUBJECT TRAIN**
21  STATE OF CALIFORNIA; AMTRAK
    CALIFORNIA; BURLINGTON
22  NORTHERN SANTA FE RAILWAY; and
    DOES 1 to 200,
23
                Defendants.
24

25  AND ALL RELATED ACTIONS.

26

27        The Motion *In Limine* of Defendants National Railroad Passenger Corporation, BNSF

28  Railway Company, and State of California, (hereinafter "NRPC, BNSF and California") to Limit

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1  or Exclude Evidence of Amtrak Delay Reports Other than That for the Subject Train came on

2  regularly for hearing on December 1, 2010, in Department 3 of the above-captioned Court.

3  Plaintiff Lucio Corral Rodriguez was represented by Aaron Markowitz, Esq.  Defendants NRPC,

4  BNSF and California were represented by Clyde Hutchinson and Vincent Castillo. The County of

5  Stanislaus was represented by Dan Farrar.  Having considered the moving papers, any opposition

6  filed, and following oral argument, the Court orders as follows:

7      The Motion In Limine is GRANTED.

8      1.      Plaintiff is barred from presenting evidence of any kind regarding NRPC delay

9  reports other than that for the subject train on the date of the subject accident.  The Court finds

10  that any suggestion, argument, testimony, or presentation of evidence regarding NRPC delay

11  reports other than that for the subject train on the date of the subject accident is irrelevant.

12      Plaintiff is not permitted to make reference in the selection of a jury, presentation of

13  evidence, reference to evidence, testimony, or argument of the matters precluded above.

14

15  IT IS SO ORDERED.

16      Dated:   **December 9, 2010**          **/s/ Oliver W. Wanger**

17                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541