B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:     (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA) and BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants. | Case No.  1:08-cv-00856 OWW GSA<br>*[Consolidated with Case No. 1:08-cv-01496 OWW GSA]*<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR FINAL ENTRY OF JUDGMENT AND RELATED MOTIONS** |

IT IS HEREBY STIPULATED by and between all parties, through their designated counsel, that the hearing date on the pending motion for final Entry of Judgment and related motions scheduled for April 4, 2011 at 10 a.m. in Courtroom 3 is continued to May 23, 2011 at 10:00 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.

13249-36853 VC 595903.1                                    1                              Case No. 1:08-cv-00856 OWW GSA

**STIPULATION AND ORDER TO CONTINUE HEARING DATE**

If Attorney Joe Carcione's trial calendar changes, counsel for plaintiff and defendants will meet and confer on a hearing date prior to May 23, 2011, provided such a date is convenient to all counsel and the Court.

IT IS SO STIPULATED

Dated: March 21, 2011                          CARCIONE, CATTERMOLE, ET AL.


                                               By:      */s/ Joseph W. Carcione*
                                                       JOSEPH W. CARCIONE
                                                       AARON B. MARKOWITZ
                                               Attorneys for Plaintiff, LUCIO CORRAL
                                               RODRIGUEZ, individually and as
                                               Successor-in-Interest to the decedents
                                               MARICRUZ CORRAL, IVAN
                                               ALEXANDER CORRAL, and LUCIO
                                               ANTHONY CORRAL

Dated: March 22, 2011                          LOMBARDI, LOPER & CONANT, LLP


                                               By:      */s/ Vincent Castillo*
                                                       B. CLYDE HUTCHINSON
                                                       VINCENT CASTILLO
                                               Attorneys for Defendants, NATIONAL
                                               RAILROAD PASSENGER
                                               CORPORATION, BNSF RAILWAY
                                               COMPANY, and STATE OF
                                               CALIFORNIA, DEPARTMENT OF
                                               TRANSPORTATION


IT IS SO ORDERED.

    Dated:   **March 24, 2011**                        **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE

13249-36853 VC 595903.1                    2                Case No. 1:08-cv-00856 OWW GSA

**STIPULATION AND ORDER TO CONTINUE HEARING DATE**