UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>                    Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>                    Defendants.<br>_____/ | Case No.: 1:08-CV-00856-OWW-GSA<br><br>**ORDER AFTER HEARING**<br><br>Date:  June 6, 2011<br><br>Court Room:  3<br>Judge:  Oliver W. Wanger<br>Magistrate Judge:  Gary S. Austin |

Counsel for Plaintiff and Defendant having appeared telephonically on June 6, 2011 at the trial setting conference, the following orders were made:

1. Supplemental Joint Pretrial Statement to be filed on or before October 26, 2011;

2. Pretrial Conference set for October 31, 2011 at 11:00 a.m.; and

3. Jury Trial set for November 29, 2011 at 9:00 a.m.

///

///

IT IS SO ORDERED.

**Dated:    June 10, 2011**                                 **/s/ Oliver W. Wanger**

1
Order After Hearing

|     |                                    |
| --- | ---------------------------------- |
|  1  | UNITED STATES DISTRICT JUDGE       |
|  2  |                                    |
|  3  |                                    |
|  4  |                                    |
|  5  |                                    |
|  6  |                                    |
|  7  |                                    |
|  8  |                                    |
|  9  |                                    |
| 10  |                                    |
| 11  |                                    |
| 12  |                                    |
| 13  |                                    |
| 14  |                                    |
| 15  |                                    |
| 16  |                                    |
| 17  |                                    |
| 18  |                                    |
| 19  |                                    |
| 20  |                                    |
| 21  |                                    |
| 22  |                                    |
| 23  |                                    |
| 24  |                                    |
| 25  |                                    |
| 26  |                                    |
| 27  |                                    |
| 28  |                                    |