B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA) and BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants. | Case No.  1:08-cv-00856 LJO GSA<br>*[Consolidated with Case No. 1:08-cv-01496 OWW GSA]*<br><br>**STIPULATION TO CONTINUE TRIAL; ORDER** |

IT IS HEREBY STIPULATED by and between all parties, through their designated counsel, that the trial of the above-entitled matter be continued from January 4, 2012 until January 17, 2012.  This extension is based upon the unavailability of Defendant National Railroad Passenger Corporation's (Amtrak) expert witness James Flynn, B.S., P.E. from January 4 through

13249-36853 JBS 604454.1                                1                       Case No. 1:08-cv-00856 LJO GSA

**STIPULATION TO CONTINUE TRIAL; [PROPOSED] ORDER**

January 13, 2012 due to a pre-paid family vacation and his prior commitment to testify in the matter of *Mary Vermillion vs. Manuel Garcia*, Fresno County Superior Court Case No. 10CECG01157.

Dated: November 9, 2011                                         CARCIONE, CATTERMOLE, ET AL.


By:      **/a/ Aaron B. Markowitz**
JOSEPH W. CARCIONE
AARON B. MARKOWITZ
Attorneys for Plaintiff
LUCIO CORRAL RODRIGUEZ,
individually and as Successor-in-Interest to
the decedents MARICRUZ CORRAL,
IVAN ALEXANDER CORRAL, and
LUCIO ANTHONY CORRAL

Dated: November 9, 2011                                         LOMBARDI, LOPER & CONANT, LLP


By:      **/s/ Jason B. Shane**
B. CLYDE HUTCHINSON
VINCENT CASTILLO
JASON B. SHANE
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION,
BNSF RAILWAY COMPANY, and
STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION

**ORDER**

This Court RESETS trial to January 17, 2012 and ADMONISHES the parties that the trial may trail previously set trials in other actions.

IT IS SO ORDERED.

Dated:   **November 10, 2011**              **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

13249-36853 JBS 604454.1                           2                           Case No. 1:08-cv-00856 LJO GSA

**STIPULATION TO CONTINUE TRIAL; [PROPOSED] ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-36853 JBS 604454.1   3   Case No. 1:08-cv-00856 LJO GSA

**STIPULATION TO CONTINUE TRIAL; [PROPOSED] ORDER**