B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
JASON B. SHANE, State Bar No. 253908
jshane@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA) and BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; CITY OF MODESTO; CITY OF RIVERBANK; STATE OF CALIFORNIA; AMTRAK CALIFORNIA; BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants. | Case No.  1:08-cv-00856 LJO GSA<br>*[Consolidated with Case No. 1:08-cv-01496 OWW GSA]*<br><br>**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED by and between all parties, through their designated counsel, that the Pre-Trial Conference of the above-entitled matter be continued from December 6, 2011 until December 20, 2011.  This continuance is based upon the unavailability of Clyde Hutchinson, lead trial counsel for Defendant National Railroad Passenger Corporation (Amtrak).

13249-36853 VC 604982.1                                         1                                Case No. 1:08-cv-00856 LJO GSA

**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE; [PROPOSED] ORDER**

| | |
|---|---|
| Dated: November 21, 2011 | CARCIONE, CATTERMOLE, ET AL. |
| | By: **/a/ Aaron B. Markowitz** |
| | JOSEPH W. CARCIONE |
| | AARON B. MARKOWITZ |
| | Attorneys for Plaintiff |
| | LUCIO CORRAL RODRIGUEZ, individually and as Successor-in-Interest to the decedents MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL |
| Dated: November 21, 2011 | LOMBARDI, LOPER & CONANT, LLP |
| | By: **/s/ Vincent Castillo** |
| | B. CLYDE HUTCHINSON |
| | VINCENT CASTILLO |
| | JASON B. SHANE |
| | Attorneys for Defendants |
| | NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, and STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION |

IT IS SO ORDERED.

Dated:   **November 21, 2011**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-36853 VC 604982.1        2        Case No. 1:08-cv-00856 LJO GSA

**STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE; [PROPOSED] ORDER**