**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 08-0856 LJO GSA<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO DISMISS ACTION<br>(Doc. 539.) |

     This Court's January 30, 2012 order required the parties, no later than February 29, 2012, to file appropriate papers to dismiss or conclude this action, or to show good cause why the action has not been dismissed. The parties have failed to file papers to comply with the January 30, 2012 order. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

     Accordingly, this Court ORDERS the parties, no later than March 9, 2012, to file papers to show cause why sanctions, including dismissal of this action with or without prejudice and monetary sanctions against counsel and/or the parties, should not be imposed for failure to comply with the January 30, 2012 order. This order to show cause will be discharged if, no later than March 9, 2012, papers are filed to dismiss this action in its entirety.

     Moreover, if the parties fail to complete settlement, this Court will explore resetting trial as soon as possible and reassigning this action to another district judge, including one from the Sacramento

1  division or another district.

2      IT IS SO ORDERED.

3  **Dated:**    **March 1, 2012**             /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE