1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11
    LUCIO CORRAL RODRIGUEZ,                    CASE NO. CV F 08-0856 LJO GSA
12  individually, and as Successor in
    Interest to decedents, MARICRUZ            **ORDER TO DENY EXTENSION**
13  CORRAL, IVAN ALEXANDER
    CORRAL, AND LUCIO ANTHONY
14  CORRAL,

15                         Plaintiff,
              vs.
16
    NATIONAL RAILROAD PASSENGER
17  CORPORATION,

18                         Defendant.

19  _____/

20         The parties have disobeyed this Court's January 30, 2012 order and continue to fail to

21  demonstrate good cause to excuse failure to dismiss this action.  As such, this Court DENIES plaintiff's

22  request for 30 additional days to dismiss this action.  The March 1, 2012 order to show cause remains

23  in effect and is not discharged.

24         IT IS SO ORDERED.

25  **Dated:    March 2, 2012**              _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES DISTRICT JUDGE
26

27

28

                                                1