IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, AND LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Defendant.<br>_____/ | CASE NO. CV F 08-0856 LJO GSA<br><br>**ORDER TO DENY EXTENSION** |

The parties have disobeyed this Court's January 30, 2012 order and continue to fail to demonstrate good cause to excuse failure to dismiss this action. As such, this Court DENIES plaintiff's request for 30 additional days to dismiss this action. The March 1, 2012 order to show cause remains in effect and is not discharged.

IT IS SO ORDERED.

**Dated:   March 2, 2012**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE