Joseph W. Carcione, Jr., Esq. (State Bar No. 56693)
Aaron B. Markowitz, Esq. (State Bar No. 220694)
CARCIONE, CATTERMOLE, DOLINSKI,
STUCKY, MARKOWITZ & CARCIONE, L.L.P.
A Professional Corporation
601 Brewster Avenue
P.O. Box 3389
Redwood City, CA 94064
Telephone: (650) 367-6811
Facsimile:  (650) 367-0367

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LUCIO CORRAL RODRIGUEZ, individually, and as Successor in Interest to the decedents, MARICRUZ CORRAL, IVAN ALEXANDER CORRAL, and LUCIO ANTHONY CORRAL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF STANISLAUS, CITY OF MODESTO, CITY OF RIVERBANK, STATE OF CALIFORNIA, AMTRAK CALIFORNIA, BURLINGTON NORTHERN SANTA FE RAILWAY; and DOES 1 to 200,<br><br>Defendants.<br>_____ / | Case No.: 1:08-CV-00856-LJO-GSA<br><br>**STIPULATION TO DISMISS CASE**<br><br><br>Judge: District Judge Lawrence J. O'Neill |

WHEREAS Plaintiff Lucio Corral Rodriguez, Defendants National Railroad Passenger Corporation, BNSF Railway Company, and State of California - Department of Transportation reached a settlement on January 27, 2012.

AND WHEREAS the terms of the settlement have been completely agreed to, and Plaintiff Lucio Corral Rodriguez has signed the Settlement and Release Agreement drafted by the parties, but the exchange of funds has not yet occurred.

1  IT IS STIPULATED AND AGREED that the Court should dismiss all parties, including National Railroad Passenger Corporation, BNSF Railway Company, State of California - Department of Transportation and the County of Stanislaus, and all claims, with prejudice, all parties to bear their own costs and fees.

IT IS FURTHER STIPULATED AND AGREED that notwithstanding the dismissal with prejudice, the settlement is fully enforceable.

Dated: March 8, 2012       CARCIONE, CATTERMOLE, DOLINSKI, STUCKY, MARKOWITZ & CARCIONE, LLP

By:     /s/ Aaron B. Markowitz, Esq.
         Attorney for Plaintiff,
         Lucio Corral Rodriguez

Dated: March 8, 2012       LOMBARDI, LOPER & CONANT, LLP

By:     /s/ Vincent Castillo, Esq.
         Attorney for Defendant/Counter-Claimant
         National Railroad Passenger Corporation,
         Defendant BNSF Railway Company and State of California

Dated: March 8, 2012

By:     /s/ Dan Farrar, Esq.
         Attorney for Defendant, County of Stanislaus

## ORDER

In light of the stipulation this matter is hereby dismissed with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   March 9, 2012**            **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE